UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| JOHN DOES 1 THROUGH 10,<br><br>            Plaintiffs,<br><br>   v.<br><br>DEBORAH HAALAND, ANA VIOLETA NAVARRO FLORES, ELIZABETH WARREN, MAGGIE HABERMAN, KATHY GRIFFIN, MATTHEW JOHN DOWD, REZA ASLAN, KEVIN M. KRUSE, JEFFREY SHAUN KING, ADAM EDELEN, CLARA JEFFERY, and JODI JACOBSON,<br><br>            Defendants. | No. _____<br><br>[Removed from the Kenton County Circuit Court, Case No. 19-CI-01351]<br><br>Complaint Filed: August 1, 2019 |

**PLEASE TAKE NOTICE** that on this day **Case No. 19-CI-01351, John Does 1 Through 10 v. Deborah Haaland, Ana Violeta Navarro Flores, Elizabeth Warren, Maggie Haberman, Kathy Griffin, Matthew John Dowd, Reza Aslan, Kevin M. Kruse, Jeffrey Shaun King, Adam Edelen, Clara Jeffery, and Jodi Jacobson**, pending before the Kenton County Circuit Court in the State of Kentucky is being removed to the United States District Court for the Eastern District of Kentucky, Covington Division pursuant to 28 U.S.C. §§ 1442(a) and 1446(a) on behalf of Defendant Senator Elizabeth Warren ("Senator Warren"). This court has jurisdiction because Plaintiffs have asserted claims against Senator Warren, an officer of the United States, for acts performed under color of such office. *See* 28 U.S.C. § 1442(a)(1).

I.      INTRODUCTION

      1.      Plaintiffs filed this lawsuit against Senator Warren for defamation, intrusion upon seclusion, and negligent infliction of emotional distress arising out of a tweet, issued from Senator Warren's official Senate twitter account, concerning a highly publicized confrontation that occurred on January 18, 2019, between Plaintiffs and a Native American activist, Nathan Phillips,

on the steps of the Lincoln Memorial in Washington, D.C. Plaintiffs assert similar tort claims against the remaining defendants in this matter for various statements they allegedly made in connection with the January 18, 2019 incident.

2. Plaintiffs filed this action on August 1, 2019, in the Kenton County Circuit Court, Case No. 19-CI-01351, and filed an Amended Complaint on August 14, 2019. A true and correct copy of the Complaint and all pleadings and papers issued to Senator Warren to date, is attached as Exhibit A.

II. THIS CASE IS REMOVABLE UNDER 28 U.S.C. § 1442(a)(1)

3. Because Plaintiffs have asserted claims against Senator Warren, an officer of the United States, for acts performed under color of such office, this action is removable to this Court under 28 U.S.C. § 1442(a)(1). To qualify for removal under the statute, Senator Warren must (1) be an "officer . . . of the United States" under the statute, (2) raise a colorable federal defense, and (3) establish that the suit is "for or relating to a[n] act under color of office." *See Jefferson Cty., Ala. v. Acker*, 527 U.S. 423, 431 (1999); *Mesa v. California*, 489 U.S. 121, 139 (1989). This statute is to be interpreted "broadly in favor of removal." *Durham v. Lockheed Martin Corp.*, 445 F.3d 1247, 1252 (9th Cir. 2006).

4. At all times relevant to the complaint, Senator Warren was a United States Senator representing Massachusetts. As such, Senator Warren qualifies as "an officer . . . of the United States" under the statute. *See, e.g.*, *Williams v.* Brooks, 945 F.2d 1322, 1324 n.2 (5th Cir. 1991) (holding that Member of Congress properly removed action under 28 U.S.C. § 1442(a)(1) in lawsuit for defamation); *De Masi v. Schumer*, 608 F. Supp. 2d 516, 523 (S.D.N.Y. 2009) (finding removal under 28 U.S.C 1442(a)(1) by United States Senator was appropriate); *Torres v. CBS News*, 854 F. Supp. 245, 247 (S.D.N.Y.1994) (holding that removal of defamation action against

2

Congressman was proper under 28 U.S.C. § 1442(a)(1)); *Hill Parents Ass'n v. Giaimo*, 287 F. Supp. 98, 99–100 (D. Conn. 1968) (same); *Preston v. Edmondson*, 263 F. Supp. 370, 372 (N.D. Okla. 1967) (same); *see also Richards v. Harper*, 864 F.2d 85, 86 (9th Cir. 1988) (holding that Member of Congress is an officer of the United States under section 1442(a)(1)).

