# EXHIBIT A

13,15 × 12 = $157.80 = CM
× 70   × Jury Demand $425.80
Total

FILED
KENTON CIRCUIT/DISTRICT COURT

AUG 0 1 2019

JOHN C. MIDDLETON
BY_____ D.C.

1

Robert E. Barnes, pro hoc pending
2    Barnes Law
     601 South Figueroa Street, Suite 4050
3    Los Angeles, CA. 90017
     213.330.3341
4    robertbarnes@barneslawllp.com

5    Kevin L. Murphy
     Murphy Landen Jones PLLC
6    2400 Chamber Center Drive, Suite 200
     Ft. Mitchell, KY 41017
7    859.578.3060
     KMurphy@mljfirm.com

8
                          KENTON COUNTY CIRCUIT COURT
9

10   JOHN DOES 1 THROUGH 8,                    Case No.: 19-CI-1351

11          Plaintiffs,

12   vs.                                       PLAINTIFFS' COMPLAINT
                                               WITH JURY DEMAND
13   DEBORAH HAALAND
     400 GOLD AVENUE SW, SUITE 680
14   ALBUQUERQUE, NM  87102

15   ANA VIOLETA NAVARRO FLORES
     2907 COLUMBUS BLVD.
16   CORAL GABLES, FL  33134

17   ELIZABETH WARREN
     1550 MAIN STREET, SUITE 406
18   SPRINGFIELD, MA  01103

19
     MAGGIE HABERMAN
20   817 W. END AVENUE, APT. 4E
     NEW YORK, NY  10025-5318

21   KATHY GRIFFIN
     11782 SOUTHAMPTON COURT
22   LOS ANGELES, CA  90077-1360

23   MATTHEW JOHN DOWD
     307 W. MONROE STREET
24   AUSTIN, TX  78704-3023

25   REZA ASLAN
     1954 PINEHURST ROAD
26   LOS ANGELES, CA  90068-3730

27

28
     PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 1

1

KEVIN M. KRUSE'
2   121 BERTRAND DRIVE
PRINCETON, NJ 08540

3
JEFFREY SHAUN KING'
4   214 DUFFIELD STREET
BROOKLYN, NY 11201-5339

5
ADAM EDELEN'
6   EDELEN STRATEGIC VENTURES
300 EAST MAIN STREET, STE. 210
7   LEXINGTON, KY 40507

8
CLARA JEFFERY'
9   3809 20TH STREET, APT. 305
SAN FRANCISCO, CA 94114-3058

10  AND

11  JODI JACOBSON'
7315 WISCONSIN AVE., STE. 400W
12  BETHESDA, MD 20814

13

14              Defendants

15  **INTRODUCTION**

16  A field trip to our nation's capital for a group of minors from Covington, Kentucky turned into a social media

17  nightmare that changed their futures forever. Several of our Senators, most-famous celebrities, and widely read

18  journalists, collectively used their large social media platforms, perceived higher credibility and public followings to

19  lie and libel minors they never met, based on an event they never witnessed. These defendants called for the kids to

20  be named and shamed, doxxed and expelled, and invited public retaliation against these minors from a small town in

21  Kentucky. The defendants circulated false statements about them to millions of people around the world. The video

22  of the entire event, known to the defendants, exposed all of their factual claims against the kids as lies. The

23  defendants were each individually offered the opportunity to correct, delete, and/or apologize for their false

24  statements, but each refused, continuing to circulate the false statements about these children to this very day on

25  their social media platforms they personally control. This suit follows.

26  **NOW COMES** John Doe 1 through 8, identified by photograph and video as the "Covington Boys" to those who

27  know them, and known individually by their friends and acquaintances as the subject of the defamatory statements

28
PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 2

1
2
3
4
5
6
7
8
9
10
11

complained of herein within this Complaint, bring this suit, by and through their parent and legal guardian, against U.S. Senator Elizabeth Warren, U.S. Congresswoman Deb Haaland, New York Times lead political reporter Maggie Haberman, media figure and celebrity Kathy Griffin, ABC analyst Matthew Dowd, former CNN analyst Reza Aslan, Adam Edelen, Professor Kevin M. Kruse, media analyst Shaun King, Mother Jones editor Clara Jeffery and media reporter Jodi Jacobson. The plaintiffs repeatedly offered each defendant publicly the opportunity to retract, correct, or delete their offending and defamatory statements, but each refused, continuing to share their defamatory comments with the public to this very day. No individual plaintiff seeks damages from any defendant in excess of the cost of a four-year tuition at the University of Kentucky. Plaintiffs file this Complaint for neither fame nor fortune; they bring this suit to protect future families from experiencing the nightmare the defendants caused these kids to experience.

**PARTIES**

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1. **JOHN DOE 1-8**, are all minors, who bring this action through their parents, who at all times pertinent, reside in Kenton County, Kentucky, in and around the area of Covington, Kentucky.

2. **JOHN DOE 1-8** are students who, at all times pertinent, attend Covington Catholic High School in Park Hills, Kentucky.

3. **DEB HAALAND**, at all times pertinent, is a natural person of the age of majority, residing in New Mexico.

4. **ANNA NAVARRO**, at all times pertinent, is a natural person of the age of majority, residing in Florida.

5. **ELIZABETH WARREN**, at all times pertinent, is a natural person of the age of majority, residing in Massachusetts.

6. **MAGGIE HABERMAN**, at all times pertinent, is a natural person of the age of majority, residing in Virginia.

7. **KATHY GRIFFIN**, at all times pertinent, is a natural person of the age of majority, residing in California.

8. **MATTHEW DOWD**, at all times pertinent, is a natural person of the age of majority, residing in Michigan.

9. **REZA ASLAN**, at all times pertinent, is a natural person of the age of majority, residing in California.

PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 3

10. **KEVIN M. KRUSE**, at all times pertinent, is a natural person of the age of majority, residing in New Jersey.

11. **SHAUN KING**, at all times pertinent, is a natural person of the age of majority, residing in New York.

12. **ADAM EDELEN**, at all times pertinent, is a natural person of the age of majority, residing in Kentucky.

13. **CLARA JEFFERY,** at all times pertinent, is a natural person of the age of majority, residing in California.

14. **JODI JACOBSON**, at all times pertinent, is a natural person of the age of majority, residing in Maryland.

FACTS

15. On Friday January 18, 2019, each of the John Does was part of a group of Covington Catholic High School students who traveled by bus from Park Hills, Kentucky to Washington D.C. to attend the March for Life. None was a public figure or publicly known to much of the world prior to this trip.

16. The Covington Boys arrived at the Lincoln Memorial and encountered the Black Hebrew Israelites. Members of the Black Hebrew Israelites made offensive statements to the Covington Boys, including calling them "incest babies," "dirty-ass crackers," and "future school shooters." Some of the Covington Boys asked the chaperones if they could do their school cheers to drown out the Black Hebrew Israelites.

17. After the interaction with the Black Hebrew Israelites, Native American activist Nathan Phillips approached the Covington Boys. Phillips approached the Covington Boys from a distance and walked past clear pathways to the steps to the Lincoln Memorial. The Covington Boys did not move toward Phillips or otherwise actively approach or surround Phillips, block Phillips, taunt Phillips, or ever chant "build the wall" at Phillips. The Covington Boys did not interrupt or interfere with any Indigenous People's March.

18. Phillips beat on a drum and joined the students as they engaged in school cheers, including the sports cheer made famous by the New Zealand rugby team known as the Haka dance that celebrates the tribal traditions of the Maori tribe. Several of the students joined with Phillips, and some did so by mirroring the sports chant of the Florida State Seminole and the Atlanta Braves, with their famous tomahawk chop. No one voiced any objection to this at the time. Soon after, the students left the Lincoln Memorial without incident or any apparent controversy beyond being harassed by the notorious Black Hebrew Israelites. What the

PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 4

1

2

Covington Boys did not know is what was happening to them on social media.

3   19. As they arrived home, the Covington Boys uncovered a social media lynch mob had formed, advanced by

4       prominent politicians, journalists with big-pedigree publications, and social celebrities with large social

5       media platforms and public followings. The defendants used the perception of their enhanced credibility to

6       make statements about the Covington Boys without disclosing all the relevant facts, omitting critical

7       exculpatory facts, and implying many false facts about them. The defendants called for public punishment

8       of the Covington Boys, including doxing them, naming and shaming them publicly, that they be "punched

9       in the face," and their expulsion from school. The target of the lynch mob was the Covington Boys, their

10      reputation and their future. Each of the statements complained of herein was known by the friends, family

11      and associates of each John Doe to be about them individually. Indeed, they were individually identified as

12      the subject of the statements complained of herein that they received death threats, hate mail, threatening

13      phone calls, threatening emails, and other personal attacks on them each individually. They were known to

14      be the subject of the statements complained of herein as they were identified by photo image throughout the

15      world, and each of the statements was interpreted by their friends, family and associates as about them

16      personally.

17   20. An accurate video as to what occurred in the incident was available online on Jan. 19 and known to the

18      defendants, when Shar Yaqataz Banyamyan, one of the Hebrew Israelites who was present for the

19      encounter between Phillips and Nicholas, posted a 1 hour and 46-minute video on Facebook (the

20      "Banyamyan Video"). The video made clear the statements made against the Covington Boys were false.

21   21. At 8:31 a.m. on Jan. 19, Congresswoman **DEB HAALAND** made the following Tweet of and concerning

22      the Covington Boys: "This Veteran put his life on the line for our country. The Covington boys' blatant

23      display of hate, disrespect, and intolerance is a signal of how common decency has decayed under this

24      administration. Heartbreaking." See Exhibit A. Haaland omitted the true facts, and instead implied the

25      following facts were true in her statements and the links attached thereto with the gist of the false

26      statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and

27

28

PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 5

1

2  blocked a Native American elder and Vietnam War veteran from continuous participation in that event,

3  surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build

4  the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements

5  complained of herein was known by the friends, family and associates of each John Doe to be about them

6  individually. Indeed, they were individually identified as the subject of the statements complained of herein

7  that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal

8  attacks on them each individually. They were known to be the subject of the statements complained of

9  herein as they were identified by photo image throughout the world, and each of the statements was

10  interpreted by their friends, family and associates as about them personally.

11  22. At 10:58 a.m. on Jan. 19, CNN contributor **ANNA NAVARRO** tweeted of and concerning the Covington

12  Boys: "Must Watch: Native-American elder taunted by racist MAGA-hat wearing teens, speaks and cries

13  for America, the country he defended and sacrificed and wore the uniform for. It is people like Nathan

14  Phillips who make America great. Thank you for your dignity, sir." See Exhibit B. Navarro omitted the true

15  fact, and instead implied the following facts were true in her statements and the links attached thereto with

16  the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march,

17  stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in

18  that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with

19  chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each

20  of the statements complained of herein was known by the friends, family and associates of each John Doe

21  to be about them individually. Indeed, they were individually identified as the subject of the statements

22  complained of herein that they received death threats, hate mail, threatening phone calls, threatening

23  emails, and other personal attacks on them each individually. They were known to be the subject of the

24  statements complained of herein as they were identified by photo image throughout the world, and each of

25  the statements was interpreted by their friends, family and associates as about them personally.

26  23. At 1:08 p.m. on Jan. 19, 2019, **SHAUN KING**, a writer-in-residence at Harvard Law School's Fair

27  Punishment Project, made the made the following Tweet of and concerning the Covington Boys: "I am so

28

PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 6

deeply grieved and angry by this as young kids in MAGA hats surrounded and mocked a beloved Native American elder yesterday. When your power is centered in your whiteness, mocking others who are unlike you makes you feel strong. But it's weak. And despicable." See Exhibit C. King omitted the true fact, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

24. At 1:14 p.m., **ADAM EDELEN**, a blue-checkmark-approved Twitter personality, retweeted an article with false factual statements about the Covington Boys, and validated the false factual claims of the article by referring to the kids as "outrageous and abhorrent behavior," that requires they "read a history book on how America's indigenous people have been treated," and that they "need to do some serious soul-searching." Edelen omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

25. At 2:45 p.m. on Jan. 19, New York Times reporter **MAGGIE HABERMANN** made the following Tweet of and concerning the Covington Boys: "When adults stand by and say nothing..." in reference to a retweet that Habermann posted by Andrew Ujifusa that said,. "In another video from this now-infamous incident involving a Native American Vietnam vet, a young person scoffs at the idea of stolen land..." See Exhibits D & E. Habermann omitted the true fact, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

26. At 6:04 p.m., former CNN TV personality **REZA ASLAN** made the following Tweet of and concerning the Covington Boys with a picture of fellow Covington student at the Lincoln Memorial: "Honest question. Have you ever seen a more punchable face than this kid's?" See Exhibit F. Aslan omitted the true fact, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event,

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 8

surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

27. At 6:45 p.m. Congresswoman **DEB HAALAND** made the following Tweet of and concerning the Covington Boys: "A Native American War veteran was seen being harassed and mocked by a group of MAGA hat-wearing teens." See Exhibit G. Haaland omitted the true fact, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

28. At 7:08 p.m. on Jan. 19, 2019, New York Times reporter **MAGGIE HABERMAN** (@maggieNYT) tweeted: "There are dozens of students laughing and egging on the behavior. Will be interesting to see if anyone is actually expelled, as officials suggest is possible." See Exhibit H. Haberman omitted the true fact, and instead implied the following facts were true in her statements and the links attached thereto with

PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 9

the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

29. At 7:15 p.m., on Jan. 19, U.S. Senator **ELIZABETH WARREN** made the following Tweet of and concerning the Covington Boys: "Omaha elder and Vietnam War veteran Nathan Phillips endured hateful taunts with dignity and strength, then urged us all to do better." See Exhibit I. Warren omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

30. At 2:05 a.m. on Jan. 20 comedienne **KATHY GRIFFIN** called for the doxing of the Covington Boys, which several people then acted upon, linking the Covington Boys to their photos and names, and widely

PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 10

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

circulated on social media: "Ps. The reply from the school was pathetic and impotent. Name these kids. I want NAMES. Shame them. If you think these fuckers wouldn't dox you in a heartbeat, think again." See Exhibit J. GRIFFIN then requested, five minutes later: "Names please. And stories from people who can identify them and vouch for their identity. Thank you." See Exhibit K. Griffin omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

17

18

19

20

21

22

23

24

25

26

27

31. At 1:16 p.m. on Jan. 21, Chief Political Analyst for ABC News **MATTHEW DOWD** made the following Tweet of and concerning the Covington Boys: "Folks, let us not let these kids, their parents and their school off the hook. Regardless of what led up to this, this is awful." See Exhibit M. Dowd omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening

28

PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 11

emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

32. At 1:27 p.m. on Jan. 21, **CLARA JEFFERY** the Editor-in-Chief of Mother Jones magazine, made the following Tweet of and concerning the Covington Boys: "The tapes that have emerged do show the BHI [Black Hebrew Israelites] doing their usual end-times ranting. But they also show the Covington Catholic kids: making cavemen gestures at BHI; tomahawk chanting at Natives; taunting random women; chants of "build the wall" and "it's not rape if you enjoy it." See Exhibit N. Jeffery omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American elder to taunt him, while also falsely accusing the teens of taunting women with the chant "it's not rape if you enjoy it." Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

33. At 5:23 p.m. on Tuesday Jan. 22, 2019, **KEVIN M. KRUSE** Tweeted: "No, the accusation was that this kid and his friends mocked an elderly Native American war veteran and, hey, they did. They also taunted women and shouted "it's not rape if you enjoy it" but sure, they're the real victims. According to his PR firm anyway." See Exhibit O. Kruse omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 12

1

2    and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening

3    manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American

4    elder to taunt him, while also falsely accusing the teens of taunting women with the chant "it's not rape if

5    you enjoy it." Each of the statements complained of herein was known by the friends, family and associates

6    of each John Doe to be about them individually. Indeed, they were individually identified as the subject of

7    the statements complained of herein that they received death threats, hate mail, threatening phone calls,

8    threatening emails, and other personal attacks on them each individually. They were known to be the

9    subject of the statements complained of herein as they were identified by photo image throughout the

10   world, and each of the statements was interpreted by their friends, family and associates as about them

11   personally.

12   34. On Jan. 22, 2019, **JODI JACOBSON**, the president and editor in chief of the website Rewire.News,

13   authored an article published on Rewire.News titled "White-Washing White Supremacy: Media Rushes to

14   Excuse Covington Catholic Students." A true and correct copy of said communication is attached hereto as

15   Exhibit Q. **JACOBSON'S** article erroneously claimed Covington Boys wore blackface to caricature black

16   students, harassed young women at the Memorial (claiming they chanted "it's not rape if you enjoy it"),

17   and ridiculed the native American elder for the purposes of harassment. Jacobson omitted the true facts,

18   and instead implied the following facts were true in her statements and the links attached thereto with the

19   gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march,

20   stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in

21   that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with

22   chants of "build the wall" to a Native American elder to taunt him, while also falsely accusing the teens of

23   taunting women with the chant "it's not rape if you enjoy it." Each of the statements complained of herein

24   was known by the friends, family and associates of each John Doe to be about them individually. Indeed,

25   they were individually identified as the subject of the statements complained of herein that they received

26   death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them

27   each individually. They were known to be the subject of the statements complained of herein as they were

28

PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 13

identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

35. Each of the complained of statements herein by each of the defendants concerning the Covington Boys were known by friends and acquaintances of each of the John Doe plaintiffs to be in reference to and concerning them individually. This is evident by the fact they were quickly subject to public ridicule, scorn, and criticism personally and individually, as well as threatening phone calls, hate mail to their homes, individual email addresses, and social media accounts, and personally threatened with everything from expulsion and denial of college admission to being put through a physical shredder and having their school burned with them in it.

36. Each of the defendants made these statements knowing they both omitted true facts and implied false facts, including the false factual claim the Covington Boys interrupted an indigenous people's march, stopped, blocked and surrounded a native American elder war veteran for the purposes of taunting, harassing, and mocking him with chants of build the wall, aggregating these lies into public denunciations, calls for public doxing, and public demands of school expulsion, to induce public contempt upon the plaintiffs.

## JOHN DOE 1 THROUGH 8 ARE MINORS & PRIVATE FIGURES

37. **DOES 1-8**, at all times pertinent to this action, were minors.

38. **DOES 1-8** had no notoriety of any kind to their community at large at any time prior to this event.

39. **DOES 1-8** did not make public appearances for political reasons at any time prior to this event.

40. **DOES 1-8** have not inserted themselves into the forefront of any public issue at any time prior to this event.

41. Each of the statements made herein were identified by the friends, family, associates, and others as of and concerning each of the John Does individually. They were doxed and publicly identified by name after the request for that to occur by defendants above, identified by photo in video and photo images shared around the world, and the context of the statements made them individually identified as the ones being spoken about. They were publicly attacked, personally threatened, and subject to individual investigation based on them being individually identified as the subject of the above offending statements of fact from the

defendants with large social media platforms and an audience who took the defendants' at their word due to the defendants status as elected officials and prominent members of the press.

## FIRST CAUSE OF ACTION: DEFAMATION PER SE

### DOES 1-8 against DEB HAALAND

42. **DOES 1-8** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

43. **HAALAND**, known on Twitter as @Deb4CongressNM, published to approximately 68,000 third parties, without privilege "[a] Native American War veteran was seen being harassed and mocked by a group of MAGA hat-wearing teens." A true and correct copy of said communication is attached hereto as Exhibit H. Haaland omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

44. **HAALAND**'s communication was false and defaming as none of **DOES 1-8** harassed or mocked anyone, and particularly no Native American "War Veterans." This comment is deliberately directed against **DOES 1-8**, all minors, and communicated to at least 68,000 third parties without privilege, knowing **DOES 1-8** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-8** in their school, their community, and the nation at large.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

45. **HAALAND**'s false and defamatory communication injured DOES 1-8 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided.

## SECOND CAUSE OF ACTION: DEFAMATION PER SE

### DOES 1-8 against **ANNA NAVARRO**

46. **DOES 1-8** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

47. **NAVARRO,** known on Twitter as @ananavarro, published to approximately 1.1 million third parties, without privilege, "Must Watch: Native-American elder taunted by racist MAGA-hat wearing teens, speaks and cries for America, the country he defended and sacrificed and wore the uniform for. It is people like Nathan Phillips who make America great. Thank you for your dignity, sir..". A true and correct copy of said communication is attached hereto as Exhibit B. Navarro omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

48. **NAVARRO**'s communication was false and defaming as she accuses **DOES 1-8**, of overt racism and taunting, not exhibited. This comment is deliberately directed against **DOES 1-8**, all minors, and communicated to at least 1.1 million third parties without privilege, knowing **DOES 1-8** were from

PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 16

1

2

Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-8** in their school, their community, and the nation at large.

3

4

5

49. **NAVARRO**'s false and defamatory communication injured DOES 1-8 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided.

6

### THIRD CAUSE OF ACTION: DEFAMATION PER SE

7

DOES 1-8 against **KATHY GRIFFIN**

8

9

50. **DOES 1-8** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

51. **GRIFFIN**, known on Twitter as @kathygriffin, published to approximately 2.1 million third parties, without privilege "Ps. The reply from the school was pathetic and impotent. Name these kids. I want NAMES. Shame them. If you think these fuckers wouldn't dox you in a heartbeat, think again." Griffin then followed up with, "Names please. And stories from people who can identify them and vouch for their identity. Thank you." See Exhibit L. A true and correct copy of said communication is attached hereto as Exhibits L and K. Griffin omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American elder to taunt him. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally. Griffin's call to dox the plaintiffs succeeded, as their names were identified to the broader

28

PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 17

1

2      public in a range of social media platforms, and they subsequently received a range of threats.

3      52. **GRIFFIN**'s communication was intentionally defaming as she openly calls for shame of **DOES 1-8**. This

4          comment is deliberately directed against **DOES 1-8**, all minors, and communicated to at least 2.1 million

5          third parties without privilege, knowing **DOES 1-8** were from Covington, Kentucky, with the intent to

6          negatively influence the opinion of **DOES 1-8** in their school, their community, and the nation at large.

7      53. **GRIFFIN**'s defamatory communication injured **DOES 1-8** as it disgraced and degraded the plaintiffs and

8          held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided.

9                           **FOURTH CAUSE OF ACTION: DEFAMATION PER SE**

10                              DOES 1-8 against **ELIZABETH WARREN**

11     54. **DOES 1-8** reasserts and incorporates by reference paragraphs the other paragraphs of this Complaint as if

12         fully restated herein.

13     55. **WARREN**, known on Twitter as @ewarren, published to approximately 2.3 million third parties, without

14         privilege "Omaha elder and Vietnam War veteran Nathan Phillips endured hateful taunts with dignity and

15         strength, then urged us all to do better." A true and correct copy of said communication is attached hereto

16         as Exhibit J. Warren omitted the true facts, and instead implied the following facts were true in her

17         statements and the links attached thereto with the gist of the false statements made about the plaintiffs was

18         that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam

19         War veteran from continuous participation in that event, surrounded him in a threatening manner, and

20         taunted him, as a native American elder, with chants of "build the wall" to a Native American elder to taunt

21         him. Each of the statements complained of herein was known by the friends, family and associates of each

22         John Doe to be about them individually. Indeed, they were individually identified as the subject of the

23         statements complained of herein that they received death threats, hate mail, threatening phone calls,

24         threatening emails, and other personal attacks on them each individually. They were known to be the

25         subject of the statements complained of herein as they were identified by photo image throughout the

26         world, and each of the statements was interpreted by their friends, family and associates as about them

27         personally.

28

PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 18

56. **WARREN's** communication was false and defaming as she accuses **DOES 1-8**, of overt taunting, not exhibited. This comment is deliberately directed against **DOES 1-8**, all minors, and communicated to [how many] third parties without privilege, knowing **DOES 1-8** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-8** in their school, their community, and the nation at large.

57. **WARREN's** communication injured DOES 1-8 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided.

### FIFTH CAUSE OF ACTION: DEFAMATION PER SE

#### DOES 1-8 against **MAGGIE HABERMAN**

58. **DOES 1-8** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

59. **HABERMAN**, known on Twitter as @maggieNYT, published to approximately 1.08 million third parties, without privilege "When adults stand by and say nothing..." A true and correct copy of said communication is attached hereto as Exhibit D. Haberman also published to some 1.08 million third parties, without privilege, "There are dozens of students laughing and egging on the behavior. Will be interesting to see if anyone is actually expelled, as officials suggest is possible." A true and correct copy of said communication is attached hereto as Exhibit I. Haberman omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American elder to taunt him. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends,

PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 19

family and associates as about them personally.

60. **HABERMAN**'s communication was false and defaming as she accuses **DOES 1-8**, of egging on behavior worthy of expulsion from school, not exhibited. This comment is deliberately directed against **DOES 1-8**, all minors, and communicated to [how many] third parties without privilege, knowing **DOES 1-8** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-8** in their school, their community, and the nation at large.

61. **HABERMAN**'s communication injured DOES 1-8 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided.

### SIXTH CAUSE OF ACTION: DEFAMATION PER SE

#### DOES 1-8 against **MATTHEW DOWD**

62. **DOES 1-8** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

63. **DOWD**, known on Twitter as @matthewjdowd, published to approximately 137,000 third parties, without privilege "Folks, let us not let these kids, their parents and their school off the hook. Regardless of what led up to this, this is awful." A true and correct copy of said communication is attached hereto as Exhibit N. Dowd omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American elder to taunt him. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 20

64. **DOWD**'s communication was false and defaming as she accuses **DOES 1-8**, of awful behavior, not exhibited. This comment is deliberately directed against **DOES 1-8**, all minors, and communicated to 137,000 third parties without privilege, knowing **DOES 1-8** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-8** in their school, their community, and the nation at large.

65. **DOWD**'s communication injured DOES 1-8 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided.

### SEVENTH CAUSE OF ACTION: DEFAMATION PER SE

DOES 1-8 against **REZA ASLAN**

66. **DOES 1-8** reasserts and incorporates by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

67. **ASLAN**, known on Twitter as @rezaaslan, published to approximately 289,000 third parties, without privilege "Honest question. Have you ever seen a more punchable face than this kid's?" A true and correct copy of said communication is attached hereto as Exhibit G. Aslan omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American elder to taunt him. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 21

68. **ASLAN**'s communication was false and defaming as he accuses **DOES 1-8**, of behavior deserving of being punched in the face, not exhibited. This comment is deliberately directed against **DOES 1-8**, all minors, and communicated to hundreds of thousands of third parties without privilege, knowing **DOES 1-8** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-8** in their school, their community, and the nation at large.

