# EXHIBIT B



**JOHN DOES 1-10 VS. HAALAND, DEBORAH , ET AL**

**KENTON CIRCUIT COURT**

Filed on **08/02/2019** as **OTHER** with **HON. KATHY LAPE**

**19-CI-01351**

**** NOT AN OFFICIAL COURT RECORD ****

| Parties | 19-CI-01351 |
|---|---|

**ASLAN, REZA** as **DEFENDANT / RESPONDENT**

**Address**
1954 PINEHURST ROAD
LOS ANGELES CA 90068

**Summons**
**CIVIL SUMMONS** issued on **08/14/2019** by way of **CERTIFIED MAIL**
*7017.1450.0000.0083.8594*
**CIVIL SUMMONS** issued on **08/02/2019** by way of **CERTIFIED MAIL**
*REZA ASLAN RTS/ UNDLV 8/22/19*

**DOWD, MATTHEW JOHN** as **DEFENDANT / RESPONDENT**

**Address**
307 W. MONROE STREET
AUSTIN TX 78704

**Summons**
**CIVIL SUMMONS** issued on **08/14/2019** by way of **CERTIFIED MAIL**
*7017.1450.0000.0083.8600*
**CIVIL SUMMONS** issued on **08/02/2019** by way of **CERTIFIED MAIL**
*7016 2070 0001 1377 6482*

**EDELEN, ADAM** as **DEFENDANT / RESPONDENT**

**Address**
EDELEN STRATEGIC VENTURES
300 EAST MAIN STREET, STE. 210
LEXINGTON KY 40507

**Summons**
**CIVIL SUMMONS** issued on **08/14/2019** by way of **CERTIFIED MAIL**
*7017.1450.0000.0083.8785*
**CIVIL SUMMONS** issued on **08/02/2019** served on **08/06/2019** by way of **CERTIFIED MAIL**
*7016 2070 0001 1377 6505*

**GRIFFIN, KATHY** as **DEFENDANT / RESPONDENT**

**Address**
11782 SOUTHAMPTON COURT
LOS ANGELES CA 90077

**Summons**
**CIVIL SUMMONS** issued on **08/14/2019** by way of **CERTIFIED MAIL**
*7017.1450.0000.0083.8808*
**CIVIL SUMMONS** issued on **08/02/2019** by way of **CERTIFIED MAIL**
*7017 1450 0000 0276 1135*

**HAALAND, DEBORAH** as **DEFENDANT / RESPONDENT**

**Address**
400 GOLD AVENUE SW, SUITE 680
ALBUQUERQUE NM 87102

**Summons**
**CIVIL SUMMONS** issued on **08/14/2019** by way of **CERTIFIED MAIL**
*7017.1450.0000.0083.8822*
**CIVIL SUMMONS** issued on **08/02/2019** by way of **CERTIFIED MAIL**
*7017 1450 0000 0276 1203*

### HABERMAN, MAGGIE as DEFENDANT / RESPONDENT

**Address**

817 W. END AVENUE, APT 4E
NEW YORK NY 10025

**Summons**

**CIVIL SUMMONS** issued on **08/14/2019** served on **08/23/2019** by way of **CERTIFIED MAIL**
*7017.1450.0000.0083.8754*
**CIVIL SUMMONS** issued on **08/02/2019** by way of **CERTIFIED MAIL**

### JACOBSON, JODI as DEFENDANT / RESPONDENT

**Address**

7315 WISCONSIN AVE., STE. 400W
BETHESDA MD 20814

**Summons**

**CIVIL SUMMONS** issued on **08/14/2019** by way of **CERTIFIED MAIL**
*7017.1450.0000.0083.8617*
**CIVIL SUMMONS** issued on **08/02/2019** served on **08/08/2019** by way of **CERTIFIED MAIL**
*7017 1450 0000 0090 6378*

### JEFFERY, CLARA as DEFENDANT / RESPONDENT

**Address**

3809 20TH STREET, APT. 305
SAN FRANCISCO CA 94114

**Summons**

**CIVIL SUMMONS** issued on **08/14/2019** by way of **CERTIFIED MAIL**
*7017.1450.0000.0083.8761*
**CIVIL SUMMONS** issued on **08/02/2019** by way of **CERTIFIED MAIL**
*7017 1450 0000 0090 6101*

