UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

JOHN DOES 1 THROUGH 10,

    Plaintiffs,

v.

DEBORAH HAALAND, ANA VIOLETA NAVARRO FLORES, ELIZABETH WARREN, MAGGIE HABERMAN, KATHY GRIFFIN, MATTHEW JOHN DOWD, REZA ASLAN, KEVIN M. KRUSE, JEFFREY SHAUN KING, ADAM EDELEN, CLARA JEFFERY, and JODI JACOBSON,

    Defendants.

No. 2:19-cv-00117-WOB-CJS

## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, FAILURE TO STATE A CLAIM, AND LACK OF SUBJECT MATTER JURISDICTION BY DEFENDANT SENATOR ELIZABETH WARREN

Defendant Senator Elizabeth Warren ("Senator Warren"), by and through undersigned counsel, respectfully moves the Court to dismiss Plaintiffs' claims for lack of personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure. Senator Warren lacks sufficient contacts with Kentucky to support the exercise of personal jurisdiction under either Kentucky's long-arm statute or under the federal due process requirements. Alternatively, Senator Warren moves this Court to dismiss Plaintiffs' claims pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure because Plaintiffs have failed to state a claim for any of the causes of action that they allege. Alternatively, Senator Warren moves this Court pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure to dismiss Plaintiffs' claims against her for lack of subject matter jurisdiction. Plaintiffs' claims are based on acts committed within the scope of Senator Warren's official duties, and the doctrine of sovereign immunity bars claims against the United States,

including its federal officers in their official capacities, unless the plaintiff identifies an applicable waiver. Plaintiffs here have made no such identification.

In support of this Motion, Senator Warren submits the attached Memorandum of Law and proposed order.

DATED: September 4, 2019

/s/*Daniel J. Canon*
Daniel J. Canon, PSC (Ky. 92048)
1205 E. Washington St, Suite 111
Louisville, KY 40206
dan@dancanonlaw.com

Marc E. Elias*
Email: melias@perkinscoie.com
Uzoma N. Nkwonta*
Email: unkwonta@perkinscoie.com
John M. Geise*
Email: jgeise@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959

*Counsel for Defendant, Senator Elizabeth Warren*
*\*Pro Hac Vice Application Pending*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2019, I filed a copy of the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Daniel J. Canon*
Counsel for Defendant, Senator Elizabeth Warren

2