UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

*ELECTRONICALLY FILED*

| | |
|---|---|
| JOHN DOES 1-10,<br><br>*Plaintiffs*,<br><br>v.<br><br>CONGRESSWOMAN DEBRA HAALAND, et al.,<br><br>*Defendants*. | No. 3:19-cv-117-WOB-CJS |

**AGREED ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT**

Pursuant to Local Civil Rule 7.1(b), the Plaintiffs and Defendants Jodi Jacobson and Kevin Kruse have agreed to extend the time for these Defendants to answer or otherwise respond to the Complaint. In support of this Agreed Order, these Parties state as follows:

1. Plaintiff filed this defamation case in state court served the original complaint on Defendants Jacobson and Kruse.

2. Plaintiffs then filed an amended complaint in state court.

3. By agreed order filed in the state-court case, Plaintiffs and Defendants Jacobson and Kruse agreed that the time for these Defendants to answer or otherwise respond to the amended complaint would be extended to September 16, 2019.

4. On August 28, 2019, Defendant Senator Elizabeth Warren removed this case to the Eastern District of Kentucky, citing the federal officer removal statute, 28 U.S.C. § 1442.

5. On August 30, 2019, Defendant Congresswoman Debra Haaland filed an unopposed motion for extension of time to answer or otherwise respond to the amended complaint on or before September 27, 2019, which this Court granted.

6. In order to maximize judicial efficiency and coordinate deadlines among the various parties to this case, Plaintiffs and Defendants Jacobson and Kruse have agreed to extend the deadline by which these Defendants must answer or otherwise respond to the amended complaint to and including September 27, 2019.

WHEREFORE, IT IS HEREBY ORDERED that the time for Defendants Jacobson and Kruse to answer or otherwise respond to the complaint IS EXTENDED to September 27, 2019.

_____
Hon. Candace J. Smith
United States Magistrate Judge

*Tendered By*:

*s/Michael P. Abate*
Jon L. Fleischaker
Michael P. Abate
Kaplan Johnson Abate & Bird LLP
710 W. Main St., 4th Floor
Louisville, KY 40202
(502) 540-8280
jfleischaker@kaplanjohnsonlaw.com
mabate@kaplanjohnsonlaw.com

*Counsel for Defendants Jodi Jacobson and Kevin Kruse*

*s/ Kevin L. Murphy (w/ permission)*
Kevin L. Murphy
Murphy Landen Jones PLLC
2400 Chamber Center Dr., Suite 200
Ft. Mitchell, KY 41017-0330

*Counsel for Plaintiffs*

## CERTFICATE OF SERVICE

I hereby certify that on September 6, 2019, I filed the foregoing Agreed Order with the Court and served it on counsel of record by filing it with the Court's CM/ECF system. All counsel of record who have entered appearances are registered ECF users.

*s/Michael P. Abate*
*Counsel for Defendants Jodi Jacobson and Kevin Kruse*