# ATTORNEY ADMISSION INFORMATION AND ROUTING FORM

## ATTORNEY AND PRO SE INFORMATION FORM

| | | | |
|---|---|---|---|
| Date | 8/29/2019 | Case No. | 2:19-CV-117-WOB-CJS |
| Deputy | eco | Prisoner ID | |

| Division | Ash | Cov ✔ | Fkt | Lex | Lon | Pke | Check here ✔ | to request Lexington to check master file |

### ENTER DATA IN EITHER ATTORNEY OR PRO SE LITIGANT COLUMN.

| ATTORNEY | | PRO SE LITIGANT | |
|---|---|---|---|
| ☐ Inconsistencies noted | ☐ Change atty name | ☐ Inconsistencies noted | ☐ Change pro se |
| ✔ Add atty/firm address | ☐ Change atty/firm address | ☐ Add pro se address | ☐ Change pro se address |
| ☐ Add bar data | ☐ Change bar data | ☐ Add prison address | ☐ Change prison address |

#### Old Information to be Changed

| Name | | Suite/Room/Floor | |
|---|---|---|---|
| Firm or Prison | | City ST Zip | |
| P.O. Box | | Telephone | |
| Street | | Fax or Remarks | |

#### New Information to be Entered

| Name | Robert E. Barnes | Suite/ Room/Floor | Suite 4050 |
|---|---|---|---|
| Firm or Prison | Barnes Law | City ST Zip | Los Angeles, CA 90017 |
| P.O. Box | | Telephone | 213-330-3341 |
| Street | 601 South Figueroa Street | Fax or Remarks | |

## ATTORNEY BAR INFORMATION

Please complete to change/add an attorney in database

| SSN | | Application Date | | Adm Date | | DOB | |
|---|---|---|---|---|---|---|---|
| Fee paid? | Yes ☐ | No ☐ | Counsel requests to be admitted | | ☐ by petition | | ☐ in open court |

| Old Information to be Changed | | New Information to be Entered | |
|---|---|---|---|
| ☐ Active | ☐ Suspended | ☐ Active | ☐ Suspended |
| ☐ Pro hoc vice - out of state | ☐ CJA attorney | ☐ Pro hoc vice - out of state | ☐ CJA attorney |
| ☐ Deceased | ☐ Not available | ☐ Deceased | ☐ Not available |
| ☐ Disbarred | | ☐ Disbarred | |

## ATTORNEY ADMISSION DEPUTY USE ONLY

| | | | | |
|---|---|---|---|---|
| ✔ | Date received | 8/19 ECO | | |
| ✔ | Date forwarded | 8/30 CBD | Forwarded to | Lex Clerk |
| ✔ | Date returned | 8/30 SLH | Returned to | No record found |
| ☐ | Date entered | | Additional info needed | |
| ☐ | Initials | | | |