5.   Senator Warren intends to raise federal immunity and jurisdictional defenses in this action. Indeed, "one of the most important reasons for removal [under 28 U.S.C. 1442] is to have the validity of the defense of official immunity tried in a federal court." *Jefferson Cty., Ala.*, 527 U.S. at 431 (quoting *Willingham v. Morgan*, 395 U.S. 402, 407 (1969)) (internal quotation marks omitted).

6.   Senator Warren's alleged conduct was taken under "color of [her] office." 28 U.S.C. § 1442(a)(1). The tweet that forms the basis of Plaintiffs' claims against Senator Warren was not only issued from her official Senate account, it communicated (to her constituents, among others) an opinion regarding a noteworthy and highly-publicized event, and such communication falls within the scope of her duties as a Member of Congress.

7.   As of the date of this filing, Hon. Michael Abate and Jon Fleischaker, counsel for Defendants Kruse and Jacobson, have submitted an agreed order establishing a schedule for those Defendants to file a motion to dismiss and for Plaintiffs to file a response thereto. No other Defendants have entered an appearance in this case, and, in any event, a federal officer defendant can unilaterally remove the entire case under section 1442. *See Durham v. Lockheed Martin Corp.*, 445 F.3d 1247, 1253 (9th Cir. 2006).

### III.   THIS FILING IS TIMELY

8.   A copy of the Summons and Complaint was filed on August 1, 2019, and delivered to Senator Warren's office in Springfield, Massachusetts on August 8, 2019. A copy of Plaintiffs'

Amended Complaint and Summons was filed on August 14, 2019, and delivered to the same office on August 19, 2019. Pursuant to 28 U.S.C. § 1446(b), Senator Warren filed this Notice of Removal within thirty (30) days after she received a copy of the initial pleading. Removal of this action is therefore timely. *See* 28 U.S.C. § 1446(b).

**IV.   VENUE OF REMOVED ACTION**

9.   The Eastern District of Kentucky, Covington Division is the United States district court for the district and division embracing the state court where this action was filed and is pending. Venue is proper in this Court under 28 U.S.C. § 1442(a).

**V.   NOTICE TO THE STATE COURT**

10.   A copy of this Notice of Removal is being served on all parties and filed with the Kenton County Circuit Court.

**VI.   PLEADINGS IN THE STATE COURT ACTION**

11.   All process, pleadings, and orders filed in this action are attached as <u>Exhibit A</u>. A true and correct copy of the Kenton County Circuit Court docket for this case is attached as <u>Exhibit B</u>.

**VII.   NON-WAIVER OF DEFENSES**

12.   The submission of this Notice of Removal is solely for the special purpose of removing this action to the appropriate federal court and is not a general appearance by any defendant. Counsel makes a limited appearance on behalf of Senator Warren solely for the purpose of removing this action. This submission does not constitute a waiver of any defense available to Senator Warren, including any defense under Rule 12 of the Federal Rules of Civil Procedure.

Nothing in this Notice of Removal should be taken as an admission that Plaintiffs' allegations are sufficient to state a claim or have any substantive merit.

13.     Undersigned counsel state that this removal is well grounded in fact, warranted by existing law, and not interposed for an improper purpose.

**WHEREFORE,** Defendant Senator Elizabeth Warren hereby removes the above-entitled case to the United States District Court for the Eastern District of Kentucky, Covington Division, and seeks resolution by this Court of all issues raised herein.

August 28, 2019                                         Respectfully submitted,

/s/*Daniel J. Canon*
Daniel J. Canon, PSC (Ky. 92048)
1205 E. Washington St., Suite 111
Louisville, KY  40206
dan@dancanonlaw.com

Marc E. Elias*
Email: melias@perkinscoie.com
Uzoma N. Nkwonta*
Email: unkwonta@perkinscoie.com
John M. Geise*
Email: jgeise@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959

*Counsel for Defendant, Senator Elizabeth Warren*
**Pro Hac Vice Application Forthcoming*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Removal has been filed this 28th day of August, 2019, with the Electronic Court Filing System of the United States District Court for the Eastern District of Kentucky, and served on all parties or counsel of record.

/s/ *Daniel J. Canon*
Counsel for Defendant,
Senator Elizabeth Warren