69. **ASLAN**'s communication injured DOES 1-8 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided.

### EIGHTH CAUSE OF ACTION: DEFAMATION PER SE

DOES 1-8 against **ADAM EDELEN**

70. **DOES 1-8** reasserts and incorporates by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

71. **ADAM EDELEN**, a blue-checkmark-approved Twitter personality, retweeted an article with false factual statements about the Covington Boys, and validated the false factual claims of the article by referring to the kids as "outrageous and abhorrent behavior," that requires they "read a history book on how America's indigenous people have been treated," and that they "need to do some serious soul-searching." Edelen omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the

PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 22

1

2

world, and each of the statements was interpreted by their friends, family and associates as about them

personally.

3

4

5

6

7

72. **EDELEN**'s communication was false and defaming as he accuses **DOES 1-8**, of engaging in outrageous conduct of threatening a native American elder. This comment is deliberately directed against **DOES 1-8**, all minors, and communicated to hundreds of thousands of third parties without privilege, knowing **DOES 1-8** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-8** in their school, their community, and the nation at large.

8

9

### NINTH CAUSE OF ACTION: DEFAMATION PER SE

DOES 1-8 against **KEVIN M. KRUSE**

10

11

73. **DOES 1-8** reasserts and incorporates by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

74. **KRUSE**, known on Twitter as @KevinMKruse, published to approximately 284,000 third parties, without privilege "No, the accusation was that this kid and his friends mocked an elderly Native American war veteran and, hey, they did. They also taunted women and shouted "it's not rape if you enjoy it" but sure, they're the real victims. According to his PR firm anyway." A true and correct copy of said communication is attached hereto as Exhibit P. Kruse omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march, and falsely accused the plaintiffs of threatening women with chants of "it's not rape if you enjoy it." Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were

28

PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 23

1

2

identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

3

4

5

6

7

75. **KRUSE**'s communication was false and defaming as he accuses **DOES 1-8**, of mocking a war veteran, taunting women and making a statement about rape – none of which were exhibited. This comment is deliberately directed against **DOES 1-8**, all minors, and communicated to [284,000] third parties without privilege, knowing **DOES 1-8** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-8** in their school, their community, and the nation at large.

8

9

76. **KRUSE**'s communication injured DOES 1-8 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided.

10

## TENTH CAUSE OF ACTION: DEFAMATION PER SE

11

### DOES 1-8 against **SHAUN KING**

12

13

77. **DOES 1-8** reasserts and incorporates by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

14

15

16

17

18

19

20

21

22

23

24

25

26

78. **KING**, known on Twitter as @shaunking, published to approximately 1.1 million third parties, without privilege "I am so deeply grieved and angry by this as young kids in MAGA hats surrounded and mocked a beloved Native American elder yesterday. When your power is centered in your whiteness, mocking others who are unlike you makes you feel strong. But it's weak. And despicable." A true and correct copy of said communication is attached hereto as Exhibit C. King omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march, and falsely accused the plaintiffs of threatening women with chants of "it's not rape if you enjoy it." Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein

27

28

PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 24

that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

79. **KING**'s communication was false and defaming as he accuses **DOES 1-8**, of overt racism and taunting and weak and despicable behavior – none of which was exhibited. This comment is deliberately directed against **DOES 1-8**, all minors, and communicated to 1.1 million third parties without privilege, knowing **DOES 1-8** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-8** in their school, their community, and the nation at large.

80. **KING**'s communication injured DOES 1-8 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided.

### ELEVENTH CAUSE OF ACTION: DEFAMATION PER SE

DOES 1-8 against **CLARA JEFFERY**

81. **DOES 1-8** reasserts and incorporates by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

82. **JEFFERY**, known on Twitter as @ClaraJeffery, published to approximately 113,000 third parties, without privilege "The tapes that have emerged do show the BHI [Black Hebrew Israelites] doing their usual end-times ranting. But they also show the Covington Catholic kids: making cavemen gestures at BHI; tomahawk chanting at Natives; taunting random women; chants of "build the wall" and "it's not rape if you enjoy it." A true and correct copy of said communication is attached hereto as Exhibit O. Jeffery omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march, and falsely accused the plaintiffs of threatening women with chants of "it's not rape if

you enjoy it." Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

83. **JEFFERY**'s communication was false and defaming as she accuses **DOES 1-8**, of a number of actions not exhibited: making caveman gestures, taunting random women, chanting "build the wall" and saying "it's not rape if you enjoy it." This comment is deliberately directed against **DOES 1-8**, all minors, and communicated to [how many] third parties without privilege, knowing **DOES 1-8** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-8** in their school, their community, and the nation at large.

84. **JEFFERY**'s communication injured DOES 1-8 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided.

## TWELFTH CAUSE OF ACTION: DEFAMATION PER SE

### DOES 1-8 against **JODI JACOBSON**

85. **DOES 1-8** reasserts and incorporates by reference paragraphs the preceding paragraphs of this Complaint as if fully restated herein.

86. **JACOBSON**, the president and editor in chief of the website Rewire.News, authored an article published on Jan. 22, 2019 on Rewire.News titled "White-Washing White Supremacy: Media Rushes to Excuse Covington Catholic Students." A true and correct copy of said communication is attached hereto as Exhibit Q. Jacobson omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a

PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 26

native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march, and falsely accused the plaintiffs of threatening women with chants of "it's not rape if you enjoy it." Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

87. **JACOBSON'S** communication was false and defaming as she accuses **DOES 1-8**, of a number of actions not exhibited: racism, being aggressive and disrespectful to Nathan Phillips, harassing young women, saying "it's not rape if you enjoy it." These comments were deliberately directed against **DOES 1-8**, all minors, and communicated to [how many] third parties without privilege, knowing **DOES 1-8** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-8** in their school, their community, and the nation at large.

88. **JACOBSON'S** article went on to make false statements about Covington Catholic High School, including erroneously claiming that the school's students had worn blackface and body paint to caricature black students on the opposing team during basketball games.

89. **JACOBSON'S** article injured DOES 1-8 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and caused them to be shunned and avoided.

DAMAGES

90. False and Defamatory Accusations against the plaintiffs are defamatory *per se*, as they are libelous on their face without resort to additional facts, and as clearly demonstrated here, DOES 1-8 were subjected to public hatred, contempt, scorn, obloquy, and shame. The conduct of the plaintiffs, based on the false facts the defendants placed and circulated into the court of public opinion, led to these lifetime labels on these minors: "display of hate, disrespect and intolerance"; "heartbreaking"; "decency decayed"; "racist"; "cried

PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 27

1    for America"; "infamous"; "gall"; "shameful"; "darker chapters"; compared to genocide; "laughing and

2    egging on" "hurtful" behavior; "awful"; "cavemen gestures"; "taunting"; 'harassing"; "stalking";

3    "mocking"; "bullies" who should be doxed, "named and shamed", expelled from school, denied admission

4    to college, be punched in the face, their bodies shredded, and their lives ruined.

5    **WHEREFORE,** Plaintiff respectfully prays:

6    91. That judgment be entered for each plaintiff against Defendants for damages in an amount not less than

7       $15,000 but not more than $50,000 against each defendant;

8    92. For a trial by jury.

9    93. For all costs and expenses, including reasonable attorneys fees.

10   94. That the Court grant all such other and further relief that the Court deems just and proper, including

11      declaratory and equitable relief.

12

13   Respectfully submitted this 1st day of August, 2019.

14

15                                   Robert Barnes (Motion Pro Hac Vice to be filed)
16                                   Barnes Law
                                     Attorney for Plaintiffs
17

18

19                                   Kevin L. Murphy (50646)
                                     Murphy Landen Jones PLLC
20                                   2400 Chamber Center Drive, Suite 200
                                     P.O. Box 17534
21                                   Fort Mitchell, KY 41017
                                     Attorney for Plaintiffs
22

23

24

25

26

27

28
     PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 28

1

**EXHIBIT A**

2

3

4

5



PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 15

**EXHIBIT B**



PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 16

1

**EXHIBIT C**

2

3   

Shaun King

Follow

4

I am so deeply grieved and angry by this
as young kids in MAGA hats surrounded
5 and mocked a beloved Native American
elder yesterday.

6

When your power is centered in your
7 whiteness, mocking others who are
unlike you makes you feel strong.

8

But it's weak. And despicable.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 17

1

**EXHIBIT D**

2



3

4

Tweets          Following        Followers
195K            3,774            1.04M                    Following

5

**Maggie Haberman** ⚙
@maggieNYT

6

7     White House correspondent for NYTimes, analyst for CNN. RTs don't imply agreement.
      maggie.haberman@nytimes.com

8

9

      Maggie Haberman ⚙ @maggieNYT · Jan 19
10    When adults stand by and say nothing....

11

      **Andrew Ujifusa** @AndrewUjifusa
12    In another video from this now-infamous incident involving a Native
      American Vietnam vet, a young person scoffs at the idea of stolen land.
13

14    "And y'all stole it from the aboriginals. ... Land gets stolen. That's how it...
      Show this thread
15

16

17                                                                        4:14 PM
                                                                          2/4/2019

18

19

20

21

22

23

24

25

26

27

28    PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 18

1

**EXHIBIT E**

2

3
————————————————————————————————

4
 **Andrew Ujifusa**
@AndrewUjifusa                    ( Follow )  ∨

5

6
In another video from this now-infamous
incident involving a Native American

7
Vietnam vet, a young person scoffs at
the idea of stolen land.

8

9
"And y'all stole it from the aboriginals. ...
Land gets stolen. That's how it works. It's

10
the way of the world."

11

12


13

14

15

16

17
**Video of Boys Mocking Native American Vet, Unchecked by Adults, ...**
A group of young people were filmed taunting a Native American man and
military veteran who was participating in the Indigenous Peoples March.

18
blogs.edweek.org

19
2:34 PM - 19 Jan 2019

20
204 Retweets 324 Likes   

21
♡ 175    ⇄ 204    ♡ 324    ✉

22

23

24

25

26

27
PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 19

28

1

2

**EXHIBIT F**

3



4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 21

1

**EXHIBIT G**

2

3

4   Deb Haaland ✪

5

6   A Native American Vietnam War veteran was
    seen being harassed and mocked by a group
7   of MAGA hat-wearing teens.
    huffingtonpost.com/entry/maga-hat   ... via
8   @HuffPost

9

10

11

12

13

14   Native American Veteran Speaks Out After MAGA Hat-Wearing Teens Harass ...
     Congresswoman Deb Haaland called the students' behavior a show of "blatant hate."
15

16

17

18

19

20

21

22

23

24

25

26

27

28   PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 22

**EXHIBIT H**

 Maggie Haberman ✔
@maggieNYT

 Following  ⌄

There are dozens of students laughing and egging on the behavior. Will be interesting to see if anyone is actually expelled, as officials suggest is possible



**Viral Video Shows Boys in 'Make America Great Again' Hats Surrounding Nat...**
Students from Covington Catholic High School in Kentucky appeared to surround the elder, Nathan Phillips, outside the Lincoln Memorial. The high school has conde...
nytimes.com

4:08 PM - 19 Jan 2019

3,144 Retweets  11,226 Likes   

♡ 5.1K   ↺ 3.1K   ♡ 11K   ✉

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 23

**EXHIBIT I**



PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 24

**EXHIBIT J**



Kathy Griffin @
@kathygriffin

Ps. The reply from the school was pathetic and impotent. Name these kids. I want NAMES. Shame them. If you think these fuckers wouldn't dox you in a heartbeat, think again.

Kathy Griffin @ @kathygriffin

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 25

**EXHIBIT K**



PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 26

1

**EXHIBIT L**

2

3



4

5

6

### Robert Barnes
@Barnes_Law

7

8

Retract this libel @ananavarro, or let us know where we can serve the lawsuit.

9

10

**Ana Navarro-Cárdenas** @ananavarro
Must Watch: Native-American elder taunted by racist MAGA-hat wearing teens, speaks and cries for America, the country he defended and sacrificed and wore the uniform for. It is people like Nathan Phillips who make America great.
Thank you for your dignity, sir. twitter.com/UncededClothin...

11

12

13

2:09 PM · 20 Jan 2019

14

**8,064** Retweets  **17,096** Likes

15

1.7K     3.1K     17K

16

17

18

19

20

21

22

23

24

25

26

27

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 27

28

**EXHIBIT M**



**Matthew Dowd**
@matthewjdowd

Follow

Folks, let us not let these kids, their parents, and their school off the hook.  Regardless of what led up to this, this is awful.  @secupp @JohnJHarwood

**AprilDRyan** @AprilDRyan
This video is terrible twitter.com/ProudResister/...

1:16 PM   21 Jan 2019

433 Retweets  1,583 Likes

697        413        1.6K

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 28

1

2

**EXHIBIT N**

3

 

**Clara Jeffery** ⊘ @ClaraJeffery · Jan 21
I am truly dismayed by how many in MSM got worked—yet again—by conservative claims that one video exonerated these kids. I've watched them all. None put them in a better light, unless you're really reaching. Some are a lot WORSE than original.