### JOHN DOES 1- 10 as PLAINTIFF / PETITIONER

**Memo**

AMENDED COMPLAINT FILED 8/14/19 - CHANGED FROM JOHN DOES 1-8 TO 1-10

### KING, JEFFREY SHAUN as DEFENDANT / RESPONDENT

**Address**

214 DUFFIELD STREET
BROOKLYN NY 11201

**Summons**

**CIVIL SUMMONS** issued on **08/14/2019** by way of **CERTIFIED MAIL**
*7017.1450.0000.0083.8778*
**CIVIL SUMMONS** issued on **08/02/2019** by way of **CERTIFIED MAIL**
*7017 1450 0000 0090 6408 JEFF S. KING RTS/UNDLV AS ADDRESSED 8/12/19*

### KRUSE, KEVIN M. as DEFENDANT / RESPONDENT

**Address**

121 BERTRAND DRIVE
PRINCETON NJ 08540

**Summons**

**CIVIL SUMMONS** issued on **08/14/2019** by way of **CERTIFIED MAIL**
*7017.1450.0000.0083.8815*
**CIVIL SUMMONS** issued on **08/02/2019** served on **08/07/2019** by way of **CERTIFIED MAIL**
*7017 1450 0000 0090 5876*

### NAVARRO FLORES, ANA VIOLETA as DEFENDANT / RESPONDENT

**Address**

2907 COLUMBUS BLVD.

CORAL GABLES FL 33134

**Summons**

**CIVIL SUMMONS** issued on **08/14/2019** by way of **CERTIFIED MAIL**
*7017.1450.0000.0083.8792*

**CIVIL SUMMONS** issued on **08/02/2019** by way of **CERTIFIED MAIL**
*7017 1450 0000 0276 1159*

**WARREN , ELIZABETH** as **DEFENDANT / RESPONDENT**

**Address**

1550 MAIN STREET , SUITE 406
SPRINGFIELD MA 01103

**Summons**

**CIVIL SUMMONS** issued on **08/14/2019** served on **08/22/2019** by way of **CERTIFIED MAIL**
*7017.1450.0000.0083.8839*

**CIVIL SUMMONS** issued on **08/02/2019** served on **08/12/2019** by way of **CERTIFIED MAIL**
*7017 1450 0000 0090 7610*

**ABATE, MICHAEL PATRICK** as **ATTORNEY FOR DEFENDANT**

**Address**

KAPLAN JOHNSON ABATE & BIRD LLP
710 W. MAIN ST., 4TH FLOOR
LOUISVILLE KY 40202

**BARNES, ROBERT E.** as **CO-COUNSEL**

**Memo**

MOTION PRO HAC VICE TO BE FILED

**Address**

BARNES LAW
601 SOUTH FIGUEROA STREET
LOS ANGELES CA 90017

**MURPHY, KEVIN L.** as **ATTORNEY FOR PLAINTIFF**

**Address**

MURPHY LANDEN JONES PLLC
2400 CHAMBER CENTER DRIVE, SUITE 200
FT. MITCHELL KY 41017 0330

| Documents | 19-CI-01351 |
|---|---|

**COMPLAINT / PETITION** filed on **08/02/2019**

**TENDERED DOCUMENT** filed on **08/22/2019**
  *agreed scheduling order*

| Images | 19-CI-01351 |
|---|---|

**COMPLAINT / PETITION** filed on **08/02/2019**   *Page(s): 43*

**RETURN OF SERVICE** filed on **08/06/2019**   *Page(s): 2*

**RETURN OF SERVICE** filed on **08/08/2019**   *Page(s): 2*

**AMENDED COMPLAINT** filed on **08/14/2019**   *Page(s): 53*

**RETURN OF SERVICE** filed on **08/07/2019**   *Page(s): 2*

**RETURN OF SERVICE** filed on **08/12/2019**   *Page(s): 2*

**TENDERED DOCUMENT** filed on **08/22/2019**   *Page(s): 2*

**\*\*\*\* End of Case Number : 19-CI-01351 \*\*\*\***