4

5

♡ 1.4K      ⟲ 11K      ♡ 47k      ✉

6

**Clara Jeffery** ⊘
@ClaraJeffery

[Follow]

7

The tapes that have emerged do show
the BHI doing their usual end-times
ranting. But they also show the
Covington Catholic kids:
* making cavemen gestures at BHI
*tomahawk chanting at Natives
*taunting random women
*chants of "build the wall" and "it's not
rape if you enjoy it"

8

9

10

11

12

13

11:29 AM · Jan 2019

14

844 Retweets  2,612  Likes      

15

♡ 249      ⟲ 844      ☐ 2.6K      ✉

16

17

18

19

20

21

22

23

24

25

26

27

28  PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 29

**EXHIBIT O**





I went to Catholic school. They actually taught us about personal responsibility.

♡ 4        ⊔ 2        ♡ 29        ✉

**Jay Caruso** ✦
What? The accusation was that this kid and his friends surrounded Phillips and got in his face, when in fact, it was Phillips who approached him and started banging a drum in his face. Come on, man.

♡ 4        ⊔ 15        ♡ 101        ⊡

**Kevin M. Kruse** ☑

No, the accusation was that this kid and his friends mocked an elderly Native American war veteran and, hey, they did.

They also taunted women and shouted "it's not rape if you enjoy it" but sure, they're the real victims. According to his PR firm anyway.



3 Retweets   23 Likes   😄 😊 🤤 😩 😶 😮 🐷 😽 😼

♡ 24        ⊔ 3        ♡ 35        ⊠

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Adam Edelen
Edelen Strategic Ventures
300 East Main St. Suite 210
Lexington, KY 40507

KENTON CIRCUIT/DISTRICT COURT

AUG 0 8 2019

JOHN C. MIDDLETON

9590 9402 3079 7124 4375 06

2. Article Number (Transfer from service label)

116 2070 0001 1377 6505

PS Form 3811 July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

☒ Agent
☐ Addressee

B. Received by (Printed Name)
Leslie Parrish

C. Date of Delivery
8-6-19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

1901-1351

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation†
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



9590 9402 3079 7124 4375 06

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

KENTON CIRCUIT COURT
230 MADISON AVE.
3RD FLOOR
COVINGTON, KY   41011
PHONE # 859-292-6521

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jodi Jacobson
7315 Wisconsin Avenue
Suite 400W
Bethesda, MD 20814

KENTON CIRCUIT/DISTRICT COURT

BY

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

AUG 0 8 2019

JOHN C. MIDDLETON

19 CI-1351

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3079 7124 4376 98

2. Article Number *(Transfer from service label)*

1450 0000 0090 6378

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811 July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

USPS TRACKING #

|||||||||| barcode ||||||||||

9590 9402 3079 7124 4376 98

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

KENTON CIRCUIT COURT
230 MADISON AVE.
3RD FLOOR
COVINGTON, KY  41011
PHONE # 859-292-6521

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Elizabeth Warren
1550 Main St., Suite 406
Springfield, Mass. 01103

19-CI-1351

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 3079 7124 4389 16

2. Article Number (Transfer from service label)

7017 1450 0000 0040 7610

PS Form 3811 July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature] ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

Allyson Hunter

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

KENTON CIRCUIT/DISTRICT COURT

AUG 12 2019

JOHN C. MIDDLETON

BY          D.C.

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

9590 9402 3079 7124 4389 16

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

KENTON CIRCUIT COURT
230 MADISON AVE.
3RD FLOOR
COVINGTON, KY 41011
PHONE # 859-292-6521

1  Robert E. Barnes, pro hoc pending
   Barnes Law
2  601 South Figueroa Street, Suite 4050
   Los Angeles, CA. 90017
3  213.330.3341
   robertbarnes@barneslawllp.com
4
   Kevin L. Murphy
5  Murphy Landen Jones PLLC
   2400 Chamber Center Drive, Suite 200
6  Ft. Mitchell, KY 41017
   1059.5710.3060
7  KMurphy@mljfirm.com

FILED
KENTON CIRCUIT/DISTRICT COURT

AUG 1 4 2019

JOHN C. MIDDLETON
BY_____D.C.

10                    KENTON COUNTY CIRCUIT COURT

9

   JOHN DOES 1 THROUGH 10,                Case No.: 19-CI-01351
10
              Plaintiffs,
11
   vs.                                    PLAINTIFFS' AMENDED COMPLAINT
12                                         WITH JURY DEMAND
   DEBORAH HAALAND, ANA VIOLETA NAVARRO
13 FLORES, ELIZABETH WARREN, MAGGIE
   HABERMAN, KATHY GRIFFIN, MATTHEW JOHN
14 DOWD, REZA ASLAN, KEVIN M. KRUSE, JEFFREY
   SHAUN KING, ADAM EDELEN, CLARA JEFFERY,
15 AND JODI JACOBSON,

16            Defendants.

17                              INTRODUCTION

110  A field trip to our nation's capital for a group of minors from Covington, Kentucky turned into a social media

19   nightmare that changed their futures forever. Several of our Senators, most-famous celebrities, and widely read

20   journalists, collectively used their large social media platforms, perceived higher credibility and public followings to

21   lie and libel minors they never met, based on an event they never witnessed. These defendants called for the kids to

22   be named and shamed, doxxed and expelled, and invited public retaliation against these minors from a small town in

23   Kentucky. The defendants circulated false statements about them to millions of people around the world. The

24   defendants were each individually offered the opportunity to correct, delete, and/or apologize for their false

25   statements, but each refused, continuing to circulate the false statements about these children to this very day on

26   their social media platforms they personally control. This suit follows.

27

210
     PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 1

1　　**NOW COMES** John Doe 1 through 10, identified by photograph and video as the "Covington Boys" to those who

2　　know them, and known individually by their friends and acquaintances as the subject of the defamatory statements

3　　complained of herein within this Complaint, bring this suit, by and through their parent and legal guardian, against

4　　U.S. Senator Elizabeth Warren, U.S. Congresswoman Deb Haaland, New York Times lead political reporter Maggie

5　　Haberman, media figure and celebrity Kathy Griffin, ABC analyst Matthew Dowd, former CNN analyst Reza Aslan,

6　　Adam Edelen, Professor Kevin M. Kruse, media analyst Shaun King, Mother Jones editor Clara Jeffery and media

7　　reporter Jodi Jacobson. The plaintiffs repeatedly offered each defendant publicly the opportunity to retract, correct,

10　　or delete their offending and defamatory statements, but each refused, continuing to share their defamatory

9　　comments with the public to this very day. No individual plaintiff seeks damages from any defendant in excess of

10　　the cost of a four-year tuition at the University of Kentucky. Plaintiffs file this Complaint for neither fame nor

11　　fortune; they bring this suit to protect future families from experiencing the nightmare the defendants caused these

12　　kids to experience.

13　　　　　　　　　　　　　　　　　　　　　　**PARTIES**

14　　　　1.　**JOHN DOE 1-10**, are all minors, who bring this action through their parents, who at all times pertinent,

15　　　　　　reside in Kenton County, Kentucky, in and around the area of Covington, Kentucky.

16　　　　2.　**JOHN DOE 1-10** are students who, at all times pertinent, attend Covington Catholic High School in Park

17　　　　　　Hills, Kentucky.

110　　　　3.　**DEB HAALAND**, at all times pertinent, is a natural person of the age of majority, residing in New

19　　　　　　Mexico.

20　　　　4.　**ANNA NAVARRO**, at all times pertinent, is a natural person of the age of majority, residing in Florida.

21　　　　5.　**ELIZABETH WARREN**, at all times pertinent, is a natural person of the age of majority, residing in

22　　　　　　Massachusetts.

23　　　　6.　**MAGGIE HABERMAN**, at all times pertinent, is a natural person of the age of majority, residing in New

24　　　　　　York City.

25　　　　7.　**KATHY GRIFFIN**, at all times pertinent, is a natural person of the age of majority, residing in California.

26　　　　8.　**MATTHEW DOWD**, at all times pertinent, is a natural person of the age of majority, residing in Texas.

27　　　　9.　**REZA ASLAN**, at all times pertinent, is a natural person of the age of majority, residing in California.

210

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 2

10. **KEVIN M. KRUSE**, at all times pertinent, is a natural person of the age of majority, residing in New Jersey.

11. **SHAUN KING**, at all times pertinent, is a natural person of the age of majority, residing in New York.

12. **ADAM EDELEN**, at all times pertinent, is a natural person of the age of majority, residing in Kentucky.

13. **CLARA JEFFERY**, at all times pertinent, is a natural person of the age of majority, residing in California.

14. **JODI JACOBSON**, at all times pertinent, is a natural person of the age of majority, residing in Maryland.

## FACTS

15. On Friday January 18, 2019, each of the John Does was part of a group of Covington Catholic High School students who traveled by bus from Park Hills, Kentucky to Washington D.C. to attend the March for Life. None was a public figure or publicly known to much of the world prior to this trip. After attending the March for Life, the Plaintiffs were permitted to visit certain sites on their own for a limited period of time.

16. The chaperones accompanying the Covington Catholic high school students informed the Plaintiffs to meet at a set hour to meet the buses to take them home to Kentucky. The site selected by the adults was the Lincoln Memorial. When the Covington Boys arrived at the Lincoln Memorial and encountered the Black Hebrew Israelites. Members of the Black Hebrew Israelites made offensive statements to the Covington Boys, including calling them "incest babies," "dirty-ass crackers," and "future school shooters." Some of the Covington Boys asked the chaperones if they could do their school cheers to drown out the Black Hebrew Israelites.

17. After the interaction with the Black Hebrew Israelites, Native American activist Nathan Phillips approached the Covington Boys. Phillips approached the Covington Boys from a distance and walked past clear pathways to the steps to the Lincoln Memorial. The Covington Boys did not move toward Phillips or otherwise actively approach or surround Phillips, block Phillips, taunt Phillips, or ever chant "build the wall" at Phillips. The Covington Boys did not interrupt or interfere with any Indigenous People's March.

18. Phillips beat on a drum and joined the students as they engaged in school cheers, including the sports cheer made famous by the New Zealand rugby team known as the Haka dance that celebrates the tribal traditions of the Maori tribe. Several of the students joined with Phillips, and some did so by mirroring the sports

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 3

1

2

3

4

5

6

7

10

9

10

11

12

13

14

15

16

17

110

19

20

21

22

23

24

25

26

27

210

chant of the Florida State Seminole and the Atlanta Braves, with their famous tomahawk chop. No one voiced any objection to this at the time. Soon after, the students left the Lincoln Memorial without incident or any apparent controversy beyond being harassed by the notorious Black Hebrew Israelites. What the Covington Boys did not know is what was happening to them on social media.

19. As they arrived home, the Covington Boys uncovered a social media lynch mob had formed, advanced by prominent politicians, journalists with big-pedigree publications, and social celebrities with large social media platforms and public followings. The defendants used the perception of their enhanced credibility to make statements about the Covington Boys without disclosing all the relevant facts, omitting critical exculpatory facts, and implying many false facts about them. The defendants called for public punishment of the Covington Boys, including doxing them, naming and shaming them publicly, that they be "punched in the face," and their expulsion from school. The target of the lynch mob was the Covington Boys, their reputation and their future. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

20. An accurate video as to what occurred in the incident was available online on Jan. 19 and known to the defendants, when Shar Yaqataz Banyamyan, one of the Hebrew Israelites who was present for the encounter between Phillips and Nicholas, posted a 1 hour and 46-minute video on Facebook (the "Banyamyan Video"). The video made clear the statements made against the Covington Boys were false.

21. At 10:31 a.m. on Jan. 19, Congresswoman **DEB HAALAND** made the following Tweet of and concerning the Covington Boys: "This Veteran put his life on the line for our country. The Covington boys' blatant display of hate, disrespect, and intolerance is a signal of how common decency has decayed under this administration. Heartbreaking." See Exhibit A. Haaland omitted the true facts, and instead implied the

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 4

following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

22. At 10:58 a.m. on Jan. 19, CNN contributor **ANNA NAVARRO** tweeted of and concerning the Covington Boys: "Must Watch: Native-American elder taunted by racist MAGA-hat wearing teens, speaks and cries for America, the country he defended and sacrificed and wore the uniform for. It is people like Nathan Phillips who make America great. Thank you for your dignity, sir." See Exhibit B. Navarro omitted the true fact, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

23. At 1:08 p.m. on Jan. 19, 2019, **SHAUN KING**, a writer-in-residence at Harvard Law School's Fair

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 5

Punishment Project, made the made the following Tweet of and concerning the Covington Boys: "I am so deeply grieved and angry by this as young kids in MAGA hats surrounded and mocked a beloved Native American elder yesterday. When your power is centered in your whiteness, mocking others who are unlike you makes you feel strong. But it's weak. And despicable." See Exhibit C. King omitted the true fact, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

24. At 1:14 p.m., **ADAM EDELEN**, a blue-checkmark-approved Twitter personality, retweeted an article with false factual statements about the Covington Boys, and validated the false factual claims of the article by referring to the kids as "outrageous and abhorrent behavior," that requires they "read a history book on how America's indigenous people have been treated," and that they "need to do some serious soul-searching." Edelen omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 6

1

2

3

4

calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

5

6

7

10

9

10

11

12

13

14

15

16

17

110

19

20

21

25. At 2:45 p.m. on Jan. 19, New York Times reporter **MAGGIE HABERMAN** made the following Tweet of and concerning the Covington Boys: "When adults stand by and say nothing..." in reference to a retweet that Haberman posted by Andrew Ujifusa that said, "In another video from this now-infamous incident involving a Native American Vietnam vet, a young person scoffs at the idea of stolen land..." See Exhibits D & E. Haberman omitted the true fact, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

22

23

24

25

26

27

26. At 6:04 p.m., former CNN TV personality **REZA ASLAN** made the following Tweet of and concerning the Covington Boys with a picture of fellow Covington student at the Lincoln Memorial: "Honest question. Have you ever seen a more punchable face than this kid's?" See Exhibit F. Aslan omitted the true fact, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event,

210

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 7

1  surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build

2  the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements

3  complained of herein was known by the friends, family and associates of each John Doe to be about them

4  individually. Indeed, they were individually identified as the subject of the statements complained of herein

5  that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal

6  attacks on them each individually. They were known to be the subject of the statements complained of

7  herein as they were identified by photo image throughout the world, and each of the statements was

10  interpreted by their friends, family and associates as about them personally.

9  27. At 6:45 p.m. Congresswoman **DEB HAALAND** made the following Tweet of and concerning the

10  Covington Boys: "A Native American War veteran was seen being harassed and mocked by a group of

11  MAGA hat-wearing teens." See Exhibit G. Haaland omitted the true fact, and instead implied the following

12  facts were true in her statements and the links attached thereto with the gist of the false statements made

13  about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native

14  American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a

15  threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock

16  an elderly native American in the middle of an indigenous march. Each of the statements complained of

17  herein was known by the friends, family and associates of each John Doe to be about them individually.

110  Indeed, they were individually identified as the subject of the statements complained of herein that they

19  received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on

20  them each individually. They were known to be the subject of the statements complained of herein as they

21  were identified by photo image throughout the world, and each of the statements was interpreted by their

22  friends, family and associates as about them personally.

23  28. At 7:08 p.m. on Jan. 19, 2019, New York Times reporter **MAGGIE HABERMAN** (@maggieNYT)

24  tweeted: "There are dozens of students laughing and egging on the behavior. Will be interesting to see if

25  anyone is actually expelled, as officials suggest is possible." See Exhibit H. Haberman omitted the true

26  fact, and instead implied the following facts were true in her statements and the links attached thereto with

27  the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march,

210

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 8

1   stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in

2   that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with

3   chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each

4   of the statements complained of herein was known by the friends, family and associates of each John Doe

5   to be about them individually. Indeed, they were individually identified as the subject of the statements

6   complained of herein that they received death threats, hate mail, threatening phone calls, threatening

7   emails, and other personal attacks on them each individually. They were known to be the subject of the

10  statements complained of herein as they were identified by photo image throughout the world, and each of

9   the statements was interpreted by their friends, family and associates as about them personally.

10  29. At 7:15 p.m., on Jan. 19, U.S. Senator **ELIZABETH WARREN** made the following Tweet of and

11  concerning the Covington Boys: "Omaha elder and Vietnam War veteran Nathan Phillips endured hateful

12  taunts with dignity and strength, then urged us all to do better." See Exhibit I. Warren omitted the true

13  facts, and instead implied the following facts were true in her statements and the links attached thereto with

14  the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march,

15  stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in

16  that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with

17  chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each

110 of the statements complained of herein was known by the friends, family and associates of each John Doe

19  to be about them individually. Indeed, they were individually identified as the subject of the statements

20  complained of herein that they received death threats, hate mail, threatening phone calls, threatening

21  emails, and other personal attacks on them each individually. They were known to be the subject of the

22  statements complained of herein as they were identified by photo image throughout the world, and each of

23  the statements was interpreted by their friends, family and associates as about them personally.

24

25  30. At 2:05 a.m. on Jan. 20 comedienne **KATHY GRIFFIN** called for the doxing of the Covington Boys,

26  which several people then acted upon, linking the Covington Boys to their photos and names, and widely

27  circulated on social media: "Ps. The reply from the school was pathetic and impotent. Name these kids. I

210

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 9

1    want NAMES. Shame them. If you think these fuckers wouldn't dox you in a heartbeat, think again." See

2    Exhibit J. GRIFFIN then requested, five minutes later: "Names please. And stories from people who can

3    identify them and vouch for their identity. Thank you." See Exhibit K. Griffin omitted the true facts, and

4    instead implied the following facts were true in her statements and the links attached thereto with the gist of

5    the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped

6    and blocked a Native American elder and Vietnam War veteran from continuous participation in that event,

7    surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build

10   the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements

9    complained of herein was known by the friends, family and associates of each John Doe to be about them

10   individually. Indeed, they were individually identified as the subject of the statements complained of herein

11   that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal

12   attacks on them each individually. They were known to be the subject of the statements complained of

13   herein as they were identified by photo image throughout the world, and each of the statements was

14   interpreted by their friends, family and associates as about them personally.

15   31. At 1:16 p.m. on Jan. 21, Chief Political Analyst for ABC News **MATTHEW DOWD** made the following

16   Tweet of and concerning the Covington Boys: "Folks, let us not let these kids, their parents and their school

17   off the hook. Regardless of what led up to this, this is awful." See Exhibit M. Dowd omitted the true facts,

110  and instead implied the following facts were true in her statements and the links attached thereto with the

19   gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march,

20   stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in

21   that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with

22   chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each

23   of the statements complained of herein was known by the friends, family and associates of each John Doe

24   to be about them individually. Indeed, they were individually identified as the subject of the statements

25   complained of herein that they received death threats, hate mail, threatening phone calls, threatening

26   emails, and other personal attacks on them each individually. They were known to be the subject of the

27   statements complained of herein as they were identified by photo image throughout the world, and each of

210

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 10

1

the statements was interpreted by their friends, family and associates as about them personally.

2

3

32. At 1:27 p.m. on Jan. 21, **CLARA JEFFERY** the Editor-in-Chief of Mother Jones magazine, made the

4

following Tweet of and concerning the Covington Boys: "The tapes that have emerged do show the BHI

5

[Black Hebrew Israelites] doing their usual end-times ranting. But they also show the Covington Catholic

6

kids: making cavemen gestures at BHI; tomahawk chanting at Natives; taunting random women; chants of

7

"build the wall" and "it's not rape if you enjoy it." See Exhibit N. Jeffery omitted the true facts, and instead

10

implied the following facts were true in her statements and the links attached thereto with the gist of the

9

false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and

10

blocked a Native American elder and Vietnam War veteran from continuous participation in that event,

11

surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build

12

the wall" to a Native American elder to taunt him, while also falsely accusing the teens of taunting women

13

with the chant "it's not rape if you enjoy it." Each of the statements complained of herein was known by

14

the friends, family and associates of each John Doe to be about them individually. Indeed, they were

15

individually identified as the subject of the statements complained of herein that they received death

16

threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each

17

individually. They were known to be the subject of the statements complained of herein as they were

110

identified by photo image throughout the world, and each of the statements was interpreted by their friends,

family and associates as about them personally.

19

33. At 5:23 p.m. on Tuesday Jan. 22, 2019, **KEVIN M. KRUSE** Tweeted: "No, the accusation was that this

20

kid and his friends mocked an elderly Native American war veteran and, hey, they did. They also taunted

21

women and shouted "it's not rape if you enjoy it" but sure, they're the real victims. According to his PR

22

firm anyway." See Exhibit O. Kruse omitted the true facts, and instead implied the following facts were

23

true in his statements and the links attached thereto with the gist of the false statements made about the

24

plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder

25

and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening

26

manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American

27

elder to taunt him, while also falsely accusing the teens of taunting women with the chant "it's not rape if

210

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 11

1    you enjoy it." Each of the statements complained of herein was known by the friends, family and associates

2    of each John Doe to be about them individually. Indeed, they were individually identified as the subject of

3    the statements complained of herein that they received death threats, hate mail, threatening phone calls,

4    threatening emails, and other personal attacks on them each individually. They were known to be the

5    subject of the statements complained of herein as they were identified by photo image throughout the

6    world, and each of the statements was interpreted by their friends, family and associates as about them

7    personally.

10   34. On Jan. 22, 2019, **JODI JACOBSON**, the president and editor in chief of the website Rewire.News,

9        authored an article published on Rewire.News titled "White-Washing White Supremacy: Media Rushes to

10       Excuse Covington Catholic Students." A true and correct copy of said communication is attached hereto as

11       Exhibit Q. **JACOBSON'S** article erroneously claimed Covington Boys wore blackface to caricature black

12       students, harassed young women at the Memorial (claiming they chanted "it's not rape if you enjoy it"),

13       and ridiculed the native American elder for the purposes of harassment.  Jacobson omitted the true facts,

14       and instead implied the following facts were true in her statements and the links attached thereto with the

15       gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march,

16       stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in

17       that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with

110      chants of "build the wall" to a Native American elder to taunt him, while also falsely accusing the teens of

19       taunting women with the chant "it's not rape if you enjoy it." Each of the statements complained of herein

20       was known by the friends, family and associates of each John Doe to be about them individually. Indeed,

21       they were individually identified as the subject of the statements complained of herein that they received

22       death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them

23       each individually. They were known to be the subject of the statements complained of herein as they were

24       identified by photo image throughout the world, and each of the statements was interpreted by their friends,

25       family and associates as about them personally.

26   35. Each of the complained of statements herein by each of the defendants concerning the Covington Boys

27       were known by friends and acquaintances of each of the John Doe plaintiffs to be in reference to and

210

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 12

1    concerning them individually. This is evident by the fact they were quickly subject to public ridicule, scorn,

2    and criticism personally and individually, as well as threatening phone calls, hate mail to their homes,

3    individual email addresses, and social media accounts, and personally threatened with everything from

4    expulsion and denial of college admission to being put through a physical shredder and having their school

5    burned with them in it.

6    36. Each of the defendants made these statements knowing they both omitted true facts and implied false facts,

7        including the false factual claim the Covington Boys interrupted an indigenous people's march, stopped,

10       blocked and surrounded a native American elder war veteran for the purposes of taunting, harassing, and

9        mocking him with chants of build the wall, aggregating these lies into public denunciations, calls for public

10       doxing, and public demands of school expulsion, to induce public contempt upon the plaintiffs.

11   37. Section 14 of the Kentucky Constitution has been interpreted by Kentucky courts to state that citizens must

12       have a remedy with due process of law for any injury by resort to the courts.

13   38. Plaintiffs, all minors, have the right to live their lives in seclusion, without being subjected to unwarranted

14       and undesired publicity, and have the right to be left alone.

15   39. Section 10 of the Kentucky Constitution further states "Freedom of speech and of the press…shall be free

16       to every person who undertakes to examine the proceedings of the general assembly or any branch of

17       government, and no law shall ever be made to restrain the right thereof.  Every person may freely speak,

110      write and print any subject, being responsible for the abuse of that liberty."

19   **JOHN DOE 1 THROUGH 10 ARE MINORS & PRIVATE FIGURES**

20       40. **DOES 1-10**, at all times pertinent to this action, were minors.

21       41. **DOES 1-10** had no notoriety of any kind to their community at large at any time prior to this event.

22       42. **DOES 1-10** did not make public appearances for political reasons at any time prior to this event.

23       43. **DOES 1-10** have not inserted themselves into the forefront of any public issue at any time prior to this

24           event.

25       44. Each of the statements made herein were identified by the friends, family, associates, and others as of and

26           concerning each of the John Does individually. They were doxed and publicly identified by name after the

27           request for that to occur by defendants above, identified by photo in video and photo images shared around

210  PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 13

1  the world, and the context of the statements made them individually identified as the ones being spoken

2  about. They were publicly attacked, personally threatened, and subject to individual investigation based on

3  them being individually identified as the subject of the above offending statements of fact from the

4  defendants with large social media platforms and an audience who took the defendants' at their word due to

5  the defendants status as elected officials and prominent members of the press.

### FIRST CAUSE OF ACTION
### (DEFAMATION)

DOES 1-10 against **DEB HAALAND**

45. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

46. **HAALAND**, known on Twitter as @Deb4CongressNM, published to approximately 610,000 third parties, without privilege "[a] Native American War veteran was seen being harassed and mocked by a group of MAGA hat-wearing teens." A true and correct copy of said communication is attached hereto as Exhibit H. Haaland omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

47. **HAALAND**'s communication was false and defaming as none of **DOES 1-10** harassed or mocked anyone, and particularly no Native American "War Veterans." This comment is deliberately directed against **DOES 1-10**, all minors, and communicated to at least 610,000 third parties without privilege, knowing **DOES 1-**

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 14

1    **10** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-10** in

2    their school, their community, and the nation at large.

3    48. **HAALAND**'s false and defamatory communication injured DOES 1-10 as it disgraced and degraded the

4    plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and

5    avoided. In addition, **HAALAND'S** false and defamatory communication caused DOES 1-10 special

6    economic harm, including the increased cost of protecting their privacy and security from the threats

7    derived from the social media mob HAALAND helped lead, endangered their college admissions'

10   prospects, and limited their economic prospects and future earning power as adults.

9                        **SECOND CAUSE OF ACTION**
                         **(INTRUSION UPON SECLUSION)**
10

11                           DOES 1-10 against **DEB HAALAND**

     49. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated
12
     herein.
13
     50. The Plaintiffs, all minors, had a right under Kentucky law to live their life in seclusion, without being
14
     subjected to unwanted and undesired publicity, and a right to be left alone.
15
     51. Pursuant to the case law in this state, the Plaintiffs, all minors, had the right to be left alone, and not be
16
     subjected to scorn and the hateful comments made by Haaland.
17
     52. As a result of Haaland's actions, Plaintiffs have been damaged in an amount to be proven at trial, in excess
110
     of the jurisdiction of this Court.
19
                         **THIRD CAUSE OF ACTION**
20                       **(NEGLIGENT INFLICATION OF EMOTIONAL DISTRESS)**

21                           DOES 1-10 against **DEB HAALAND**

22   53. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if

23   fully restated herein.

24   54. Defendant Haaland's actions caused the Plaintiffs emotional distress, including but not limited to anxiety,

25   fear for their safety, and effected their educational activities.

26   55. As a result of Defendant Haaland's conduct, Plaintiffs have been damaged in an amount to be proven at

27   trial, in excess of the jurisdiction of the Court.

210

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 15

# FOURTH CAUSE OF ACTION
## (DEFAMATION)

DOES 1-10 against **ANNA NAVARRO**

56. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

57. **NAVARRO**, known on Twitter as @ananavarro, published to approximately 1.1 million third parties, without privilege, "Must Watch: Native-American elder taunted by racist MAGA-hat wearing teens, speaks and cries for America, the country he defended and sacrificed and wore the uniform for. It is people like Nathan Phillips who make America great. Thank you for your dignity, sir..." A true and correct copy of said communication is attached hereto as Exhibit B. Navarro omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

58. **NAVARRO**'s communication was false and defaming as she accuses **DOES 1-10**, of overt racism and taunting, not exhibited. This comment is deliberately directed against **DOES 1-10**, all minors, and communicated to at least 1.1 million third parties without privilege, knowing **DOES 1-10** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-10** in their school, their community, and the nation at large.

59. **NAVARRO**'s false and defamatory communication injured DOES 1-10 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 16

avoided. In addition, **NAVARRO'S** false and defamatory communication caused DOES 1-10 special economic harm, including the increased cost of protecting their privacy and security from the threats derived from the social media mob HAALAND helped lead, endangered their college admissions' prospects, and limited their economic prospects and future earning power as adults.

### FIFTH CAUSE OF ACTION
### (INTRUSION UPON SECLUSION)

DOES 1-10 against **ANNA NAVARRO**

60. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

61. The Plaintiffs, all minors, had a right under Kentucky law to live their life in seclusion, without being subjected to unwanted and undesired publicity, and a right to be left alone.

62. Pursuant to the case law in this state, the Plaintiffs, all minors, had the right to be left alone, and not be subjected to scorn and the hateful comments made by Navarro.

63. As a result of Navarro's actions, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of this Court.

### SIXTH CAUSE OF ACTION
### (NEGLIGENT INFLICATION OF EMOTIONAL DISTRESS)

DOES 1-10 against **ANNA NAVARRO**

64. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

65. Defendant Navarro's actions caused the Plaintiffs emotional distress, including but not limited to anxiety, fear for their safety, and effected their educational activities.

66. As a result of Defendant Navarro's conduct, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of the Court.

### SEVENTH CAUSE OF ACTION
### (DEFAMATION)

DOES 1-10 against **KATHY GRIFFIN**

67. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 17

68. **GRIFFIN**, known on Twitter as @kathygriffin, published to approximately 2.1 million third parties, without privilege "Ps. The reply from the school was pathetic and impotent. Name these kids. I want NAMES. Shame them. If you think these fuckers wouldn't dox you in a heartbeat, think again." Griffin then followed up with, "Names please. And stories from people who can identify them and vouch for their identity. Thank you." See Exhibit L. A true and correct copy of said communication is attached hereto as Exhibits L and K. Griffin omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American elder to taunt him. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally. Griffin's call to dox the plaintiffs succeeded, as their names were identified to the broader public in a range of social media platforms, and they subsequently received a range of threats.

69. **GRIFFIN**'s communication was intentionally defaming as she openly calls for shame of **DOES 1-10**. This comment is deliberately directed against **DOES 1-10**, all minors, and communicated to at least 2.1 million third parties without privilege, knowing **DOES 1-10** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-10** in their school, their community, and the nation at large.

70. **GRIFFIN**'s defamatory communication injured **DOES 1-10** as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided. In addition, **GRIFFIN'S** false and defamatory communication caused DOES 1-10 special economic harm, including the increased cost of protecting their privacy and security from the threats derived from the social

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 18

media mob GRIFFIN proudly lead, endangered their college admissions' prospects, and limited their economic prospects and future earning power as adults.

### EIGHTH CAUSE OF ACTION
### (INTRUSION UPON SECLUSION)

#### DOES 1-10 against **KATHY GRIFFIN**

71. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

72. The Plaintiffs, all minors, had a right under Kentucky law to live their life in seclusion, without being subjected to unwanted and undesired publicity, and a right to be left alone.

73. Pursuant to the case law in this state, the Plaintiffs, all minors, had the right to be left alone, and not be subjected to scorn and the hateful comments made by Griffin.

74. As a result of Griffin's actions, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of this Court.

### NINTH CAUSE OF ACTION
### (NEGLIGENT INFLICATION OF EMOTIONAL DISTRESS)

#### DOES 1-10 against **KATHY GRIFFIN**

75. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

76. Defendant Griffin's actions caused the Plaintiffs emotional distress, including but not limited to anxiety, fear for their safety, and effected their educational activities.

77. As a result of Defendant Griffin's conduct, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of the Court.

### TENTH CAUSE OF ACTION
### (HARASSMENT)

#### DOES 1-10 against **KATHY GRIFFIN**

78. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

79. **GRIFFIN'S** actions were done with the intent to intimidate, harass, annoy, and alarm the Plaintiffs, subjecting them to the potential of physical harm.

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 19

80. **GRIFFIN'S** actions were a public course utterance, using abusive language towards the Plaintiffs.

81. **GRIFFIN'S** actions were conduct which alarmed and/or seriously annoyed the Plaintiffs, and served no legitimate purpose.

82. Pursuant to KRS 446.070, Plaintiffs are entitled to damages in an amount to be proven at trial.

## ELEVENTH CAUSE OF ACTION
### (DEFAMATION)

DOES 1-10 against **ELIZABETH WARREN**

83. **DOES 1-10** reasserts and incorporates by reference the other paragraphs of this Complaint as if fully restated herein.

84. **WARREN**, known on Twitter as @ewarren, published to approximately 2.3 million third parties, without privilege "Omaha elder and Vietnam War veteran Nathan Phillips endured hateful taunts with dignity and strength, then urged us all to do better." A true and correct copy of said communication is attached hereto as Exhibit J. Warren omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American elder to taunt him. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

85. **WARREN's** communication was false and defaming as she accuses **DOES 1-10**, of overt taunting, not exhibited. This comment is deliberately directed against **DOES 1-10**, all minors, and communicated to [how many] third parties without privilege, knowing **DOES 1-10** were from Covington, Kentucky, with the

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 20

intent to negatively influence the opinion of **DOES 1-10** in their school, their community, and the nation at large.

86. **WARREN**'s communication injured DOES 1-10 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided. In addition, **WARREN'S** false and defamatory communication caused DOES 1-10 special economic harm, including the increased cost of protecting their privacy and security from the threats derived from the social media mob WARREN helped lead, endangered their college admissions' prospects, and limited their economic prospects and future earning power as adults.

**TWELVTH CAUSE OF ACTION**
**(INTRUSION UPON SECLUSION)**

DOES 1-10 against **ELIZABETH WARREN**

87. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

88. The Plaintiffs, all minors, had a right under Kentucky law to live their life in seclusion, without being subjected to unwanted and undesired publicity, and a right to be left alone.

89. Pursuant to the case law in this state, the Plaintiffs, all minors, had the right to be left alone, and not be subjected to scorn and the hateful comments made by Warren.

90. As a result of Warren's actions, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of this Court.

**THIRTEENTH CAUSE OF ACTION**
**(NEGLIGENT INFLICATION OF EMOTIONAL DISTRESS)**

DOES 1-10 against **ELIZABETH WARREN**

91. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

92. Defendant Warren's actions caused the Plaintiffs emotional distress, including but not limited to anxiety, fear for their safety, and effected their educational activities.

93. As a result of Defendant Warren's conduct, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of the Court.

1

2

3

4

5

6

7

10

9

10

11

12

13

14

15

16

17

110

19

20

21

22

23

24

25

26

27

210

## FOURTEENTH CAUSE OF ACTION
### (DEFAMATION)

DOES 1-10 against **MAGGIE HABERMAN**

94. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

95. **HABERMAN**, known on Twitter as @maggieNYT, published to approximately 1.010 million third parties, without privilege "When adults stand by and say nothing..." A true and correct copy of said communication is attached hereto as Exhibit D. Haberman also published to some 1.010 million third parties, without privilege, "There are dozens of students laughing and egging on the behavior. Will be interesting to see if anyone is actually expelled, as officials suggest is possible." A true and correct copy of said communication is attached hereto as Exhibit I. Haberman omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American elder to taunt him. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

96. **HABERMAN**'s communication was false and defaming as she accuses **DOES 1-10**, of egging on behavior worthy of expulsion from school, not exhibited. This comment is deliberately directed against **DOES 1-10**, all minors, and communicated to [how many] third parties without privilege, knowing **DOES 1-10** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-10** in their school, their community, and the nation at large.

97. **HABERMAN**'s communication injured DOES 1-10 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided. In addition, **HABERMAN'S** false and defamatory communication caused DOES 1-10 special economic harm, including the increased cost of protecting their privacy and security from the threats derived from the social media mob HABERMAN helped lead, endangered their college admissions' prospects, and limited their economic prospects and future earning power as adults.

## FIFTEENTH CAUSE OF ACTION
### (INTRUSION UPON SECLUSION)

### DOES 1-10 against **MAGGIE HABERMAN**

98. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

99. The Plaintiffs, all minors, had a right under Kentucky law to live their life in seclusion, without being subjected to unwanted and undesired publicity, and a right to be left alone.

100. Pursuant to the case law in this state, the Plaintiffs, all minors, had the right to be left alone, and not be subjected to scorn and the hateful comments made by Haberman.

101. As a result of Haberman's actions, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of this Court.

## SIXTEENTH CAUSE OF ACTION
### (NEGLIGENT INFLICATION OF EMOTIONAL DISTRESS)

### DOES 1-10 against **MAGGIE HABERMAN**

102. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

103. Defendant Haberman's actions caused the Plaintiffs emotional distress, including but not limited to anxiety, fear for their safety, and effected their educational activities.

104. As a result of Defendant Haberman's conduct, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of the Court.

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 23

## SEVENTEENTH CAUSE OF ACTION
## (DEFAMATION)

DOES 1-10 against **MATTHEW DOWD**

105. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

106. **DOWD**, known on Twitter as @matthewjdowd, published to approximately 137,000 third parties, without privilege "Folks, let us not let these kids, their parents and their school off the hook. Regardless of what led up to this, this is awful." A true and correct copy of said communication is attached hereto as Exhibit N. Dowd omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American elder to taunt him. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

107. **DOWD**'s communication was false and defaming as she accuses **DOES 1-10**, of awful behavior, not exhibited. This comment is deliberately directed against **DOES 1-10**, all minors, and communicated to 137,000 third parties without privilege, knowing **DOES 1-10** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-10** in their school, their community, and the nation at large.

108. **DOWD**'s communication injured DOES 1-10 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided. In addition, **DOWD'S** false and defamatory communication caused DOES 1-10 special economic harm, including the increased cost of protecting their privacy and security from the threats derived from the social media mob DOWD

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 24

1     helped lead, endangered their college admissions' prospects, and limited their economic prospects and

2     future earning power as adults.

3
### EIGHTEENTH CAUSE OF ACTION
### (INTRUSION UPON SECLUSION)

4

5     DOES 1-10 against **MATTHEW DOWD**

109.**DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated

6     herein.

7

110.The Plaintiffs, all minors, had a right under Kentucky law to live their life in seclusion, without being

10     subjected to unwanted and undesired publicity, and a right to be left alone.

9

111.Pursuant to the case law in this state, the Plaintiffs, all minors, had the right to be left alone, and not be

10     subjected to scorn and the hateful comments made by Dowd.

11

112.As a result of Dowd's actions, Plaintiffs have been damaged in an amount to be proven at trial, in excess of

12     the jurisdiction of this Court.

13
### NINETEENTH CAUSE OF ACTION
### (NEGLIGENT INFLICATION OF EMOTIONAL DISTRESS)

14

15     DOES 1-10 against **MATTHEW DOWD**

16 113.**DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if

17     fully restated herein.

110 114.Defendant Dowd's actions caused the Plaintiffs emotional distress, including but not limited to anxiety,

19     fear for their safety, and effected their educational activities.

20 115.As a result of Defendant Dowd's conduct, Plaintiffs have been damaged in an amount to be proven at trial,

21     in excess of the jurisdiction of the Court.

22
### TWENTIETH CAUSE OF ACTION
### (DEFAMATION)

23

24     DOES 1-10 against **REZA ASLAN**

116.**DOES 1-10** reasserts and incorporates by reference the other paragraphs of this Complaint as if fully

25     restated herein.

26

117.**ASLAN**, known on Twitter as @rezaaslan, published to approximately 2109,000 third parties, without

27     privilege "Honest question. Have you ever seen a more punchable face than this kid's?" A true and correct

210

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 25

1    copy of said communication is attached hereto as Exhibit G. Aslan omitted the true facts, and instead

2    implied the following facts were true in his statements and the links attached thereto with the gist of the

3    false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and

4    blocked a Native American elder and Vietnam War veteran from continuous participation in that event,

5    surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build

6    the wall" to a Native American elder to taunt him. Each of the statements complained of herein was known

7    by the friends, family and associates of each John Doe to be about them individually. Indeed, they were

10   individually identified as the subject of the statements complained of herein that they received death

9    threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each

10   individually. They were known to be the subject of the statements complained of herein as they were

11   identified by photo image throughout the world, and each of the statements was interpreted by their friends,

12   family and associates as about them personally.

13   118. **ASLAN**'s communication was false and defaming as he accuses **DOES 1-10**, of behavior deserving of

14   being punched in the face, not exhibited. This comment is deliberately directed against **DOES 1-10**, all

15   minors, and communicated to hundreds of thousands of third parties without privilege, knowing **DOES 1-**

16   **10** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-10** in

17   their school, their community, and the nation at large.

110  119. **ASLAN**'s communication injured DOES 1-10 as it disgraced and degraded the plaintiffs and held them up

19   to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided. In addition, **ASLAN'S**

20   false and defamatory communication caused DOES 1-10 special economic harm, including the increased

21   cost of protecting their privacy and security from the threats derived from the social media mob ASLAN

22   helped lead, endangered their college admissions' prospects, and limited their economic prospects and

23   future earning power as adults.

24                              **TWENTY-FIRST CAUSE OF ACTION**
                                    **(INTRUSION UPON SECLUSION)**
25

                                    DOES 1-10 against **REZA ASLAN**
26

     120. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated
27
     herein.
210

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 26

1    121. The Plaintiffs, all minors, had a right under Kentucky law to live their life in seclusion, without being

2         subjected to unwanted and undesired publicity, and a right to be left alone.

3    122. Pursuant to the case law in this state, the Plaintiffs, all minors, had the right to be left alone, and not be

4         subjected to scorn and the hateful comments made by Aslan.

5    123. As a result of Aslan's actions, Plaintiffs have been damaged in an amount to be proven at trial, in excess of

6         the jurisdiction of this Court.

7                              **TWENTY-SECOND CAUSE OF ACTION**
                          **(NEGLIGENT INFLICATION OF EMOTIONAL DISTRESS)**
10

9                                    DOES 1-10 against **REZA ASLAN**

10   124. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if

11        fully restated herein.

12   125. Defendant Aslan's actions caused the Plaintiffs emotional distress, including but not limited to anxiety, fear

13        for their safety, and effected their educational activities.

14   126. As a result of Defendant Aslan's conduct, Plaintiffs have been damaged in an amount to be proven at trial,

15        in excess of the jurisdiction of the Court.

16                               **TWENTY-THIRD CAUSE OF ACTION**
                                         **(DEFAMATION)**

17                                   DOES 1-10 against **ADAM EDELEN**

110  127. **DOES 1-10** reasserts and incorporates by reference the other paragraphs of this Complaint as if fully

19        restated herein.

20   128. **ADAM EDELEN**, a blue-checkmark-approved Twitter personality, retweeted an article with false factual

21        statements about the Covington Boys, and validated the false factual claims of the article by referring to the

22        kids as "outrageous and abhorrent behavior," that requires they "read a history book on how America's

23        indigenous people have been treated," and that they "need to do some serious soul-searching." Edelen

24        omitted the true facts, and instead implied the following facts were true in his statements and the links

25        attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted

26        an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from

27        continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native

210

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 27

American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

129. **EDELEN**'s communication was false and defaming as he accuses **DOES 1-10**, of engaging in outrageous conduct of threatening a native American elder. This comment is deliberately directed against **DOES 1-10**, all minors, and communicated to hundreds of thousands of third parties without privilege, knowing **DOES 1-10** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-10** in their school, their community, and the nation at large. In addition, **EDELENS** false and defamatory communication caused DOES 1-10 special economic harm, including the increased cost of protecting their privacy and security from the threats derived from the social media mob EDELEN helped lead locally, endangered their college admissions' prospects, and limited their economic prospects and future earning power as adults.

## TWENTY-FOURTH CAUSE OF ACTION
### (INTRUSION UPON SECLUSION)

DOES 1-10 against **ADAM EDELEN**

130. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

131. The Plaintiffs, all minors, had a right under Kentucky law to live their life in seclusion, without being subjected to unwanted and undesired publicity, and a right to be left alone.

132. Pursuant to the case law in this state, the Plaintiffs, all minors, had the right to be left alone, and not be subjected to scorn and the hateful comments made by Edelen.

133. As a result of Edelen's actions, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of this Court.

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 28

**TWENTY-FIFTH CAUSE OF ACTION**
**(NEGLIGENT INFLICATION OF EMOTIONAL DISTRESS)**

DOES 1-10 against **ADAM EDELEN**

134. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

135. Defendant Edelen's actions caused the Plaintiffs emotional distress, including but not limited to anxiety, fear for their safety, and effected their educational activities.

136. As a result of Defendant Edelen's conduct, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of the Court.

**TWENTY-SIXTH CAUSE OF ACTION**
**(DEFAMATION)**

DOES 1-10 against **KEVIN M. KRUSE**

137. **DOES 1-10** reasserts and incorporates by reference the other paragraphs of this Complaint as if fully restated herein.

138. **KRUSE**, known on Twitter as @KevinMKruse, published to approximately 2104,000 third parties, without privilege "No, the accusation was that this kid and his friends mocked an elderly Native American war veteran and, hey, they did. They also taunted women and shouted "it's not rape if you enjoy it" but sure, they're the real victims. According to his PR firm anyway." A true and correct copy of said communication is attached hereto as Exhibit P. Kruse omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march, and falsely accused the plaintiffs of threatening women with chants of "it's not rape if you enjoy it." Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 29

individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

139. **KRUSE**'s communication was false and defaming as he accuses **DOES 1-10**, of mocking a war veteran, taunting women and making a statement about rape – none of which were exhibited. This comment is deliberately directed against **DOES 1-10**, all minors, and communicated to [2104,000] third parties without privilege, knowing **DOES 1-10** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-10** in their school, their community, and the nation at large.

140. **KRUSE**'s communication injured DOES 1-10 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided. In addition, **HAALAND'S** false and defamatory communication caused DOES 1-10 special economic harm, including the increased cost of protecting their privacy and security from the threats derived from the social media mob HAALAND helped lead, endangered their college admissions' prospects, and limited their economic prospects and future earning power as adults.

## TWENTY-SEVENTH CAUSE OF ACTION
### (INTRUSION UPON SECLUSION)

### DOES 1-10 against **KEVIN M. KRUSE**

141. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

142. The Plaintiffs, all minors, had a right under Kentucky law to live their life in seclusion, without being subjected to unwanted and undesired publicity, and a right to be left alone.

143. Pursuant to the case law in this state, the Plaintiffs, all minors, had the right to be left alone, and not be subjected to scorn and the hateful comments made by Kruse.

144. As a result of Kruse's actions, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of this Court.

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 30

**TWENTY-EIGHTH CAUSE OF ACTION**
**(NEGLIGENT INFLICATION OF EMOTIONAL DISTRESS)**

DOES 1-10 against **KEVIN M. KRUSE**

145. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

146. Defendant Kruse's actions caused the Plaintiffs emotional distress, including but not limited to anxiety, fear for their safety, and effected their educational activities.

147. As a result of Defendant Kruse's conduct, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of the Court.

**TWENTY-NINETH CAUSE OF ACTION**
**(DEFAMATION)**

DOES 1-10 against **SHAUN KING**

148. **DOES 1-10** reasserts and incorporates by reference the other paragraphs of this Complaint as if fully restated herein.

149. **KING**, known on Twitter as @shaunking, published to approximately 1.1 million third parties, without privilege "I am so deeply grieved and angry by this as young kids in MAGA hats surrounded and mocked a beloved Native American elder yesterday. When your power is centered in your whiteness, mocking others who are unlike you makes you feel strong. But it's weak. And despicable." A true and correct copy of said communication is attached hereto as Exhibit C. King omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march, and falsely accused the plaintiffs of threatening women with chants of "it's not rape if you enjoy it." Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal

attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

150. **KING**'s communication was false and defaming as he accuses **DOES 1-10**, of overt racism and taunting and weak and despicable behavior – none of which was exhibited. This comment is deliberately directed against **DOES 1-10**, all minors, and communicated to 1.1 million third parties without privilege, knowing **DOES 1-10** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-10** in their school, their community, and the nation at large.

151. **KING**'s communication injured DOES 1-10 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided. In addition, **KING'S** false and defamatory communication caused DOES 1-10 special economic harm, including the increased cost of protecting their privacy and security from the threats derived from the social media mob KING helped lead, endangered their college admissions' prospects, and limited their economic prospects and future earning power as adults.

### THIRTIETH CAUSE OF ACTION
### (INTRUSION UPON SECLUSION)

DOES 1-10 against **SHAUN KING**

152. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

153. The Plaintiffs, all minors, had a right under Kentucky law to live their life in seclusion, without being subjected to unwanted and undesired publicity, and a right to be left alone.

154. Pursuant to the case law in this state

155., the Plaintiffs, all minors, had the right to be left alone, and not be subjected to scorn and the hateful comments made by King.

156. As a result of King's actions, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of this Court.

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 32

## THIRTY-FIRST CAUSE OF ACTION
### (NEGLIGENT INFLICATION OF EMOTIONAL DISTRESS)

#### DOES 1-10 against **SHAUN KING**

157. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

158. Defendant King's actions caused the Plaintiffs emotional distress, including but not limited to anxiety, fear for their safety, and effected their educational activities.

159. As a result of Defendant King's conduct, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of the Court.

### THIRTY-SECOND CAUSE OF ACTION
### (DEFAMATION)

#### DOES 1-10 against **CLARA JEFFERY**

160. **DOES 1-10** reasserts and incorporates by reference the other paragraphs of this Complaint as if fully restated herein.

161. **JEFFERY**, known on Twitter as @ClaraJeffery, published to approximately 113,000 third parties, without privilege "The tapes that have emerged do show the BHI [Black Hebrew Israelites] doing their usual end-times ranting. But they also show the Covington Catholic kids: making cavemen gestures at BHI; tomahawk chanting at Natives; taunting random women; chants of "build the wall" and "it's not rape if you enjoy it." A true and correct copy of said communication is attached hereto as Exhibit O. Jeffery omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march, and falsely accused the plaintiffs of threatening women with chants of "it's not rape if you enjoy it." Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls,

threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

162. **JEFFERY**'s communication was false and defaming as she accuses **DOES 1-10**, of a number of actions not exhibited: making caveman gestures, taunting random women, chanting "build the wall" and saying "it's not rape if you enjoy it." This comment is deliberately directed against **DOES 1-10**, all minors, and communicated to [how many] third parties without privilege, knowing **DOES 1-10** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-10** in their school, their community, and the nation at large.

163. **JEFFERY**'s communication injured DOES 1-10 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided. In addition, **JEFFERY'S** false and defamatory communication caused DOES 1-10 special economic harm, including the increased cost of protecting their privacy and security from the threats derived from the social media mob JEFFERY helped lead, endangered their college admissions' prospects, and limited their economic prospects and future earning power as adults.

## THIRTY-THIRD CAUSE OF ACTION
### (INTRUSION UPON SECLUSION)

### DOES 1-10 against **CLARA JEFFERY**

164. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

165. The Plaintiffs, all minors, had a right under Kentucky law to live their life in seclusion, without being subjected to unwanted and undesired publicity, and a right to be left alone.

166. Pursuant to the case law in this state, the Plaintiffs, all minors, had the right to be left alone, and not be subjected to scorn and the hateful comments made by Jeffery.

167. As a result of Jeffery's actions, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of this Court.

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 34

# THIRTY-FOURTH CAUSE OF ACTION
## (NEGLIGENT INFLICATION OF EMOTIONAL DISTRESS)

### DOES 1-10 against **CLARA JEFFERY**

168.**DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

169.Defendant Jeffery's actions caused the Plaintiffs emotional distress, including but not limited to anxiety, fear for their safety, and effected their educational activities.

170.As a result of Defendant Jeffery's conduct, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of the Court.

# THIRTY-FIFTH CAUSE OF ACTION
## (DEFAMATION)

### DOES 1-10 against **JODI JACOBSON**

171.**DOES 1-10** reasserts and incorporates by reference the preceding paragraphs of this Complaint as if fully restated herein.

172.**JACOBSON**, the president and editor in chief of the website Rewire.News, authored an article published on Jan. 22, 2019 on Rewire.News titled "White-Washing White Supremacy: Media Rushes to Excuse Covington Catholic Students." A true and correct copy of said communication is attached hereto as Exhibit Q. Jacobson omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march, and falsely accused the plaintiffs of threatening women with chants of "it's not rape if you enjoy it." Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 35

1    world, and each of the statements was interpreted by their friends, family and associates as about them

2    personally.

3    173. **JACOBSON'S** communication was false and defaming as she accuses **DOES 1-10**, of a number of actions

4    not exhibited: racism, being aggressive and disrespectful to Nathan Phillips, harassing young women,

5    saying "it's not rape if you enjoy it." These comments were deliberately directed against **DOES 1-10**, all

6    minors, and communicated to [how many] third parties without privilege, knowing **DOES 1-10** were from

7    Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-10** in their school,

10    their community, and the nation at large.

9    174. **JACOBSON'S** article went on to make false statements about Covington Catholic High School, including

10    erroneously claiming that the school's students had worn blackface and body paint to caricature black

11    students on the opposing team during basketball games.

12    175. **JACOBSON'S** article injured DOES 1-10 as it disgraced and degraded the plaintiffs and held them up to

13    public hatred, contempt, ridicule, and caused them to be shunned and avoided. In addition, **JACOBSON'S**

14    false and defamatory communication caused DOES 1-10 special economic harm, including the increased

15    cost of protecting their privacy and security from the threats derived from the social media mob

16    JACOBSON helped lead, endangered their college admissions' prospects, and limited their economic

17    prospects and future earning power as adults.

110

### THIRTY-SIXTH CAUSE OF ACTION
### (INTRUSION UPON SECLUSION)

19

20    DOES 1-10 against **JODI JACOBSON**

176. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated

21    herein.

22

177. The Plaintiffs, all minors, had a right under Kentucky law to live their life in seclusion, without being

23    subjected to unwanted and undesired publicity, and a right to be left alone.

24

178. Pursuant to the case law in this state, the Plaintiffs, all minors, had the right to be left alone, and not be

25    subjected to scorn and the hateful comments made by Jacobson.

26

179. As a result of Jacobson's actions, Plaintiffs have been damaged in an amount to be proven at trial, in excess

27    of the jurisdiction of this Court.

210

## THIRTY-SEVENTH CAUSE OF ACTION
### (NEGLIGENT INFLICATION OF EMOTIONAL DISTRESS)

DOES 1-10 against **JODI JACOBSON**

180. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

181. Defendant Jacobson's actions caused the Plaintiffs emotional distress, including but not limited to anxiety, fear for their safety, and effected their educational activities.

182. As a result of Defendant Jacobson's conduct, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of the Court.

### DAMAGES

183. False and Defamatory Accusations against the plaintiffs are defamatory *per se*, as they are libelous on their face without resort to additional facts, and as clearly demonstrated here, DOES 1-10 were subjected to public hatred, contempt, scorn, obloquy, and shame. The conduct of the plaintiffs, based on the false facts the defendants placed and circulated into the court of public opinion, led to these lifetime labels on these minors: "display of hate, disrespect and intolerance"; "heartbreaking"; "decency decayed"; "racist"; "cried for America"; "infamous"; "gall"; "shameful"; "darker chapters"; compared to genocide; "laughing and egging on" "hurtful" behavior; "awful"; "cavemen gestures"; "taunting"; 'harassing"; "stalking"; "mocking"; "bullies" who should be doxed, "named and shamed", expelled from school, denied admission to college, be punched in the face, and their lives ruined.

**WHEREFORE,** Plaintiff respectfully prays:

184. That judgment be entered for each plaintiff against Defendants for damages in an amount not less than $15,000 but not more than $50,000 against each defendant;

185. For a trial by jury.

186. For all costs and expenses, including reasonable attorneys fees.

187. That the Court grant all such other and further relief that the Court deems just and proper, including declaratory and equitable relief.

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 37

1

2  Respectfully submitted this _14_ day of August, 2019.

3

4  _Robert Barnes by K.L._
   Robert Barnes (Motion Pro Hac Vice to be filed)
5  Barnes Law
   Attorney for Plaintiffs

6

7  _Kevin L. Murphy_
   Kevin L. Murphy (50646)
10  Murphy Landen Jones PLLC
    2400 Chamber Center Drive, Suite 200
9   P.O. Box 17534
    Fort Mitchell, KY 41017
10  Attorney for Plaintiffs

11

12

13

14

15

16

17

110

19

20

21

22

23

24

25

26

27

210

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 38

1

**EXHIBIT A**

2

3

4

5



6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 15

1

2

3 **EXHIBIT B**

4



5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 16

28

**EXHIBIT C**





> Shaun King ✔
>
> I am so deeply grieved and angry by this as young kids in MAGA hats surrounded and mocked a beloved Native American elder yesterday.
>
> When your power is centered in your whiteness, mocking others who are unlike you makes you feel strong.
>
> But it's weak. And despicable.

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 17

1

**EXHIBIT D**

2

3



4

| Tweets | Following | Followers |
| 195K | 3,774 | 1.04M |

**Following**

5

## Maggie Haberman ✿
@maggieNYT

6

White House correspondent for NYTimes, analyst for CNN. RTs don't imply agreement.
maggie.haberman@nytimes.com

7

8

9

**Maggie Haberman** ✿ @maggieNYT · Jan 19
When adults stand by and say nothing....

10

11

**Andrew Ujifusa** @AndrewUjifusa

12

In another video from this now-infamous incident involving a Native
American Vietnam vet, a young person scoffs at the idea of stolen land.

13

14

"And y'all stole it from the aboriginals. ... Land gets stolen. That's how it...

Show this thread

15

16

228     580     2.5K

17

4:14 PM
2/4/2019

18

19

20

21

22

23

24

25

26

27

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 18

28

1

**EXHIBIT E**

2

3

4    **Andrew Ujifusa**
    @AndrewUjifusa                    

5   In another video from this now-infamous
6   incident involving a Native American
7   Vietnam vet, a young person scoffs at
    the idea of stolen land.
8

9   "And y'all stole it from the aboriginals. ...
    Land gets stolen. That's how it works. It's
10  the way of the world."

11  
12
13
14
15
16

17  Video of Boys Mocking Native American Vet, Unchecked by Adults, ...
    A group of young people were filmed taunting a Native American man and
    military veteran who was participating in the Indigenous Peoples March.
18  blogs.edweek.org

19  2:34 PM - 19 Jan 2019

20  **204** Retweets **324** Likes    

21  ♡ 175    ⇄ 204    ♡ 324    ✉

22

23

24

25

26

27

    PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 19
28

**EXHIBIT F**



PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 21

1

2

3     **EXHIBIT G**

4      

5

6     A Native American Vietnam War veteran was
      seen being harassed and mocked by a group

7     of MAGA hat-wearing teens.
      huffingtonpost.com/entry/maga-hat    ... **via**

8     @HuffPost

9
      
10

11

12

13

14    Native American Veteran Speaks Out After MAGA Hat-Wearing Teens Harass ...
      Congresswoman Deb Haaland called the students' behavior a show of "blatant hate."

15    huffingtonpost.com

16    5:45 PM · 16 Jan 2019

17

18

19

20

21

22

23

24

25

26

27    PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 22

28



1

**EXHIBIT H**

2

3

4

5

 **Maggie Haberman** ✓
@maggieNYT

6



7

8

9

There are dozens of students laughing and egging on the behavior. Will be interesting to see if anyone is actually expelled, as officials suggest is possible

10

11

12

13

14

15

16



17

18

19

**Viral Video Shows Boys in 'Make America Great Again' Hats Surrounding Nat...**
Students from Covington Catholic High School in Kentucky appeared to surround the elder, Nathan Phillips, outside the Lincoln Memorial. The high school has conde...
nytimes.com

20

4:08 PM - 19 Jan 2019

21

**3,144** Retweets **11,226** Likes 

22

♡ 5.1K   ⟲ 3.1K   ♡ 11K   ✉

23

24

25

26

27

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 23

28

**EXHIBIT I**



PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 24

1

2        **EXHIBIT J**

3



Kathy Griffin
@kathygriffin

Ps. The reply from the school was pathetic
and impotent. Name these kids. I want
NAMES. Shame them. If you think these
fuckers wouldn't dox you in a heartbeat, think
again.

Kathy Griffin @kathygriffin

2:05 AM   20 Jan 2019

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28      PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 25

**EXHIBIT K**



PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 26

**EXHIBIT L**



1

**EXHIBIT M**

2

3



4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 28

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT N**



**Clara Jeffery** ✪ @ClaraJeffery · Jan 21
I am truly dismayed by how many in MSM got worked—yet again—by conservative claims that one video exonerated these kids. I've watched them all None put them in a better light, unless you're really reaching. Some are a lot WORSE than original.

♡ 1.4K    ⟲ 11K    ♡ 47K    ✉

**Clara Jeffery** ✪
@ClaraJeffery

[ Follow ]

The tapes that have emerged do show the BHI doing their usual end-times ranting. But they also show the Covington Catholic kids:
* making cavemen gestures at BHI
*tomahawk chanting at Natives
*taunting random women
*chants of "build the wall" and "it's not rape if you enjoy it"

11:27 AM · 22 Jan 2019

**844** Retweets **2,612** Likes

♡ 240    ⟲ 844    ♡ 2.6K    ✉

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 29

**EXHIBIT O**



I went to Catholic school. They actually taught us about personal responsibility.

♡ 8    ↻ 2    ♡ 29    ✉

**Jay Caruso** ✓ @JayCaruso · Jan 22
What? The accusation was that this kid and his friends surrounded Phillips and got in his face, when in fact, it was Phillips who approached him and started banging a drum in his face. Come on, man.

♡ 6    ↻ 13    ♡ 101    ✉

**Kevin M. Kruse** ✓
@KevinMKruse                                         Follow ⌄

Replying to @JayCaruso

No, the accusation was that this kid and his friends mocked an elderly Native American war veteran and, hey, they did.

They also taunted women and shouted "it's not rape if you enjoy it" but sure, they're the real victims. According to his PR firm anyway.

2:23 PM · 22 Jan 2019

3 Retweets  23 Likes  

♡ 84    ↻ 3    ♡ 23    ✉

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 30

COMMONWEALTH OF KENTUCKY
KENTON CIRCUIT COURT
HON. KATHY LAPE
CIVIL ACTION NO. 19-CI-01351

---

JOHN DOES 1-10,                                              PLAINTIFFS

v.                    **AGREED SCHEDULING ORDER**

DEBORAH HAALAND et. al.                                      DEFENDANT

---

By agreement of Defendants Jodi Jacobson and Kevin Kruse and Plaintiffs John Does 1-10, though their undersigned counsel, and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED:

1. Defendants Jacobson and Kruse shall have until Monday, September 16, 2019 to file a motion to dismiss the Amended Complaint filed by Plaintiffs on August 14, 2019.

2. Plaintiffs will have 30 days, to and including October 16, 2019, to oppose Defendants' motion to dismiss.

3. Plaintiffs Jacobson and Kruse will have 14 days, to and including October 30, 2019, to file a reply brief in support of their motion to dismiss.

4. The parties will contact the Court to schedule a date for argument on defendants' motion.

Signed this _____ day of August 2019.

_____
HON. KATHY LAPE
JUDGE, KENTON CIRCUIT COURT

TENDERED BY:

*s/ Jon L. Fleischaker*
Jon L. Fleischaker
Michael P. Abate
Andrea Aikin
Kaplan Johnson Abate & Bird LLP
710 W. Main St., 4th Floor
Louisville, KY 40202
(502) 416-1630

*Counsel for Defendants Jodi Jacobson and Kevin Kruse*


*s/ Kevin L. Murphy (w/ permission)*
Kevin L. Murphy
Murphy Landen Jones PLLC
2400 Chamber Center Dr., Suite 200
Ft. Mitchell, KY 41017-0330

*Counsel for Plaintiffs*



*s/ Michael P. Abate*
*Counsel for Defendants Jacobson and Kruse*

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Elizabeth Warren
1550 main Street
Suite 406
Springfield, MA 01103

KENTON CIRCUIT/DISTRICT COURT
FILED
AUG 2 2 2019
BY: JOHN C. MIDDLETON, D.C.

19-CI-1351

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 3078 7124 8982 30

2. Article Number (Transfer from service label)
7017 1450 0000 0083 8839

PS Form **3811**, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING#

9590 9402 3078 2124 8982 30

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

KENTON CIRCUIT COURT
230 MADISON AVE.
3RD FLOOR
COVINGTON, KY 41011
PHONE #859-292-6521

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Maggie Haberman
817 W. End Avenue
7pt 4E
New York, NY 10025-5318

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 3078 7124 8983 15

2. Article Number (Transfer from service label)

7017 1450 0000 0083 8754

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X DELFIND G.

☐ Agent
☐ Addresse

B. Received by (Printed Name)

C. Date of Deliver

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

DISTRICT COURT

Aug 2 3 2019

...ETON

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restrict Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation†
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

9590 9402 3078 7124 8983 15

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

KENTON CIRCUIT COURT
230 MADISON AVE.
3RD. FLOOR
COVINGTON, KY 41011
PHONE #859-292-6521

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Adam Edelen
Edelen Strategic Ventures
300 East Main Street Suite 2
Lexington, KY 40507

9590 9402 3078 7124 8982 85

2. Article Number (Transfer from service label)

7017 1450 0000 0083 8785

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Deliver

Peter Robinette

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

KENTON C. MIDDLETON

AUG 2 6 2019

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

USPS TRACKING #

9590 9402 3078 7124 8982 85

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

KENTON CIRCUIT COURT
230 MADISON AVE.
3RD. FLOOR
COVINGTON, KY 41011
PHONE #859-292-6521