COMMONWEALTH OF KENTUCKY
KENTON CIRCUIT COURT
HON. KATHY LAPE
CIVIL ACTION NO. 19-CI-01351



**EXHIBIT**

**1**

JOHN DOES 1 THROUGH 10            PLAINTIFFS

v.

DEBORAH HAALAND, et al.            DEFENDANTS

<u>**NOTICE OF REMOVAL**</u>

    **PLEASE TAKE NOTICE** that on this day **Case No. 19-CI-01351, John Does 1 Through 10 v. Deborah Haaland, Ana Violeta Navarro Flores, Elizabeth Warren, Maggie Haberman, Kathy Griffin, Matthew John Dowd, Reza Aslan, Kevin M. Kruse, Jeffrey Shaun King, Adam Edelen, Clara Jeffery, and Jodi Jacobson**, pending before the Kenton County Circuit Court in the State of Kentucky is being removed to the United States District Court for the Eastern District of Kentucky, Covington Division pursuant to 28 U.S.C. §§ 1442(a) and 1446(a) on behalf of Defendant Senator Elizabeth Warren ("Senator Warren"). The notice of removal and accompanying exhibits have been included with this filing.

August 28, 2019            Respectfully submitted,

                          /s/ *Daniel J. Canon*
                          Daniel J. Canon, PSC (KY 92048)
                          1205 E. Washington St., Suite 111
                          Louisville, KY 40206
                          dan@dancanonlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Removal has been

filed this 28th day of August, 2019, and served electronically on the following:


Jon L. Fleischaker
Michael P. Abate
Andrea Aikin
Kaplan Johnson Abate & Bird LLP
710 W. Main St., 4th Floor
Louisville, KY 40202
*Counsel for Defendants Jodi Jacobson and Kevin Kruse*

Kevin L. Murphy
Murphy Landen Jones PLLC
2400 Chamber Center Dr., Suite 200
Ft. Mitchell, KY 41017-0330
*Counsel for Plaintiffs*


/s/ *Daniel J. Canon*
Counsel for Defendant,
Senator Elizabeth Warren

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| JOHN DOES 1 THROUGH 10,<br><br>            Plaintiffs,<br><br>   v.<br><br>DEBORAH HAALAND, ANA VIOLETA NAVARRO FLORES, ELIZABETH WARREN, MAGGIE HABERMAN, KATHY GRIFFIN, MATTHEW JOHN DOWD, REZA ASLAN, KEVIN M. KRUSE, JEFFREY SHAUN KING, ADAM EDELEN, CLARA JEFFERY, and JODI JACOBSON,<br><br>            Defendants. | No. _____<br><br>[Removed from the Kenton County Circuit Court, Case No. 19-CI-01351]<br><br>Complaint Filed: August 1, 2019 |

**PLEASE TAKE NOTICE** that on this day **Case No. 19-CI-01351, John Does 1 Through 10 v. Deborah Haaland, Ana Violeta Navarro Flores, Elizabeth Warren, Maggie Haberman, Kathy Griffin, Matthew John Dowd, Reza Aslan, Kevin M. Kruse, Jeffrey Shaun King, Adam Edelen, Clara Jeffery, and Jodi Jacobson**, pending before the Kenton County Circuit Court in the State of Kentucky is being removed to the United States District Court for the Eastern District of Kentucky, Covington Division pursuant to 28 U.S.C. §§ 1442(a) and 1446(a) on behalf of Defendant Senator Elizabeth Warren ("Senator Warren"). This court has jurisdiction because Plaintiffs have asserted claims against Senator Warren, an officer of the United States, for acts performed under color of such office. *See* 28 U.S.C. § 1442(a)(1).

## I.      INTRODUCTION

1.      Plaintiffs filed this lawsuit against Senator Warren for defamation, intrusion upon seclusion, and negligent infliction of emotional distress arising out of a tweet, issued from Senator Warren's official Senate twitter account, concerning a highly publicized confrontation that occurred on January 18, 2019, between Plaintiffs and a Native American activist, Nathan Phillips,

EXH: 000001 of 000006

on the steps of the Lincoln Memorial in Washington, D.C. Plaintiffs assert similar tort claims against the remaining defendants in this matter for various statements they allegedly made in connection with the January 18, 2019 incident.

2.     Plaintiffs filed this action on August 1, 2019, in the Kenton County Circuit Court, Case No. 19-CI-01351, and filed an Amended Complaint on August 14, 2019. A true and correct copy of the Complaint and all pleadings and papers issued to Senator Warren to date, is attached as <u>Exhibit A</u>.

## II.     THIS CASE IS REMOVABLE UNDER 28 U.S.C. § 1442(a)(1)

3.     Because Plaintiffs have asserted claims against Senator Warren, an officer of the United States, for acts performed under color of such office, this action is removable to this Court under 28 U.S.C. § 1442(a)(1). To qualify for removal under the statute, Senator Warren must (1) be an "officer . . . of the United States" under the statute, (2) raise a colorable federal defense, and (3) establish that the suit is "for or relating to a[n] act under color of office." *See Jefferson Cty., Ala. v. Acker*, 527 U.S. 423, 431 (1999); *Mesa v. California*, 489 U.S. 121, 139 (1989). This statute is to be interpreted "broadly in favor of removal." *Durham v. Lockheed Martin Corp.*, 445 F.3d 1247, 1252 (9th Cir. 2006).

4.     At all times relevant to the complaint, Senator Warren was a United States Senator representing Massachusetts. As such, Senator Warren qualifies as "an officer . . . of the United States" under the statute. *See, e.g.*, *Williams v.* Brooks, 945 F.2d 1322, 1324 n.2 (5th Cir. 1991) (holding that Member of Congress properly removed action under 28 U.S.C. § 1442(a)(1) in lawsuit for defamation); *De Masi v. Schumer*, 608 F. Supp. 2d 516, 523 (S.D.N.Y. 2009) (finding removal under 28 U.S.C 1442(a)(1) by United States Senator was appropriate); *Torres v. CBS News*, 854 F. Supp. 245, 247 (S.D.N.Y.1994) (holding that removal of defamation action against

2

EXH - 000002 of 000006

Congressman was proper under 28 U.S.C. § 1442(a)(1)); *Hill Parents Ass'n v. Giaimo*, 287 F. Supp. 98, 99–100 (D. Conn. 1968) (same); *Preston v. Edmondson*, 263 F. Supp. 370, 372 (N.D. Okla. 1967) (same); *see also Richards v. Harper*, 864 F.2d 85, 86 (9th Cir. 1988) (holding that Member of Congress is an officer of the United States under section 1442(a)(1)).

5.    Senator Warren intends to raise federal immunity and jurisdictional defenses in this action. Indeed, "one of the most important reasons for removal [under 28 U.S.C. 1442] is to have the validity of the defense of official immunity tried in a federal court." *Jefferson Cty., Ala.*, 527 U.S. at 431 (quoting *Willingham v. Morgan*, 395 U.S. 402, 407 (1969)) (internal quotation marks omitted).

6.    Senator Warren's alleged conduct was taken under "color of [her] office." 28 U.S.C. § 1442(a)(1). The tweet that forms the basis of Plaintiffs' claims against Senator Warren was not only issued from her official Senate account, it communicated (to her constituents, among others) an opinion regarding a noteworthy and highly-publicized event, and such communication falls within the scope of her duties as a Member of Congress.

7.    As of the date of this filing, Hon. Michael Abate and Jon Fleischaker, counsel for Defendants Kruse and Jacobson, have submitted an agreed order establishing a schedule for those Defendants to file a motion to dismiss and for Plaintiffs to file a response thereto. No other Defendants have entered an appearance in this case, and, in any event, a federal officer defendant can unilaterally remove the entire case under section 1442. *See Durham v. Lockheed Martin Corp.*, 445 F.3d 1247, 1253 (9th Cir. 2006).

## III.    THIS FILING IS TIMELY

8.    A copy of the Summons and Complaint was filed on August 1, 2019, and delivered to Senator Warren's office in Springfield, Massachusetts on August 8, 2019. A copy of Plaintiffs'

EXH · 000003 of 000006

Amended Complaint and Summons was filed on August 14, 2019, and delivered to the same office on August 19, 2019. Pursuant to 28 U.S.C. § 1446(b), Senator Warren filed this Notice of Removal within thirty (30) days after she received a copy of the initial pleading. Removal of this action is therefore timely. *See* 28 U.S.C. § 1446(b).

## IV.    VENUE OF REMOVED ACTION

9.      The Eastern District of Kentucky, Covington Division is the United States district court for the district and division embracing the state court where this action was filed and is pending. Venue is proper in this Court under 28 U.S.C. § 1442(a).

## V.    NOTICE TO THE STATE COURT

10.     A copy of this Notice of Removal is being served on all parties and filed with the Kenton County Circuit Court.

## VI.    PLEADINGS IN THE STATE COURT ACTION

11.     All process, pleadings, and orders filed in this action are attached as Exhibit A. A true and correct copy of the Kenton County Circuit Court docket for this case is attached as Exhibit B.

## VII.    NON-WAIVER OF DEFENSES

12.     The submission of this Notice of Removal is solely for the special purpose of removing this action to the appropriate federal court and is not a general appearance by any defendant. Counsel makes a limited appearance on behalf of Senator Warren solely for the purpose of removing this action. This submission does not constitute a waiver of any defense available to Senator Warren, including any defense under Rule 12 of the Federal Rules of Civil Procedure.

4

EXH - 000004 of 000006

Nothing in this Notice of Removal should be taken as an admission that Plaintiffs' allegations are sufficient to state a claim or have any substantive merit.

13.     Undersigned counsel state that this removal is well grounded in fact, warranted by existing law, and not interposed for an improper purpose.

**WHEREFORE,** Defendant Senator Elizabeth Warren hereby removes the above-entitled case to the United States District Court for the Eastern District of Kentucky, Covington Division, and seeks resolution by this Court of all issues raised herein.

August 28, 2019                         Respectfully submitted,

                                        /s/*Daniel J. Canon*
                                        Daniel J. Canon, PSC (Ky. 92048)
                                        1205 E. Washington St., Suite 111
                                        Louisville, KY  40206
                                        dan@dancanonlaw.com

                                        Marc E. Elias*
                                        Email: melias@perkinscoie.com
                                        Uzoma N. Nkwonta*
                                        Email: unkwonta@perkinscoie.com
                                        John M. Geise*
                                        Email: jgeise@perkinscoie.com
                                        PERKINS COIE LLP
                                        700 Thirteenth St., N.W., Suite 600
                                        Washington, D.C. 20005-3960
                                        Telephone: (202) 654-6200
                                        Facsimile: (202) 654-9959

                                        *Counsel for Defendant, Senator Elizabeth Warren*
                                        **Pro Hac Vice Application Forthcoming*

EXH·: 000005 of 000006

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Removal has been

filed this 28th day of August, 2019, with the Electronic Court Filing System of the United States

District Court for the Eastern District of Kentucky, and served on all parties or counsel of record.


  /s/ *Daniel J. Canon*
Counsel for Defendant,
Senator Elizabeth Warren

EXH - 000006 of 000006

# EXHIBIT A

EXH - 000001 of 000111

FILED
KENTON CIRCUIT/DISTRICT COURT

AUG 0 1 2019

JOHN C. MIDDLETON
BY _____ D.C.

Robert E. Barnes, pro hac pending
Barnes Law
601 South Figueroa Street, Suite 4050
Los Angeles, CA. 90017
213.330.3341
robertbarnes@barneslawllp.com

Kevin L. Murphy
Murphy Landen Jones PLLC
2400 Chamber Center Drive, Suite 200
Ft. Mitchell, KY 41017
859.578.3060
KMurphy@mljfirm.com

### KENTON COUNTY CIRCUIT COURT

JOHN DOES 1 THROUGH 8,

     Plaintiffs,

vs.

DEBORAH HAALAND
400 GOLD AVENUE SW, SUITE 680
ALBUQUERQUE, NM 87102

ANA VIOLETA NAVARRO FLORES
2907 COLUMBUS BLVD.
CORAL GABLES, FL 33134

ELIZABETH WARREN
1550 MAIN STREET, SUITE 406
SPRINGFIELD, MA 01103

MAGGIE HABERMAN
817 W. END AVENUE, APT. 4E
NEW YORK, NY 10025-5318

KATHY GRIFFIN
11782 SOUTHAMPTON COURT
LOS ANGELES, CA 90077-1360

MATTHEW JOHN DOWD
307 W. MONROE STREET
AUSTIN, TX 78704-3023

REZA ASLAN
1954 PINEHURST ROAD
LOS ANGELES, CA 90068-3730

Case No.: 19-CI-1351

**PLAINTIFFS' COMPLAINT
WITH JURY DEMAND**

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 1

EXH : 000002 of 000111

KEVIN M. KRUSE
121 BERTRAND DRIVE
PRINCETON, NJ 08540

JEFFREY SHAUN KING
214 DUFFIELD STREET
BROOKLYN, NY 11201-5339

ADAM EDELEN
EDELEN STRATEGIC VENTURES
300 EAST MAIN STREET, STE. 210
LEXINGTON, KY 40507

CLARA JEFFERY
3809 20TH STREET, APT. 305
SAN FRANCISCO, CA 94114-3058

AND

JODI JACOBSON
7315 WISCONSIN AVE., STE. 400W
BETHESDA, MD 20814

                    Defendants

## INTRODUCTION

A field trip to our nation's capital for a group of minors from Covington, Kentucky turned into a social media nightmare that changed their futures forever. Several of our Senators, most-famous celebrities, and widely read journalists, collectively used their large social media platforms, perceived higher credibility and public followings to lie and libel minors they never met, based on an event they never witnessed. These defendants called for the kids to be named and shamed, doxxed and expelled, and invited public retaliation against these minors from a small town in Kentucky. The defendants circulated false statements about them to millions of people around the world. The video of the entire event, known to the defendants, exposed all of their factual claims against the kids as lies. The defendants were each individually offered the opportunity to correct, delete, and/or apologize for their false statements, but each refused, continuing to circulate the false statements about these children to this very day on their social media platforms they personally control. This suit follows.

NOW COMES John Doe 1 through 8, identified by photograph and video as the "Covington Boys" to those who know them, and known individually by their friends and acquaintances as the subject of the defamatory statements

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 2

EXH : 000003 of 000111

complained of herein within this Complaint, bring this suit, by and through their parent and legal guardian, against U.S. Senator Elizabeth Warren, U.S. Congresswoman Deb Haaland, New York Times lead political reporter Maggie Haberman, media figure and celebrity Kathy Griffin, ABC analyst Matthew Dowd, former CNN analyst Reza Aslan, Adam Edelen, Professor Kevin M. Kruse, media analyst Shaun King, Mother Jones editor Clara Jeffery and media reporter Jodi Jacobson. The plaintiffs repeatedly offered each defendant publicly the opportunity to retract, correct, or delete their offending and defamatory statements, but each refused, continuing to share their defamatory comments with the public to this very day. No individual plaintiff seeks damages from any defendant in excess of the cost of a four-year tuition at the University of Kentucky. Plaintiffs file this Complaint for neither fame nor fortune; they bring this suit to protect future families from experiencing the nightmare the defendants caused these kids to experience.

**PARTIES**

1.  **JOHN DOE 1-8**, are all minors, who bring this action through their parents, who at all times pertinent, reside in Kenton County, Kentucky, in and around the area of Covington, Kentucky.

2.  **JOHN DOE 1-8** are students who, at all times pertinent, attend Covington Catholic High School in Park Hills, Kentucky.

3.  **DEB HAALAND**, at all times pertinent, is a natural person of the age of majority, residing in New Mexico.

4.  **ANNA NAVARRO**, at all times pertinent, is a natural person of the age of majority, residing in Florida.

5.  **ELIZABETH WARREN**, at all times pertinent, is a natural person of the age of majority, residing in Massachusetts.

6.  **MAGGIE HABERMAN**, at all times pertinent, is a natural person of the age of majority, residing in Virginia.

7.  **KATHY GRIFFIN**, at all times pertinent, is a natural person of the age of majority, residing in California.

8.  **MATTHEW DOWD**, at all times pertinent, is a natural person of the age of majority, residing in Michigan.

9.  **REZA ASLAN**, at all times pertinent, is a natural person of the age of majority, residing in California.

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 3

EXH : 000004 of 000111

10. **KEVIN M. KRUSE,** at all times pertinent, is a natural person of the age of majority, residing in New Jersey.

11. **SHAUN KING,** at all times pertinent, is a natural person of the age of majority, residing in New York.

12. **ADAM EDELEN,** at all times pertinent, is a natural person of the age of majority, residing in Kentucky.

13. **CLARA JEFFERY,** at all times pertinent, is a natural person of the age of majority, residing in California.

14. **JODI JACOBSON,** at all times pertinent, is a natural person of the age of majority, residing in Maryland.

## FACTS

15. On Friday January 18, 2019, each of the John Does was part of a group of Covington Catholic High School students who traveled by bus from Park Hills, Kentucky to Washington D.C. to attend the March for Life. None was a public figure or publicly known to much of the world prior to this trip.

16. The Covington Boys arrived at the Lincoln Memorial and encountered the Black Hebrew Israelites. Members of the Black Hebrew Israelites made offensive statements to the Covington Boys, including calling them "incest babies," "dirty-ass crackers," and "future school shooters." Some of the Covington Boys asked the chaperones if they could do their school cheers to drown out the Black Hebrew Israelites.

17. After the interaction with the Black Hebrew Israelites, Native American activist Nathan Phillips approached the Covington Boys. Phillips approached the Covington Boys from a distance and walked past clear pathways to the steps to the Lincoln Memorial. The Covington Boys did not move toward Phillips or otherwise actively approach or surround Phillips, block Phillips, taunt Phillips, or ever chant "build the wall" at Phillips. The Covington Boys did not interrupt or interfere with any Indigenous People's March.

18. Phillips beat on a drum and joined the students as they engaged in school cheers, including the sports cheer made famous by the New Zealand rugby team known as the Haka dance that celebrates the tribal traditions of the Maori tribe. Several of the students joined with Phillips, and some did so by mirroring the sports chant of the Florida State Seminole and the Atlanta Braves, with their famous tomahawk chop. No one voiced any objection to this at the time. Soon after, the students left the Lincoln Memorial without incident or any apparent controversy beyond being harassed by the notorious Black Hebrew Israelites. What the

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 4

EXH : 000005 of 000111

Covington Boys did not know is what was happening to them on social media.

19. As they arrived home, the Covington Boys uncovered a social media lynch mob had formed, advanced by prominent politicians, journalists with big-pedigree publications, and social celebrities with large social media platforms and public followings. The defendants used the perception of their enhanced credibility to make statements about the Covington Boys without disclosing all the relevant facts, omitting critical exculpatory facts, and implying many false facts about them. The defendants called for public punishment of the Covington Boys, including doxing them, naming and shaming them publicly, that they be "punched in the face," and their expulsion from school. The target of the lynch mob was the Covington Boys, their reputation and their future. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

20. An accurate video as to what occurred in the incident was available online on Jan. 19 and known to the defendants, when Shar Yaqataz Banyamyan, one of the Hebrew Israelites who was present for the encounter between Phillips and Nicholas, posted a 1 hour and 46-minute video on Facebook (the "Banyamyan Video"). The video made clear the statements made against the Covington Boys were false.

21. At 8:31 a.m. on Jan. 19, Congresswoman **DEB HAALAND** made the following Tweet of and concerning the Covington Boys: "This Veteran put his life on the line for our country. The Covington boys' blatant display of hate, disrespect, and intolerance is a signal of how common decency has decayed under this administration. Heartbreaking." See Exhibit A. Haaland omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 5

EXH : 000006 of 000111

blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

22. At 10:58 a.m. on Jan. 19, CNN contributor **ANNA NAVARRO** tweeted of and concerning the Covington Boys: "Must Watch: Native-American elder taunted by racist MAGA-hat wearing teens, speaks and cries for America, the country he defended and sacrificed and wore the uniform for. It is people like Nathan Phillips who make America great. Thank you for your dignity, sir." See Exhibit B. Navarro omitted the true fact, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

23. At 1:08 p.m. on Jan. 19, 2019, **SHAUN KING**, a writer-in-residence at Harvard Law School's Fair Punishment Project, made the made the following Tweet of and concerning the Covington Boys: "I am so

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 6

EXH : 000007 of 000111

deeply grieved and angry by this as young kids in MAGA hats surrounded and mocked a beloved Native American elder yesterday. When your power is centered in your whiteness, mocking others who are unlike you makes you feel strong. But it's weak. And despicable." See Exhibit C. King omitted the true fact, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

24. At 1:14 p.m., **ADAM EDELEN**, a blue-checkmark-approved Twitter personality, retweeted an article with false factual statements about the Covington Boys, and validated the false factual claims of the article by referring to the kids as "outrageous and abhorrent behavior," that requires they "read a history book on how America's indigenous people have been treated," and that they "need to do some serious soul-searching." Edelen omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 7

EXH : 000008 of 000111

calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

25. At 2:45 p.m. on Jan. 19, New York Times reporter **MAGGIE HABERMANN** made the following Tweet of and concerning the Covington Boys: "When adults stand by and say nothing..." in reference to a retweet that Habermann posted by Andrew Ujifusa that said,. "In another video from this now-infamous incident involving a Native American Vietnam vet, a young person scoffs at the idea of stolen land..." See Exhibits D & E. Habermann omitted the true fact, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

26. At 6:04 p.m., former CNN TV personality **REZA ASLAN** made the following Tweet of and concerning the Covington Boys with a picture of fellow Covington student at the Lincoln Memorial: "Honest question. Have you ever seen a more punchable face than this kid's?" See Exhibit F. Aslan omitted the true fact, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event,

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 8

EXH : 000009 of 000111

surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

27. At 6:45 p.m. Congresswoman **DEB HAALAND** made the following Tweet of and concerning the Covington Boys: "A Native American War veteran was seen being harassed and mocked by a group of MAGA hat-wearing teens." See Exhibit G. Haaland omitted the true fact, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

28. At 7:08 p.m. on Jan. 19, 2019, New York Times reporter **MAGGIE HABERMAN** (@maggieNYT) tweeted: "There are dozens of students laughing and egging on the behavior. Will be interesting to see if anyone is actually expelled, as officials suggest is possible." See Exhibit H. Haberman omitted the true fact, and instead implied the following facts were true in her statements and the links attached thereto with

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 9

EXH : 000010 of 000111

the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

29. At 7:15 p.m., on Jan. 19, U.S. Senator **ELIZABETH WARREN** made the following Tweet of and concerning the Covington Boys: "Omaha elder and Vietnam War veteran Nathan Phillips endured hateful taunts with dignity and strength, then urged us all to do better." See Exhibit I. Warren omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

30. At 2:05 a.m. on Jan. 20 comedienne **KATHY GRIFFIN** called for the doxing of the Covington Boys, which several people then acted upon, linking the Covington Boys to their photos and names, and widely

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 10

EXH : 000011 of 000111

circulated on social media: "Ps. The reply from the school was pathetic and impotent. Name these kids. I want NAMES. Shame them. If you think these fuckers wouldn't dox you in a heartbeat, think again." See Exhibit J. GRIFFIN then requested, five minutes later: "Names please. And stories from people who can identify them and vouch for their identity. Thank you." See Exhibit K. Griffin omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

31. At 1:16 p.m. on Jan. 21, Chief Political Analyst for ABC News **MATTHEW DOWD** made the following Tweet of and concerning the Covington Boys: "Folks, let us not let these kids, their parents and their school off the hook. Regardless of what led up to this, this is awful." See Exhibit M. Dowd omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 11

EXH : 000012 of 000111

emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

32. At 1:27 p.m. on Jan. 21, **CLARA JEFFERY** the Editor-in-Chief of Mother Jones magazine, made the following Tweet of and concerning the Covington Boys: "The tapes that have emerged do show the BHI [Black Hebrew Israelites] doing their usual end-times ranting. But they also show the Covington Catholic kids: making cavemen gestures at BHI; tomahawk chanting at Natives; taunting random women; chants of "build the wall" and "it's not rape if you enjoy it." See Exhibit N. Jeffery omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American elder to taunt him, while also falsely accusing the teens of taunting women with the chant "it's not rape if you enjoy it." Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

33. At 5:23 p.m. on Tuesday Jan. 22, 2019, **KEVIN M. KRUSE** Tweeted: "No, the accusation was that this kid and his friends mocked an elderly Native American war veteran and, hey, they did. They also taunted women and shouted "it's not rape if you enjoy it" but sure, they're the real victims. According to his PR firm anyway." See Exhibit O. Kruse omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 12

EXH - 000013 of 000111

and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening

manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American

elder to taunt him, while also falsely accusing the teens of taunting women with the chant "it's not rape if

you enjoy it." Each of the statements complained of herein was known by the friends, family and associates

of each John Doe to be about them individually. Indeed, they were individually identified as the subject of

the statements complained of herein that they received death threats, hate mail, threatening phone calls,

threatening emails, and other personal attacks on them each individually. They were known to be the

subject of the statements complained of herein as they were identified by photo image throughout the

world, and each of the statements was interpreted by their friends, family and associates as about them

personally.

34. On Jan. 22, 2019, **JODI JACOBSON**, the president and editor in chief of the website Rewire.News,

authored an article published on Rewire.News titled "White-Washing White Supremacy: Media Rushes to

Excuse Covington Catholic Students." A true and correct copy of said communication is attached hereto as

Exhibit Q. **JACOBSON'S** article erroneously claimed Covington Boys wore blackface to caricature black

students, harassed young women at the Memorial (claiming they chanted "it's not rape if you enjoy it"),

and ridiculed the native American elder for the purposes of harassment. Jacobson omitted the true facts,

and instead implied the following facts were true in her statements and the links attached thereto with the

gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march,

stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in

that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with

chants of "build the wall" to a Native American elder to taunt him, while also falsely accusing the teens of

taunting women with the chant "it's not rape if you enjoy it." Each of the statements complained of herein

was known by the friends, family and associates of each John Doe to be about them individually. Indeed,

they were individually identified as the subject of the statements complained of herein that they received

death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them

each individually. They were known to be the subject of the statements complained of herein as they were

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 13

EXH : 000014 of 000111

identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

35. Each of the complained of statements herein by each of the defendants concerning the Covington Boys were known by friends and acquaintances of each of the John Doe plaintiffs to be in reference to and concerning them individually. This is evident by the fact they were quickly subject to public ridicule, scorn, and criticism personally and individually, as well as threatening phone calls, hate mail to their homes, individual email addresses, and social media accounts, and personally threatened with everything from expulsion and denial of college admission to being put through a physical shredder and having their school burned with them in it.

36. Each of the defendants made these statements knowing they both omitted true facts and implied false facts, including the false factual claim the Covington Boys interrupted an indigenous people's march, stopped, blocked and surrounded a native American elder war veteran for the purposes of taunting, harassing, and mocking him with chants of build the wall, aggregating these lies into public denunciations, calls for public doxing, and public demands of school expulsion, to induce public contempt upon the plaintiffs.

**JOHN DOE 1 THROUGH 8 ARE MINORS & PRIVATE FIGURES**

37. **DOES 1-8**, at all times pertinent to this action, were minors.

38. **DOES 1-8** had no notoriety of any kind to their community at large at any time prior to this event.

39. **DOES 1-8** did not make public appearances for political reasons at any time prior to this event.

40. **DOES 1-8** have not inserted themselves into the forefront of any public issue at any time prior to this event.

41. Each of the statements made herein were identified by the friends, family, associates, and others as of and concerning each of the John Does individually. They were doxed and publicly identified by name after the request for that to occur by defendants above, identified by photo in video and photo images shared around the world, and the context of the statements made them individually identified as the ones being spoken about. They were publicly attacked, personally threatened, and subject to individual investigation based on them being individually identified as the subject of the above offending statements of fact from the

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 14

defendants with large social media platforms and an audience who took the defendants' at their word due to the defendants status as elected officials and prominent members of the press.

### FIRST CAUSE OF ACTION:  DEFAMATION PER SE

### DOES 1-8 against DEB HAALAND

42. **DOES 1-8** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

43. **HAALAND,** known on Twitter as @Deb4CongressNM, published to approximately 68,000 third parties, without privilege "[a] Native American War veteran was seen being harassed and mocked by a group of MAGA hat-wearing teens." A true and correct copy of said communication is attached hereto as Exhibit H. Haaland omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

44. **HAALAND**'s communication was false and defaming as none of **DOES 1-8** harassed or mocked anyone, and particularly no Native American "War Veterans." This comment is deliberately directed against **DOES 1-8**, all minors, and communicated to at least 68,000 third parties without privilege, knowing **DOES 1-8** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-8** in their school, their community, and the nation at large.

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 15

EXH : 000016 of 000111

45. **HAALAND**'s false and defamatory communication injured DOES 1-8 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided.

<div align="center">

**SECOND CAUSE OF ACTION: DEFAMATION PER SE**

DOES 1-8 against **ANNA NAVARRO**

</div>

46. **DOES 1-8** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

47. **NAVARRO,** known on Twitter as @ananavarro, published to approximately 1.1 million third parties, without privilege, "Must Watch: Native-American elder taunted by racist MAGA-hat wearing teens, speaks and cries for America, the country he defended and sacrificed and wore the uniform for. It is people like Nathan Phillips who make America great. Thank you for your dignity, sir.". A true and correct copy of said communication is attached hereto as Exhibit B. Navarro omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

48. **NAVARRO**'s communication was false and defaming as she accuses **DOES 1-8**, of overt racism and taunting, not exhibited. This comment is deliberately directed against **DOES 1-8**, all minors, and communicated to at least 1.1 million third parties without privilege, knowing **DOES 1-8** were from

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 16

EXH : 000017 of 000111

Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-8** in their school, their community, and the nation at large.

49. **NAVARRO**'s false and defamatory communication injured DOES 1-8 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided.

<center>

**THIRD CAUSE OF ACTION: DEFAMATION PER SE**

DOES 1-8 against **KATHY GRIFFIN**

</center>

50. **DOES 1-8** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

51. **GRIFFIN**, known on Twitter as @kathygriffin, published to approximately 2.1 million third parties, without privilege "Ps. The reply from the school was pathetic and impotent. Name these kids. I want NAMES. Shame them. If you think these fuckers wouldn't dox you in a heartbeat, think again." Griffin then followed up with, "Names please. And stories from people who can identify them and vouch for their identity. Thank you." See Exhibit L. A true and correct copy of said communication is attached hereto as Exhibits L and K. Griffin omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American elder to taunt him. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally. Griffin's call to dox the plaintiffs succeeded, as their names were identified to the broader

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 17

EXH : 000018 of 000111

public in a range of social media platforms, and they subsequently received a range of threats.

52. **GRIFFIN**'s communication was intentionally defaming as she openly calls for shame of **DOES 1-8**. This comment is deliberately directed against **DOES 1-8**, all minors, and communicated to at least 2.1 million third parties without privilege, knowing **DOES 1-8** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-8** in their school, their community, and the nation at large.

53. **GRIFFIN**'s defamatory communication injured **DOES 1-8** as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided.

### FOURTH CAUSE OF ACTION: DEFAMATION PER SE
### DOES 1-8 against **ELIZABETH WARREN**

54. **DOES 1-8** reasserts and incorporates by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

55. **WARREN**, known on Twitter as @ewarren, published to approximately 2.3 million third parties, without privilege "Omaha elder and Vietnam War veteran Nathan Phillips endured hateful taunts with dignity and strength, then urged us all to do better." A true and correct copy of said communication is attached hereto as Exhibit J. Warren omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American elder to taunt him. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 18

EXH : 000019 of 000111

56. **WARREN's** communication was false and defaming as she accuses **DOES 1-8**, of overt taunting, not exhibited. This comment is deliberately directed against **DOES 1-8**, all minors, and communicated to [how many] third parties without privilege, knowing **DOES 1-8** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-8** in their school, their community, and the nation at large.

57. **WARREN's** communication injured DOES 1-8 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided.

### FIFTH CAUSE OF ACTION: DEFAMATION PER SE

### DOES 1-8 against MAGGIE HABERMAN

58. **DOES 1-8** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

59. **HABERMAN**, known on Twitter as @maggieNYT, published to approximately 1.08 million third parties, without privilege "When adults stand by and say nothing..." A true and correct copy of said communication is attached hereto as Exhibit D. Haberman also published to some 1.08 million third parties, without privilege, "There are dozens of students laughing and egging on the behavior. Will be interesting to see if anyone is actually expelled, as officials suggest is possible." A true and correct copy of said communication is attached hereto as Exhibit I. Haberman omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American elder to taunt him. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends,

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 19

EXH - 000020 of 000111

family and associates as about them personally.

60. **HABERMAN**'s communication was false and defaming as she accuses **DOES 1-8**, of egging on behavior worthy of expulsion from school, not exhibited. This comment is deliberately directed against **DOES 1-8**, all minors, and communicated to [how many] third parties without privilege, knowing **DOES 1-8** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-8** in their school, their community, and the nation at large.

61. **HABERMAN**'s communication injured DOES 1-8 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided.

### SIXTH CAUSE OF ACTION: DEFAMATION PER SE

DOES 1-8 against **MATTHEW DOWD**

62. **DOES 1-8** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

63. **DOWD**, known on Twitter as @matthewjdowd, published to approximately 137,000 third parties, without privilege "Folks, let us not let these kids, their parents and their school off the hook. Regardless of what led up to this, this is awful." A true and correct copy of said communication is attached hereto as Exhibit N. Dowd omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American elder to taunt him. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 20

EXH : 000021 of 000111

64. **DOWD**'s communication was false and defaming as she accuses DOES 1-8, of awful behavior, not exhibited. This comment is deliberately directed against **DOES 1-8**, all minors, and communicated to 137,000 third parties without privilege, knowing **DOES 1-8** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-8** in their school, their community, and the nation at large.

65. **DOWD**'s communication injured DOES 1-8 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided.

### SEVENTH CAUSE OF ACTION: DEFAMATION PER SE

DOES 1-8 against **REZA ASLAN**

66. **DOES 1-8** reasserts and incorporates by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

67. **ASLAN**, known on Twitter as @rezaaslan, published to approximately 289,000 third parties, without privilege "Honest question. Have you ever seen a more punchable face than this kid's?" A true and correct copy of said communication is attached hereto as Exhibit G. Aslan omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American elder to taunt him. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 21

EXH : 000022 of 000111

68. **ASLAN**'s communication was false and defaming as he accuses **DOES 1-8**, of behavior deserving of being punched in the face, not exhibited. This comment is deliberately directed against **DOES 1-8**, all minors, and communicated to hundreds of thousands of third parties without privilege, knowing **DOES 1-8** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-8** in their school, their community, and the nation at large.

69. **ASLAN**'s communication injured DOES 1-8 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided.

## EIGHTH CAUSE OF ACTION: DEFAMATION PER SE

### DOES 1-8 against **ADAM EDELEN**

70. **DOES 1-8** reasserts and incorporates by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

71. **ADAM EDELEN**, a blue-checkmark-approved Twitter personality, retweeted an article with false factual statements about the Covington Boys, and validated the false factual claims of the article by referring to the kids as "outrageous and abhorrent behavior," that requires they "read a history book on how America's indigenous people have been treated," and that they "need to do some serious soul-searching." Edelen omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 22

EXH - 000023 of 000111

world, and each of the statements was interpreted by their friends, family and associates as about them personally.

72. **EDELEN**'s communication was false and defaming as he accuses **DOES 1-8**, of engaging in outrageous conduct of threatening a native American elder. This comment is deliberately directed against **DOES 1-8**, all minors, and communicated to hundreds of thousands of third parties without privilege, knowing **DOES 1-8** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-8** in their school, their community, and the nation at large.

## NINTH CAUSE OF ACTION: DEFAMATION PER SE

DOES 1-8 against **KEVIN M. KRUSE**

73. **DOES 1-8** reasserts and incorporates by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

74. **KRUSE**, known on Twitter as @KevinMKruse, published to approximately 284,000 third parties, without privilege "No, the accusation was that this kid and his friends mocked an elderly Native American war veteran and, hey, they did. They also taunted women and shouted "it's not rape if you enjoy it" but sure, they're the real victims. According to his PR firm anyway." A true and correct copy of said communication is attached hereto as Exhibit P. Kruse omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march, and falsely accused the plaintiffs of threatening women with chants of "it's not rape if you enjoy it." Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 23

EXH : 000024 of 000111

identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

75. **KRUSE**'s communication was false and defaming as he accuses **DOES 1-8**, of mocking a war veteran, taunting women and making a statement about rape – none of which were exhibited. This comment is deliberately directed against **DOES 1-8**, all minors, and communicated to [284,000] third parties without privilege, knowing **DOES 1-8** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-8** in their school, their community, and the nation at large.

76. **KRUSE**'s communication injured DOES 1-8 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided.

## TENTH CAUSE OF ACTION: DEFAMATION PER SE

### DOES 1-8 against **SHAUN KING**

77. **DOES 1-8** reasserts and incorporates by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

78. **KING**, known on Twitter as @shaunking, published to approximately 1.1 million third parties, without privilege "I am so deeply grieved and angry by this as young kids in MAGA hats surrounded and mocked a beloved Native American elder yesterday. When your power is centered in your whiteness, mocking others who are unlike you makes you feel strong. But it's weak. And despicable." A true and correct copy of said communication is attached hereto as Exhibit C. King omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march, and falsely accused the plaintiffs of threatening women with chants of "it's not rape if you enjoy it." Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 24

EXH : 000025 of 000111

that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

79. **KING**'s communication was false and defaming as he accuses **DOES 1-8**, of overt racism and taunting and weak and despicable behavior -- none of which was exhibited. This comment is deliberately directed against **DOES 1-8**, all minors, and communicated to 1.1 million third parties without privilege, knowing **DOES 1-8** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-8** in their school, their community, and the nation at large.

80. **KING**'s communication injured DOES 1-8 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided.

## ELEVENTH CAUSE OF ACTION: DEFAMATION PER SE
### DOES 1-8 against **CLARA JEFFERY**

81. **DOES 1-8** reasserts and incorporates by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

82. **JEFFERY**, known on Twitter as @ClaraJeffery, published to approximately 113,000 third parties, without privilege "The tapes that have emerged do show the BHI [Black Hebrew Israelites] doing their usual end-times ranting. But they also show the Covington Catholic kids: making cavemen gestures at BHI; tomahawk chanting at Natives; taunting random women; chants of "build the wall" and "it's not rape if you enjoy it." A true and correct copy of said communication is attached hereto as Exhibit O. Jeffery omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march, and falsely accused the plaintiffs of threatening women with chants of "it's not rape if

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 25

EXH : 000026 of 000111

you enjoy it." Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

83. **JEFFERY**'s communication was false and defaming as she accuses **DOES 1-8**, of a number of actions not exhibited: making caveman gestures, taunting random women, chanting "build the wall" and saying "it's not rape if you enjoy it." This comment is deliberately directed against **DOES 1-8**, all minors, and communicated to [how many] third parties without privilege, knowing **DOES 1-8** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-8** in their school, their community, and the nation at large.

84. **JEFFERY**'s communication injured DOES 1-8 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided.

### TWELFTH CAUSE OF ACTION: DEFAMATION PER SE

DOES 1-8 against **JODI JACOBSON**

85. **DOES 1-8** reasserts and incorporates by reference paragraphs the preceding paragraphs of this Complaint as if fully restated herein.

86. **JACOBSON**, the president and editor in chief of the website Rewire.News, authored an article published on Jan. 22, 2019 on Rewire.News titled "White-Washing White Supremacy: Media Rushes to Excuse Covington Catholic Students." A true and correct copy of said communication is attached hereto as Exhibit Q. Jacobson omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 26

EXH : 000027 of 000111

native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march, and falsely accused the plaintiffs of threatening women with chants of "it's not rape if you enjoy it." Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

87. **JACOBSON'S** communication was false and defaming as she accuses **DOES 1-8**, of a number of actions not exhibited: racism, being aggressive and disrespectful to Nathan Phillips, harassing young women, saying "it's not rape if you enjoy it." These comments were deliberately directed against **DOES 1-8**, all minors, and communicated to [how many] third parties without privilege, knowing **DOES 1-8** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-8** in their school, their community, and the nation at large.

88. **JACOBSON'S** article went on to make false statements about Covington Catholic High School, including erroneously claiming that the school's students had worn blackface and body paint to caricature black students on the opposing team during basketball games.

89. **JACOBSON'S** article injured DOES 1-8 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and caused them to be shunned and avoided.

## DAMAGES

90. False and Defamatory Accusations against the plaintiffs are defamatory *per se*, as they are libelous on their face without resort to additional facts, and as clearly demonstrated here, DOES 1-8 were subjected to public hatred, contempt, scorn, obloquy, and shame. The conduct of the plaintiffs, based on the false facts the defendants placed and circulated into the court of public opinion, led to these lifetime labels on these minors: "display of hate, disrespect and intolerance"; "heartbreaking"; "decency decayed"; "racist"; "cried

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 27

EXH : 000028 of 000111

for America"; "infamous"; "gall"; "shameful"; "darker chapters"; compared to genocide; "laughing and

egging on" "hurtful" behavior; "awful"; "cavemen gestures"; "taunting"; 'harassing"; "stalking";

"mocking"; "bullies" who should be doxed, "named and shamed", expelled from school, denied admission

to college, be punched in the face, their bodies shredded, and their lives ruined.

**WHEREFORE,** Plaintiff respectfully prays:

91. That judgment be entered for each plaintiff against Defendants for damages in an amount not less than

$15,000 but not more than $50,000 against each defendant;

92. For a trial by jury.

93. For all costs and expenses, including reasonable attorneys fees.

94. That the Court grant all such other and further relief that the Court deems just and proper, including

declaratory and equitable relief.

Respectfully submitted this 1st day of August, 2019.

Robert Barnes (Motion Pro Hac Vice to be filed)
Barnes Law
Attorney for Plaintiffs

Kevin L. Murphy (50646)
Murphy Landen Jones PLLC
2400 Chamber Center Drive, Suite 200
P.O. Box 17534
Fort Mitchell, KY  41017
Attorney for Plaintiffs

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 28

EXH : 000029 of 000111

EXHIBIT A




This Veteran put his life on the line for our country. The students' display of blatant hate, disrespect, and intolerance is a signal of how common decency has decayed under this administration. Heartbreaking.







PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 15

EXH : 000030 of 000111

**EXHIBIT B**



PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 16

EXH : 000031 of 000111

1

**EXHIBIT C**

2

3   

Shaun King
Follow

I am so deeply grieved and angry by this
as young kids in MAGA hats surrounded
and mocked a beloved Native American
elder yesterday.

When your power is centered in your
whiteness, mocking others who are
unlike you makes you feel strong.

But it's weak. And despicable.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 17

EXH : 000032 of 000111



**EXHIBIT D**

Tweets 195K  Following 3,774  Followers 1.04M

**Following**

# Maggie Haberman ⚙
@maggieNYT

White House correspondent for NYTimes, analyst for CNN. RTs don't imply agreement.
maggie.haberman@nytimes.com

**Maggie Haberman** ⚙ @maggieNYT · Jan 19
When adults stand by and say nothing....

**Andrew Ujifusa** @AndrewUjifusa
In another video from this now-infamous incident involving a Native
American Vietnam vet, a young person scoffs at the idea of stolen land.

"And y'all stole it from the aboriginals. ... Land gets stolen. That's how it...
Show this thread

4:14 PM
2/4/2019

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 18

EXH - 000033 of 000111

1

2

**EXHIBIT E**

3

4    **Andrew Ujifusa**
    @AndrewUjifusa                        ( Follow )  ⌄

5

6   In another video from this now-infamous
    incident involving a Native American
7   Vietnam vet, a young person scoffs at
    the idea of stolen land.
8

9   "And y'all stole it from the aboriginals. ...
    Land gets stolen. That's how it works. It's
10  the way of the world."

11  

12

13

14

15

16

17  **Video of Boys Mocking Native American Vet, Unchecked by Adults, ...**
    A group of young people were filmed taunting a Native American man and
18  military veteran who was participating in the Indigenous Peoples March.
    blogs.edweek.org

19  2:34 PM - 19 Jan 2019

20  **204** Retweets **324** Likes   

21  💬 175   🔁 204   ♡ 324   ✉

22

23

24

25

26

27

28  PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 19

EXH - 000034 of 000111

**EXHIBIT F**



PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 21

EXH : 000035 of 000111

1

**EXHIBIT G**

2

3

4

5



6

7

8

9

10

11



12



13

14

15



16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 22

EXH : 000036 of 000111

1

2
**EXHIBIT H**

3

4

5

6
**Maggie Haberman** 
@maggieNYT

7

8
There are dozens of students laughing and egging on the behavior. Will be interesting to see if anyone is actually expelled, as officials suggest is possible

9

10

11

12

13


14

15

16

17


18
**Viral Video Shows Boys in 'Make America Great Again' Hats Surrounding Nat...**
Students from Covington Catholic High School in Kentucky appeared to surround the elder, Nathan Phillips, outside the Lincoln Memorial. The high school has conde...
nytimes.com

19

20
4:08 PM - 19 Jan 2019

21
**3,144** Retweets **11,226** Likes

22

23
5.1K          3.1K          11K

24

25

26

27

28
PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 23

EXH : 000037 of 000111

**EXHIBIT I**



PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 24

EXH - 000038 of 000111

1

2

**EXHIBIT J**

3

4



5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 25

EXH : 000039 of 000111

1

**EXHIBIT K**

2

3



4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 26

EXH : 000040 of 000111

EXHIBIT L



PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 27

EXH : 000041 of 000111

1

2

**EXHIBIT M**

3

4

5

6

**Matthew Dowd** ✓
@matthewjdowd

[ Follow ] ⌄

7

8

Folks, let us not let these kids, their parents,
and their school off the hook. Regardless of
what led up to this, this is awful. @secupp
@JohnJHarwood

9

10

11

**AprilDRyan** ✓ @AprilDRyan
This video is terrible twitter.com/ProudResister/...

12

13

1:16 PM · 21 Jan 2019

14

**433** Retweets **1,583** Likes

15

16

⬜ 697      ⟲ 433      ♡ 1.6K      ✉

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 28

EXH : 000042 of 000111

1
2
**EXHIBIT N**
3





**Clara Jeffery** ❖ @ClaraJeffery · Jan 21
I am truly dismayed by how many in MSM got worked—yet again—by conservative claims that one video exonerated these kids. I've watched them all. None put them in a better light, unless you're really reaching. Some are a lot WORSE than original.

4
5
◯ 1.6K      ⟲ 11K      ♡ 47K

6
   **Clara Jeffery** ❖         Follow
@ClaraJeffery
7
8   The tapes that have emerged do show
9   the BHI doing their usual end-times
    ranting. But they also show the
10  Covington Catholic kids:
11  * making cavemen gestures at BHI
    *tomahawk chanting at Natives
12  *taunting random women
    *chants of "build the wall" and "it's not
13  rape if you enjoy it"
14
    11:29 AM · Jan 20, 2019
15  844 Retweets   2,612 Likes


16
◯ 240      ⟲ 844      ♡ 2.6K
17   
18
19
20
21
22
23
24
25
26
27
28  PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 29

EXH : 000043 of 000111

**EXHIBIT O**



I went to Catholic school. They actually taught us about personal responsibility.

Jay Caruso
What? The accusation was that this kid and his friends surrounded Phillips and got in his face, when in fact, it was Phillips who approached him and started banging a drum in his face. Come on, man.

Kevin M. Kruse

No, the accusation was that this kid and his friends mocked an elderly Native American war veteran and, hey, they did.

They also taunted women and shouted "it's not rape if you enjoy it" but sure, they're the real victims. According to his PR firm anyway.

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 30

EXH : 000044 of 000111

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Adam Edelen

Edelen Strategic Ventures

300 East Main St. Suite 210

Lexington, KY 40507

9590 9402 3079 7124 4375 06

2. Article Number *(Transfer from service label)*

7116 2070 0001 1377 6505

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _(Ray Parrish)_
☒ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

Leslie Parrish   8-6-19

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☒ No

KENTON CIRCUIT/DISTRICT COURT

AUG 08 2019

JOHN C. MIDDLETON

BY _____   19-CI-1351

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

045 of 000111



USPS TRACKING #

LEXINGTON KY 403

06 AUG 2019 PM 1 T

9590 9402 3079 7124 4375 06

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**



• Sender: Please print your name, address, and ZIP+4® in this box•

KENTON CIRCUIT COURT
230 MADISON AVE.
3RD FLOOR
COVINGTON, KY   41011
PHONE # 859-292-6521

08/28/2019          **John C. Middleton, Kenton Circuit Clerk**

046 of 000111

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jodi Jacobson
7315 Wisconsin Avenue
Suite 400W
Bethesda, MD 20814

9590 9402 3079 7124 4376 98

2. Article Number (Transfer from service label)

1450 0000 0090 6378

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

KENTON CIRCUIT/DISTRICT COURT

AUG 0 8 2019

JOHN C. MIDDLETON

BY _____ 19 CI-1351

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restrict Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

9590 9402 3079 7124 4376 98

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

KENTON CIRCUIT COURT
230 MADISON AVE.
3RD FLOOR
COVINGTON, KY   41011
PHONE # 859-292-6521

08/28/2019                    John C. Middleton, Kenton Circuit Clerk

048 of 000111

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Elizabeth Warren
1550 Main St. Suite 406
Springfield, Mass. 01103

19-CI-1351

9590 9402 3079 7124 4389 16

2. Article Number *(Transfer from service label)*

7017 1450 0000 0090 7610

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X [signature]

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

Allyson Huntoon

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

KENTON CIRCUIT/DISTRICT COURT

**AUG 12 2019**

JOHN C. MIDDLETON

BY _____ D.C.

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811 July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

John C. Middleton, Kenton Circuit Clerk

**USPS TRACKING #**

9590 9402 3079 7124 4389 16

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

KENTON CIRCUIT COURT
230 MADISON AVE.
3RD FLOOR
COVINGTON, KY   41011
PHONE # 859-292-6521

08/28/2019          John C. Middleton, Kenton Circuit Clerk

1 | Robert E. Barnes, pro hoc pending
Barnes Law
2 | 601 South Figueroa Street, Suite 4050
Los Angeles, CA. 90017
3 | 213.330.3341
robertbarnes@barneslawllp.com
4
Kevin L. Murphy
5 | Murphy Landen Jones PLLC
2400 Chamber Center Drive, Suite 200
6 | Ft. Mitchell, KY 41017
1059.5710.3060
7 | KMurphy@mljfirm.com

FILED
KENTON CIRCUIT/DISTRICT COURT

AUG 14 2019

JOHN C. MIDDLETON
BY_____ D.C.

10 | KENTON COUNTY CIRCUIT COURT

9

10 | JOHN DOES 1 THROUGH 10,

Case No.: 19-CI-01351

11 |        Plaintiffs,

12 | vs.

PLAINTIFFS' AMENDED COMPLAINT
WITH JURY DEMAND

13 | DEBORAH HAALAND, ANA VIOLETA NAVARRO
FLORES, ELIZABETH WARREN, MAGGIE
14 | HABERMAN, KATHY GRIFFIN, MATTHEW JOHN
DOWD, REZA ASLAN, KEVIN M. KRUSE, JEFFREY
15 | SHAUN KING, ADAM EDELEN, CLARA JEFFERY,
AND JODI JACOBSON,

16 |        Defendants.

17 | **INTRODUCTION**

110 | A field trip to our nation's capital for a group of minors from Covington, Kentucky turned into a social media

19 | nightmare that changed their futures forever. Several of our Senators, most-famous celebrities, and widely read

20 | journalists, collectively used their large social media platforms, perceived higher credibility and public followings to

21 | lie and libel minors they never met, based on an event they never witnessed. These defendants called for the kids to

22 | be named and shamed, doxxed and expelled, and invited public retaliation against these minors from a small town in

23 | Kentucky. The defendants circulated false statements about them to millions of people around the world. The

24 | defendants were each individually offered the opportunity to correct, delete, and/or apologize for their false

25 | statements, but each refused, continuing to circulate the false statements about these children to this very day on

26 | their social media platforms they personally control. This suit follows.

27

210

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 1

EXH - 000051 of 000111

1   **NOW COMES** John Doe 1 through 10, identified by photograph and video as the "Covington Boys" to those who

2   know them, and known individually by their friends and acquaintances as the subject of the defamatory statements

3   complained of herein within this Complaint, bring this suit, by and through their parent and legal guardian, against

4   U.S. Senator Elizabeth Warren, U.S. Congresswoman Deb Haaland, New York Times lead political reporter Maggie

5   Haberman, media figure and celebrity Kathy Griffin, ABC analyst Matthew Dowd, former CNN analyst Reza Aslan,

6   Adam Edelen, Professor Kevin M. Kruse, media analyst Shaun King, Mother Jones editor Clara Jeffery and media

7   reporter Jodi Jacobson. The plaintiffs repeatedly offered each defendant publicly the opportunity to retract, correct,

10  or delete their offending and defamatory statements, but each refused, continuing to share their defamatory

9   comments with the public to this very day. No individual plaintiff seeks damages from any defendant in excess of

10  the cost of a four-year tuition at the University of Kentucky. Plaintiffs file this Complaint for neither fame nor

11  fortune; they bring this suit to protect future families from experiencing the nightmare the defendants caused these

12  kids to experience.

13                              **PARTIES**

14      1.  **JOHN DOE 1-10**, are all minors, who bring this action through their parents, who at all times pertinent,

15          reside in Kenton County, Kentucky, in and around the area of Covington, Kentucky.

16      2.  **JOHN DOE 1-10** are students who, at all times pertinent, attend Covington Catholic High School in Park

17          Hills, Kentucky.

110     3.  **DEB HAALAND**, at all times pertinent, is a natural person of the age of majority, residing in New

19          Mexico.

20      4.  **ANNA NAVARRO**, at all times pertinent, is a natural person of the age of majority, residing in Florida.

21      5.  **ELIZABETH WARREN**, at all times pertinent, is a natural person of the age of majority, residing in

22          Massachusetts.

23      6.  **MAGGIE HABERMAN**, at all times pertinent, is a natural person of the age of majority, residing in New

24          York City.

25      7.  **KATHY GRIFFIN**, at all times pertinent, is a natural person of the age of majority, residing in California.

26      8.  **MATTHEW DOWD**, at all times pertinent, is a natural person of the age of majority, residing in Texas.

27      9.  **REZA ASLAN**, at all times pertinent, is a natural person of the age of majority, residing in California.

210

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 2

EXH : 000052 of 000111

10. **KEVIN M. KRUSE**, at all times pertinent, is a natural person of the age of majority, residing in New Jersey.

11. **SHAUN KING**, at all times pertinent, is a natural person of the age of majority, residing in New York.

12. **ADAM EDELEN**, at all times pertinent, is a natural person of the age of majority, residing in Kentucky.

13. **CLARA JEFFERY**, at all times pertinent, is a natural person of the age of majority, residing in California.

14. **JODI JACOBSON**, at all times pertinent, is a natural person of the age of majority, residing in Maryland.

**FACTS**

15. On Friday January 18, 2019, each of the John Does was part of a group of Covington Catholic High School students who traveled by bus from Park Hills, Kentucky to Washington D.C. to attend the March for Life. None was a public figure or publicly known to much of the world prior to this trip. After attending the March for Life, the Plaintiffs were permitted to visit certain sites on their own for a limited period of time.

16. The chaperones accompanying the Covington Catholic high school students informed the Plaintiffs to meet at a set hour to meet the buses to take them home to Kentucky. The site selected by the adults was the Lincoln Memorial. When the Covington Boys arrived at the Lincoln Memorial and encountered the Black Hebrew Israelites. Members of the Black Hebrew Israelites made offensive statements to the Covington Boys, including calling them "incest babies," "dirty-ass crackers," and "future school shooters." Some of the Covington Boys asked the chaperones if they could do their school cheers to drown out the Black Hebrew Israelites.

17. After the interaction with the Black Hebrew Israelites, Native American activist Nathan Phillips approached the Covington Boys. Phillips approached the Covington Boys from a distance and walked past clear pathways to the steps to the Lincoln Memorial. The Covington Boys did not move toward Phillips or otherwise actively approach or surround Phillips, block Phillips, taunt Phillips, or ever chant "build the wall" at Phillips. The Covington Boys did not interrupt or interfere with any Indigenous People's March.

18. Phillips beat on a drum and joined the students as they engaged in school cheers, including the sports cheer made famous by the New Zealand rugby team known as the Haka dance that celebrates the tribal traditions of the Maori tribe. Several of the students joined with Phillips, and some did so by mirroring the sports

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 3

EXH : 000053 of 000111

chant of the Florida State Seminole and the Atlanta Braves, with their famous tomahawk chop. No one voiced any objection to this at the time. Soon after, the students left the Lincoln Memorial without incident or any apparent controversy beyond being harassed by the notorious Black Hebrew Israelites. What the Covington Boys did not know is what was happening to them on social media.

19. As they arrived home, the Covington Boys uncovered a social media lynch mob had formed, advanced by prominent politicians, journalists with big-pedigree publications, and social celebrities with large social media platforms and public followings. The defendants used the perception of their enhanced credibility to make statements about the Covington Boys without disclosing all the relevant facts, omitting critical exculpatory facts, and implying many false facts about them. The defendants called for public punishment of the Covington Boys, including doxing them, naming and shaming them publicly, that they be "punched in the face," and their expulsion from school. The target of the lynch mob was the Covington Boys, their reputation and their future. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

20. An accurate video as to what occurred in the incident was available online on Jan. 19 and known to the defendants, when Shar Yaqataz Banyamyan, one of the Hebrew Israelites who was present for the encounter between Phillips and Nicholas, posted a 1 hour and 46-minute video on Facebook (the "Banyamyan Video"). The video made clear the statements made against the Covington Boys were false.

21. At 10:31 a.m. on Jan. 19, Congresswoman **DEB HAALAND** made the following Tweet of and concerning the Covington Boys: "This Veteran put his life on the line for our country. The Covington boys' blatant display of hate, disrespect, and intolerance is a signal of how common decency has decayed under this administration. Heartbreaking." See Exhibit A. Haaland omitted the true facts, and instead implied the

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 4

EXH : 000054 of 000111

following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

22. At 10:58 a.m. on Jan. 19, CNN contributor **ANNA NAVARRO** tweeted of and concerning the Covington Boys: "Must Watch: Native-American elder taunted by racist MAGA-hat wearing teens, speaks and cries for America, the country he defended and sacrificed and wore the uniform for. It is people like Nathan Phillips who make America great. Thank you for your dignity, sir." See Exhibit B. Navarro omitted the true fact, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

23. At 1:08 p.m. on Jan. 19, 2019, **SHAUN KING**, a writer-in-residence at Harvard Law School's Fair

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 5

EXH : 000055 of 000111

Punishment Project, made the made the following Tweet of and concerning the Covington Boys: "I am so deeply grieved and angry by this as young kids in MAGA hats surrounded and mocked a beloved Native American elder yesterday. When your power is centered in your whiteness, mocking others who are unlike you makes you feel strong. But it's weak. And despicable." See Exhibit C. King omitted the true fact, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

24. At 1:14 p.m., **ADAM EDELEN**, a blue-checkmark-approved Twitter personality, retweeted an article with false factual statements about the Covington Boys, and validated the false factual claims of the article by referring to the kids as "outrageous and abhorrent behavior," that requires they "read a history book on how America's indigenous people have been treated," and that they "need to do some serious soul-searching." Edelen omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 6

EXH - 000056 of 000111

calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

25. At 2:45 p.m. on Jan. 19, New York Times reporter **MAGGIE HABERMAN** made the following Tweet of and concerning the Covington Boys: "When adults stand by and say nothing..." in reference to a retweet that Haberman posted by Andrew Ujifusa that said, "In another video from this now-infamous incident involving a Native American Vietnam vet, a young person scoffs at the idea of stolen land..." See Exhibits D & E. Haberman omitted the true fact, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

26. At 6:04 p.m., former CNN TV personality **REZA ASLAN** made the following Tweet of and concerning the Covington Boys with a picture of fellow Covington student at the Lincoln Memorial: "Honest question. Have you ever seen a more punchable face than this kid's?" See Exhibit F. Aslan omitted the true fact, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event,

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 7

surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

27. At 6:45 p.m. Congresswoman **DEB HAALAND** made the following Tweet of and concerning the Covington Boys: "A Native American War veteran was seen being harassed and mocked by a group of MAGA hat-wearing teens." See Exhibit G. Haaland omitted the true fact, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

28. At 7:08 p.m. on Jan. 19, 2019, New York Times reporter **MAGGIE HABERMAN** (@maggieNYT) tweeted: "There are dozens of students laughing and egging on the behavior. Will be interesting to see if anyone is actually expelled, as officials suggest possible." See Exhibit H. Haberman omitted the true fact, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march,

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 8

EXH : 000058 of 000111

stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

29. At 7:15 p.m., on Jan. 19, U.S. Senator **ELIZABETH WARREN** made the following Tweet of and concerning the Covington Boys: "Omaha elder and Vietnam War veteran Nathan Phillips endured hateful taunts with dignity and strength, then urged us all to do better." See Exhibit I. Warren omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

30. At 2:05 a.m. on Jan. 20 comedienne **KATHY GRIFFIN** called for the doxing of the Covington Boys, which several people then acted upon, linking the Covington Boys to their photos and names, and widely circulated on social media: "Ps. The reply from the school was pathetic and impotent. Name these kids. I

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 9

EXH : 000059 of 000111

want NAMES. Shame them. If you think these fuckers wouldn't dox you in a heartbeat, think again." See Exhibit J. GRIFFIN then requested, five minutes later: "Names please. And stories from people who can identify them and vouch for their identity. Thank you." See Exhibit K. Griffin omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

31. At 1:16 p.m. on Jan. 21, Chief Political Analyst for ABC News **MATTHEW DOWD** made the following Tweet of and concerning the Covington Boys: "Folks, let us not let these kids, their parents and their school off the hook. Regardless of what led up to this, this is awful." See Exhibit M. Dowd omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 10

EXH : 000060 of 000111

the statements was interpreted by their friends, family and associates as about them personally.

32. At 1:27 p.m. on Jan. 21, **CLARA JEFFERY** the Editor-in-Chief of Mother Jones magazine, made the following Tweet of and concerning the Covington Boys: "The tapes that have emerged do show the BHI [Black Hebrew Israelites] doing their usual end-times ranting. But they also show the Covington Catholic kids: making cavemen gestures at BHI; tomahawk chanting at Natives; taunting random women; chants of "build the wall" and "it's not rape if you enjoy it." See Exhibit N. Jeffery omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American elder to taunt him, while also falsely accusing the teens of taunting women with the chant "it's not rape if you enjoy it." Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

33. At 5:23 p.m. on Tuesday Jan. 22, 2019, **KEVIN M. KRUSE** Tweeted: "No, the accusation was that this kid and his friends mocked an elderly Native American war veteran and, hey, they did. They also taunted women and shouted "it's not rape if you enjoy it" but sure, they're the real victims. According to his PR firm anyway." See Exhibit O. Kruse omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American elder to taunt him, while also falsely accusing the teens of taunting women with the chant "it's not rape if

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 11

EXH : 000061 of 000111

you enjoy it." Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

34. On Jan. 22, 2019, **JODI JACOBSON**, the president and editor in chief of the website Rewire.News, authored an article published on Rewire.News titled "White-Washing White Supremacy: Media Rushes to Excuse Covington Catholic Students." A true and correct copy of said communication is attached hereto as Exhibit Q. **JACOBSON'S** article erroneously claimed Covington Boys wore blackface to caricature black students, harassed young women at the Memorial (claiming they chanted "it's not rape if you enjoy it"), and ridiculed the native American elder for the purposes of harassment. Jacobson omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American elder to taunt him, while also falsely accusing the teens of taunting women with the chant "it's not rape if you enjoy it." Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

35. Each of the complained of statements herein by each of the defendants concerning the Covington Boys were known by friends and acquaintances of each of the John Doe plaintiffs to be in reference to and

Filed          19-CI-01351     08/28/2019          John C. Middleton, Kenton Circuit Clerk

EXH : 000062 of 000111

concerning them individually. This is evident by the fact they were quickly subject to public ridicule, scorn, and criticism personally and individually, as well as threatening phone calls, hate mail to their homes, individual email addresses, and social media accounts, and personally threatened with everything from expulsion and denial of college admission to being put through a physical shredder and having their school burned with them in it.

36. Each of the defendants made these statements knowing they both omitted true facts and implied false facts, including the false factual claim the Covington Boys interrupted an indigenous people's march, stopped, blocked and surrounded a native American elder war veteran for the purposes of taunting, harassing, and mocking him with chants of build the wall, aggregating these lies into public denunciations, calls for public doxing, and public demands of school expulsion, to induce public contempt upon the plaintiffs.

37. Section 14 of the Kentucky Constitution has been interpreted by Kentucky courts to state that citizens must have a remedy with due process of law for any injury by resort to the courts.

38. Plaintiffs, all minors, have the right to live their lives in seclusion, without being subjected to unwarranted and undesired publicity, and have the right to be left alone.

39. Section 10 of the Kentucky Constitution further states "Freedom of speech and of the press…shall be free to every person who undertakes to examine the proceedings of the general assembly or any branch of government, and no law shall ever be made to restrain the right thereof. Every person may freely speak, write and print any subject, being responsible for the abuse of that liberty."

**JOHN DOE 1 THROUGH 10 ARE MINORS & PRIVATE FIGURES**

40. **DOES 1-10**, at all times pertinent to this action, were minors.

41. **DOES 1-10** had no notoriety of any kind to their community at large at any time prior to this event.

42. **DOES 1-10** did not make public appearances for political reasons at any time prior to this event.

43. **DOES 1-10** have not inserted themselves into the forefront of any public issue at any time prior to this event.

44. Each of the statements made herein were identified by the friends, family, associates, and others as of and concerning each of the John Does individually. They were doxed and publicly identified by name after the request for that to occur by defendants above, identified by photo in video and photo images shared around

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 13

EXH - 000063 of 000111

the world, and the context of the statements made them individually identified as the ones being spoken about. They were publicly attacked, personally threatened, and subject to individual investigation based on them being individually identified as the subject of the above offending statements of fact from the defendants with large social media platforms and an audience who took the defendants' at their word due to the defendants status as elected officials and prominent members of the press.

## FIRST CAUSE OF ACTION
### (DEFAMATION)

DOES 1-10 against **DEB HAALAND**

45. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

46. **HAALAND**, known on Twitter as @Deb4CongressNM, published to approximately 610,000 third parties, without privilege "[a] Native American War veteran was seen being harassed and mocked by a group of MAGA hat-wearing teens." A true and correct copy of said communication is attached hereto as Exhibit H. Haaland omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

47. **HAALAND**'s communication was false and defaming as none of **DOES 1-10** harassed or mocked anyone, and particularly no Native American "War Veterans." This comment is deliberately directed against **DOES 1-10**, all minors, and communicated to at least 610,000 third parties without privilege, knowing **DOES 1-**

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 14

EXH - 000064 of 000111

**10** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-10** in their school, their community, and the nation at large.

48. **HAALAND**'s false and defamatory communication injured DOES 1-10 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided. In addition, **HAALAND'S** false and defamatory communication caused DOES 1-10 special economic harm, including the increased cost of protecting their privacy and security from the threats derived from the social media mob HAALAND helped lead, endangered their college admissions' prospects, and limited their economic prospects and future earning power as adults.

## SECOND CAUSE OF ACTION
### (INTRUSION UPON SECLUSION)

DOES 1-10 against **DEB HAALAND**

49. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

50. The Plaintiffs, all minors, had a right under Kentucky law to live their life in seclusion, without being subjected to unwanted and undesired publicity, and a right to be left alone.

51. Pursuant to the case law in this state, the Plaintiffs, all minors, had the right to be left alone, and not be subjected to scorn and the hateful comments made by Haaland.

52. As a result of Haaland's actions, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of this Court.

## THIRD CAUSE OF ACTION
### (NEGLIGENT INFLICATION OF EMOTIONAL DISTRESS)

DOES 1-10 against **DEB HAALAND**

53. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

54. Defendant Haaland's actions caused the Plaintiffs emotional distress, including but not limited to anxiety, fear for their safety, and effected their educational activities.

55. As a result of Defendant Haaland's conduct, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of the Court.

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 15

EXH·: 000065 of 000111

**FOURTH CAUSE OF ACTION**
**(DEFAMATION)**

DOES 1-10 against **ANNA NAVARRO**

56. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

57. **NAVARRO**, known on Twitter as @ananavarro, published to approximately 1.1 million third parties, without privilege, "Must Watch: Native-American elder taunted by racist MAGA-hat wearing teens, speaks and cries for America, the country he defended and sacrificed and wore the uniform for. It is people like Nathan Phillips who make America great. Thank you for your dignity, sir..." A true and correct copy of said communication is attached hereto as Exhibit B. Navarro omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

58. **NAVARRO**'s communication was false and defaming as she accuses **DOES 1-10**, of overt racism and taunting, not exhibited. This comment is deliberately directed against **DOES 1-10**, all minors, and communicated to at least 1.1 million third parties without privilege, knowing **DOES 1-10** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-10** in their school, their community, and the nation at large.

59. **NAVARRO**'s false and defamatory communication injured DOES 1-10 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 16

avoided. In addition, **NAVARRO'S** false and defamatory communication caused DOES 1-10 special economic harm, including the increased cost of protecting their privacy and security from the threats derived from the social media mob HAALAND helped lead, endangered their college admissions' prospects, and limited their economic prospects and future earning power as adults.

## FIFTH CAUSE OF ACTION
## (INTRUSION UPON SECLUSION)

### DOES 1-10 against **ANNA NAVARRO**

60. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

61. The Plaintiffs, all minors, had a right under Kentucky law to live their life in seclusion, without being subjected to unwanted and undesired publicity, and a right to be left alone.

62. Pursuant to the case law in this state, the Plaintiffs, all minors, had the right to be left alone, and not be subjected to scorn and the hateful comments made by Navarro.

63. As a result of Navarro's actions, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of this Court.

## SIXTH CAUSE OF ACTION
## (NEGLIGENT INFLICATION OF EMOTIONAL DISTRESS)

### DOES 1-10 against **ANNA NAVARRO**

64. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

65. Defendant Navarro's actions caused the Plaintiffs emotional distress, including but not limited to anxiety, fear for their safety, and effected their educational activities.

66. As a result of Defendant Navarro's conduct, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of the Court.

## SEVENTH CAUSE OF ACTION
## (DEFAMATION)

### DOES 1-10 against **KATHY GRIFFIN**

67. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 17

EXH : 000067 of 000111

68. **GRIFFIN**, known on Twitter as @kathygriffin, published to approximately 2.1 million third parties, without privilege "Ps. The reply from the school was pathetic and impotent. Name these kids. I want NAMES. Shame them. If you think these fuckers wouldn't dox you in a heartbeat, think again." Griffin then followed up with, "Names please. And stories from people who can identify them and vouch for their identity. Thank you." See Exhibit L. A true and correct copy of said communication is attached hereto as Exhibits L and K. Griffin omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American elder to taunt him. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally. Griffin's call to dox the plaintiffs succeeded, as their names were identified to the broader public in a range of social media platforms, and they subsequently received a range of threats.

69. **GRIFFIN**'s communication was intentionally defaming as she openly calls for shame of **DOES 1-10**. This comment is deliberately directed against **DOES 1-10**, all minors, and communicated to at least 2.1 million third parties without privilege, knowing **DOES 1-10** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-10** in their school, their community, and the nation at large.

70. **GRIFFIN**'s defamatory communication injured **DOES 1-10** as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided. In addition, **GRIFFIN'S** false and defamatory communication caused DOES 1-10 special economic harm, including the increased cost of protecting their privacy and security from the threats derived from the social

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 18

EXH : 000068 of 000111

media mob GRIFFIN proudly lead, endangered their college admissions' prospects, and limited their economic prospects and future earning power as adults.

## EIGHTH CAUSE OF ACTION
### (INTRUSION UPON SECLUSION)

### DOES 1-10 against **KATHY GRIFFIN**

71. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

72. The Plaintiffs, all minors, had a right under Kentucky law to live their life in seclusion, without being subjected to unwanted and undesired publicity, and a right to be left alone.

73. Pursuant to the case law in this state, the Plaintiffs, all minors, had the right to be left alone, and not be subjected to scorn and the hateful comments made by Griffin.

74. As a result of Griffin's actions, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of this Court.

## NINTH CAUSE OF ACTION
### (NEGLIGENT INFLICATION OF EMOTIONAL DISTRESS)

### DOES 1-10 against **KATHY GRIFFIN**

75. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

76. Defendant Griffin's actions caused the Plaintiffs emotional distress, including but not limited to anxiety, fear for their safety, and effected their educational activities.

77. As a result of Defendant Griffin's conduct, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of the Court.

## TENTH CAUSE OF ACTION
### (HARASSMENT)

### DOES 1-10 against **KATHY GRIFFIN**

78. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

79. **GRIFFIN'S** actions were done with the intent to intimidate, harass, annoy, and alarm the Plaintiffs, subjecting them to the potential of physical harm.

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 19

EXH : 000069 of 000111

80. **GRIFFIN'S** actions were a public course utterance, using abusive language towards the Plaintiffs.

81. **GRIFFIN'S** actions were conduct which alarmed and/or seriously annoyed the Plaintiffs, and served no legitimate purpose.

82. Pursuant to KRS 446.070, Plaintiffs are entitled to damages in an amount to be proven at trial.

## ELEVENTH CAUSE OF ACTION
### (DEFAMATION)

#### DOES 1-10 against **ELIZABETH WARREN**

83. **DOES 1-10** reasserts and incorporates by reference the other paragraphs of this Complaint as if fully restated herein.

84. **WARREN,** known on Twitter as @ewarren, published to approximately 2.3 million third parties, without privilege "Omaha elder and Vietnam War veteran Nathan Phillips endured hateful taunts with dignity and strength, then urged us all to do better." A true and correct copy of said communication is attached hereto as Exhibit J. Warren omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American elder to taunt him. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

85. **WARREN's** communication was false and defaming as she accuses **DOES 1-10,** of overt taunting, not exhibited. This comment is deliberately directed against **DOES 1-10,** all minors, and communicated to [how many] third parties without privilege, knowing **DOES 1-10** were from Covington, Kentucky, with the

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 20

EXH : 000070 of 000111

intent to negatively influence the opinion of **DOES 1-10** in their school, their community, and the nation at large.

86. **WARREN**'s communication injured DOES 1-10 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided. In addition, **WARREN'S** false and defamatory communication caused DOES 1-10 special economic harm, including the increased cost of protecting their privacy and security from the threats derived from the social media mob WARREN helped lead, endangered their college admissions' prospects, and limited their economic prospects and future earning power as adults.

<div align="center">

**TWELVTH CAUSE OF ACTION**
**(INTRUSION UPON SECLUSION)**

DOES 1-10 against **ELIZABETH WARREN**

</div>

87. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

88. The Plaintiffs, all minors, had a right under Kentucky law to live their life in seclusion, without being subjected to unwanted and undesired publicity, and a right to be left alone.

89. Pursuant to the case law in this state, the Plaintiffs, all minors, had the right to be left alone, and not be subjected to scorn and the hateful comments made by Warren.

90. As a result of Warren's actions, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of this Court.

<div align="center">

**THIRTEENTH CAUSE OF ACTION**
**(NEGLIGENT INFLICATION OF EMOTIONAL DISTRESS)**

DOES 1-10 against **ELIZABETH WARREN**

</div>

91. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

92. Defendant Warren's actions caused the Plaintiffs emotional distress, including but not limited to anxiety, fear for their safety, and effected their educational activities.

93. As a result of Defendant Warren's conduct, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of the Court.

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 21

EXH : 000071 of 000111

## FOURTEENTH CAUSE OF ACTION
### (DEFAMATION)

DOES 1-10 against **MAGGIE HABERMAN**

94. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

95. **HABERMAN**, known on Twitter as @maggieNYT, published to approximately 1.010 million third parties, without privilege "When adults stand by and say nothing..." A true and correct copy of said communication is attached hereto as Exhibit D. Haberman also published to some 1.010 million third parties, without privilege, "There are dozens of students laughing and egging on the behavior. Will be interesting to see if anyone is actually expelled, as officials suggest is possible." A true and correct copy of said communication is attached hereto as Exhibit I. Haberman omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American elder to taunt him. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

96. **HABERMAN**'s communication was false and defaming as she accuses **DOES 1-10**, of egging on behavior worthy of expulsion from school, not exhibited. This comment is deliberately directed against **DOES 1-10**, all minors, and communicated to [how many] third parties without privilege, knowing **DOES 1-10** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-10** in their school, their community, and the nation at large.

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 22

EXH : 000072 of 000111

97. **HABERMAN**'s communication injured DOES 1-10 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided. In addition, **HABERMAN'S** false and defamatory communication caused DOES 1-10 special economic harm, including the increased cost of protecting their privacy and security from the threats derived from the social media mob HABERMAN helped lead, endangered their college admissions' prospects, and limited their economic prospects and future earning power as adults.

## FIFTEENTH CAUSE OF ACTION
### (INTRUSION UPON SECLUSION)

### DOES 1-10 against **MAGGIE HABERMAN**

98. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

99. The Plaintiffs, all minors, had a right under Kentucky law to live their life in seclusion, without being subjected to unwanted and undesired publicity, and a right to be left alone.

100. Pursuant to the case law in this state, the Plaintiffs, all minors, had the right to be left alone, and not be subjected to scorn and the hateful comments made by Haberman.

101. As a result of Haberman's actions, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of this Court.

## SIXTEENTH CAUSE OF ACTION
### (NEGLIGENT INFLICATION OF EMOTIONAL DISTRESS)

### DOES 1-10 against **MAGGIE HABERMAN**

102. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

103. Defendant Haberman's actions caused the Plaintiffs emotional distress, including but not limited to anxiety, fear for their safety, and effected their educational activities.

104. As a result of Defendant Haberman's conduct, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of the Court.

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 23

EXH - 000073 of 000111

# SEVENTEENTH CAUSE OF ACTION
## (DEFAMATION)

### DOES 1-10 against MATTHEW DOWD

105. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

106. **DOWD**, known on Twitter as @matthewjdowd, published to approximately 137,000 third parties, without privilege "Folks, let us not let these kids, their parents and their school off the hook. Regardless of what led up to this, this is awful." A true and correct copy of said communication is attached hereto as Exhibit N. Dowd omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American elder to taunt him. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

107. **DOWD**'s communication was false and defaming as she accuses **DOES 1-10**, of awful behavior, not exhibited. This comment is deliberately directed against **DOES 1-10**, all minors, and communicated to 137,000 third parties without privilege, knowing **DOES 1-10** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-10** in their school, their community, and the nation at large.

108. **DOWD**'s communication injured DOES 1-10 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided. In addition, **DOWD'S** false and defamatory communication caused DOES 1-10 special economic harm, including the increased cost of protecting their privacy and security from the threats derived from the social media mob DOWD

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 24

EXH : 000074 of 000111

helped lead, endangered their college admissions' prospects, and limited their economic prospects and future earning power as adults.

### EIGHTEENTH CAUSE OF ACTION
### (INTRUSION UPON SECLUSION)

#### DOES 1-10 against **MATTHEW DOWD**

109. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

110. The Plaintiffs, all minors, had a right under Kentucky law to live their life in seclusion, without being subjected to unwanted and undesired publicity, and a right to be left alone.

111. Pursuant to the case law in this state, the Plaintiffs, all minors, had the right to be left alone, and not be subjected to scorn and the hateful comments made by Dowd.

112. As a result of Dowd's actions, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of this Court.

### NINETEENTH CAUSE OF ACTION
### (NEGLIGENT INFLICATION OF EMOTIONAL DISTRESS)

#### DOES 1-10 against **MATTHEW DOWD**

113. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

114. Defendant Dowd's actions caused the Plaintiffs emotional distress, including but not limited to anxiety, fear for their safety, and effected their educational activities.

115. As a result of Defendant Dowd's conduct, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of the Court.

### TWENTIETH CAUSE OF ACTION
### (DEFAMATION)

#### DOES 1-10 against **REZA ASLAN**

116. **DOES 1-10** reasserts and incorporates by reference the other paragraphs of this Complaint as if fully restated herein.

117. **ASLAN**, known on Twitter as @rezaaslan, published to approximately 2109,000 third parties, without privilege "Honest question. Have you ever seen a more punchable face than this kid's?" A true and correct

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 25

copy of said communication is attached hereto as Exhibit G. Aslan omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to a Native American elder to taunt him. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

118. **ASLAN**'s communication was false and defaming as he accuses **DOES 1-10**, of behavior deserving of being punched in the face, not exhibited. This comment is deliberately directed against **DOES 1-10**, all minors, and communicated to hundreds of thousands of third parties without privilege, knowing **DOES 1-10** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-10** in their school, their community, and the nation at large.

119. **ASLAN**'s communication injured DOES 1-10 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided. In addition, **ASLAN'S** false and defamatory communication caused DOES 1-10 special economic harm, including the increased cost of protecting their privacy and security from the threats derived from the social media mob ASLAN helped lead, endangered their college admissions' prospects, and limited their economic prospects and future earning power as adults.

### TWENTY-FIRST CAUSE OF ACTION
### (INTRUSION UPON SECLUSION)

DOES 1-10 against **REZA ASLAN**

120. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 26

EXH - 000076 of 000111

121. The Plaintiffs, all minors, had a right under Kentucky law to live their life in seclusion, without being subjected to unwanted and undesired publicity, and a right to be left alone.

122. Pursuant to the case law in this state, the Plaintiffs, all minors, had the right to be left alone, and not be subjected to scorn and the hateful comments made by Aslan.

123. As a result of Aslan's actions, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of this Court.

## TWENTY-SECOND CAUSE OF ACTION
### (NEGLIGENT INFLICATION OF EMOTIONAL DISTRESS)

### DOES 1-10 against **REZA ASLAN**

124. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

125. Defendant Aslan's actions caused the Plaintiffs emotional distress, including but not limited to anxiety, fear for their safety, and effected their educational activities.

126. As a result of Defendant Aslan's conduct, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of the Court.

## TWENTY-THIRD CAUSE OF ACTION
### (DEFAMATION)

### DOES 1-10 against **ADAM EDELEN**

127. **DOES 1-10** reasserts and incorporates by reference the other paragraphs of this Complaint as if fully restated herein.

128. **ADAM EDELEN**, a blue-checkmark-approved Twitter personality, retweeted an article with false factual statements about the Covington Boys, and validated the false factual claims of the article by referring to the kids as "outrageous and abhorrent behavior," that requires they "read a history book on how America's indigenous people have been treated," and that they "need to do some serious soul-searching." Edelen omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 27

EXH : 000077 of 000111

American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march. Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

129. **EDELEN**'s communication was false and defaming as he accuses **DOES 1-10**, of engaging in outrageous conduct of threatening a native American elder. This comment is deliberately directed against **DOES 1-10**, all minors, and communicated to hundreds of thousands of third parties without privilege, knowing **DOES 1-10** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-10** in their school, their community, and the nation at large. In addition, **EDELENS** false and defamatory communication caused DOES 1-10 special economic harm, including the increased cost of protecting their privacy and security from the threats derived from the social media mob EDELEN helped lead locally, endangered their college admissions' prospects, and limited their economic prospects and future earning power as adults.

## TWENTY-FOURTH CAUSE OF ACTION
### (INTRUSION UPON SECLUSION)

### DOES 1-10 against **ADAM EDELEN**

130. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

131. The Plaintiffs, all minors, had a right under Kentucky law to live their life in seclusion, without being subjected to unwanted and undesired publicity, and a right to be left alone.

132. Pursuant to the case law in this state, the Plaintiffs, all minors, had the right to be left alone, and not be subjected to scorn and the hateful comments made by Edelen.

133. As a result of Edelen's actions, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of this Court.

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 28

EXH : 000078 of 000111

**TWENTY-FIFTH CAUSE OF ACTION**
**(NEGLIGENT INFLICATION OF EMOTIONAL DISTRESS)**

DOES 1-10 against **ADAM EDELEN**

134. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

135. Defendant Edelen's actions caused the Plaintiffs emotional distress, including but not limited to anxiety, fear for their safety, and effected their educational activities.

136. As a result of Defendant Edelen's conduct, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of the Court.

**TWENTY-SIXTH CAUSE OF ACTION**
**(DEFAMATION)**

DOES 1-10 against **KEVIN M. KRUSE**

137. **DOES 1-10** reasserts and incorporates by reference the other paragraphs of this Complaint as if fully restated herein.

138. **KRUSE**, known on Twitter as @KevinMKruse, published to approximately 2104,000 third parties, without privilege "No, the accusation was that this kid and his friends mocked an elderly Native American war veteran and, hey, they did. They also taunted women and shouted "it's not rape if you enjoy it" but sure, they're the real victims. According to his PR firm anyway." A true and correct copy of said communication is attached hereto as Exhibit P. Kruse omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march, and falsely accused the plaintiffs of threatening women with chants of "it's not rape if you enjoy it." Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 29

EXH : 000079 of 000111

individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

139. **KRUSE**'s communication was false and defaming as he accuses **DOES 1-10**, of mocking a war veteran, taunting women and making a statement about rape – none of which were exhibited. This comment is deliberately directed against **DOES 1-10**, all minors, and communicated to [2104,000] third parties without privilege, knowing **DOES 1-10** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-10** in their school, their community, and the nation at large.

140. **KRUSE**'s communication injured DOES 1-10 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided. In addition, **HAALAND'S** false and defamatory communication caused DOES 1-10 special economic harm, including the increased cost of protecting their privacy and security from the threats derived from the social media mob HAALAND helped lead, endangered their college admissions' prospects, and limited their economic prospects and future earning power as adults.

### TWENTY-SEVENTH CAUSE OF ACTION
### (INTRUSION UPON SECLUSION)

DOES 1-10 against **KEVIN M. KRUSE**

141. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

142. The Plaintiffs, all minors, had a right under Kentucky law to live their life in seclusion, without being subjected to unwanted and undesired publicity, and a right to be left alone.

143. Pursuant to the case law in this state, the Plaintiffs, all minors, had the right to be left alone, and not be subjected to scorn and the hateful comments made by Kruse.

144. As a result of Kruse's actions, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of this Court.

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 30

EXH - 000080 of 000111

## TWENTY-EIGHTH CAUSE OF ACTION
### (NEGLIGENT INFLICATION OF EMOTIONAL DISTRESS)

#### DOES 1-10 against **KEVIN M. KRUSE**

145. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

146. Defendant Kruse's actions caused the Plaintiffs emotional distress, including but not limited to anxiety, fear for their safety, and effected their educational activities.

147. As a result of Defendant Kruse's conduct, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of the Court.

## TWENTY-NINETH CAUSE OF ACTION
### (DEFAMATION)

#### DOES 1-10 against **SHAUN KING**

148. **DOES 1-10** reasserts and incorporates by reference the other paragraphs of this Complaint as if fully restated herein.

149. **KING**, known on Twitter as @shaunking, published to approximately 1.1 million third parties, without privilege "I am so deeply grieved and angry by this as young kids in MAGA hats surrounded and mocked a beloved Native American elder yesterday. When your power is centered in your whiteness, mocking others who are unlike you makes you feel strong. But it's weak. And despicable." A true and correct copy of said communication is attached hereto as Exhibit C. King omitted the true facts, and instead implied the following facts were true in his statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march, and falsely accused the plaintiffs of threatening women with chants of "it's not rape if you enjoy it." Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 31

EXH : 000081 of 000111

attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

150. **KING**'s communication was false and defaming as he accuses **DOES 1-10**, of overt racism and taunting and weak and despicable behavior – none of which was exhibited. This comment is deliberately directed against **DOES 1-10**, all minors, and communicated to 1.1 million third parties without privilege, knowing **DOES 1-10** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-10** in their school, their community, and the nation at large.

151. **KING**'s communication injured DOES 1-10 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided. In addition, **KING'S** false and defamatory communication caused DOES 1-10 special economic harm, including the increased cost of protecting their privacy and security from the threats derived from the social media mob KING helped lead, endangered their college admissions' prospects, and limited their economic prospects and future earning power as adults.

## THIRTIETH CAUSE OF ACTION
## (INTRUSION UPON SECLUSION)

### DOES 1-10 against **SHAUN KING**

152. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

153. The Plaintiffs, all minors, had a right under Kentucky law to live their life in seclusion, without being subjected to unwanted and undesired publicity, and a right to be left alone.

154. Pursuant to the case law in this state

155., the Plaintiffs, all minors, had the right to be left alone, and not be subjected to scorn and the hateful comments made by King.

156. As a result of King's actions, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of this Court.

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 32

EXH - 000082 of 000111

## THIRTY-FIRST CAUSE OF ACTION
### (NEGLIGENT INFLICATION OF EMOTIONAL DISTRESS)

### DOES 1-10 against SHAUN KING

157. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

158. Defendant King's actions caused the Plaintiffs emotional distress, including but not limited to anxiety, fear for their safety, and effected their educational activities.

159. As a result of Defendant King's conduct, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of the Court.

## THIRTY-SECOND CAUSE OF ACTION
### (DEFAMATION)

### DOES 1-10 against CLARA JEFFERY

160. **DOES 1-10** reasserts and incorporates by reference the other paragraphs of this Complaint as if fully restated herein.

161. **JEFFERY**, known on Twitter as @ClaraJeffery, published to approximately 113,000 third parties, without privilege "The tapes that have emerged do show the BHI [Black Hebrew Israelites] doing their usual end-times ranting. But they also show the Covington Catholic kids: making cavemen gestures at BHI; tomahawk chanting at Natives; taunting random women; chants of "build the wall" and "it's not rape if you enjoy it." A true and correct copy of said communication is attached hereto as Exhibit O. Jeffery omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march, and falsely accused the plaintiffs of threatening women with chants of "it's not rape if you enjoy it." Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls,

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 33

EXH - 000083 of 000111

threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the world, and each of the statements was interpreted by their friends, family and associates as about them personally.

162. **JEFFERY**'s communication was false and defaming as she accuses **DOES 1-10**, of a number of actions not exhibited: making caveman gestures, taunting random women, chanting "build the wall" and saying "it's not rape if you enjoy it." This comment is deliberately directed against **DOES 1-10**, all minors, and communicated to [how many] third parties without privilege, knowing **DOES 1-10** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-10** in their school, their community, and the nation at large.

163. **JEFFERY**'s communication injured DOES 1-10 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and/or caused them to be shunned and avoided. In addition, **JEFFERY'S** false and defamatory communication caused DOES 1-10 special economic harm, including the increased cost of protecting their privacy and security from the threats derived from the social media mob JEFFERY helped lead, endangered their college admissions' prospects, and limited their economic prospects and future earning power as adults.

### THIRTY-THIRD CAUSE OF ACTION
### (INTRUSION UPON SECLUSION)

DOES 1-10 against **CLARA JEFFERY**

164. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

165. The Plaintiffs, all minors, had a right under Kentucky law to live their life in seclusion, without being subjected to unwanted and undesired publicity, and a right to be left alone.

166. Pursuant to the case law in this state, the Plaintiffs, all minors, had the right to be left alone, and not be subjected to scorn and the hateful comments made by Jeffery.

167. As a result of Jeffery's actions, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of this Court.

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 34

EXH : 000084 of 000111

## THIRTY-FOURTH CAUSE OF ACTION
### (NEGLIGENT INFLICATION OF EMOTIONAL DISTRESS)

DOES 1-10 against **CLARA JEFFERY**

168. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

169. Defendant Jeffery's actions caused the Plaintiffs emotional distress, including but not limited to anxiety, fear for their safety, and effected their educational activities.

170. As a result of Defendant Jeffery's conduct, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of the Court.

## THIRTY-FIFTH CAUSE OF ACTION
### (DEFAMATION)

DOES 1-10 against **JODI JACOBSON**

171. **DOES 1-10** reasserts and incorporates by reference the preceding paragraphs of this Complaint as if fully restated herein.

172. **JACOBSON**, the president and editor in chief of the website Rewire.News, authored an article published on Jan. 22, 2019 on Rewire.News titled "White-Washing White Supremacy: Media Rushes to Excuse Covington Catholic Students." A true and correct copy of said communication is attached hereto as Exhibit Q. Jacobson omitted the true facts, and instead implied the following facts were true in her statements and the links attached thereto with the gist of the false statements made about the plaintiffs was that the kids interrupted an indigenous march, stopped and blocked a Native American elder and Vietnam War veteran from continuous participation in that event, surrounded him in a threatening manner, and taunted him, as a native American elder, with chants of "build the wall" to mock an elderly native American in the middle of an indigenous march, and falsely accused the plaintiffs of threatening women with chants of "it's not rape if you enjoy it." Each of the statements complained of herein was known by the friends, family and associates of each John Doe to be about them individually. Indeed, they were individually identified as the subject of the statements complained of herein that they received death threats, hate mail, threatening phone calls, threatening emails, and other personal attacks on them each individually. They were known to be the subject of the statements complained of herein as they were identified by photo image throughout the

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 35

EXH : 000085 of 000111

1. world, and each of the statements was interpreted by their friends, family and associates as about them

2. personally.

173. **JACOBSON'S** communication was false and defaming as she accuses **DOES 1-10**, of a number of actions not exhibited: racism, being aggressive and disrespectful to Nathan Phillips, harassing young women, saying "it's not rape if you enjoy it." These comments were deliberately directed against **DOES 1-10**, all minors, and communicated to [how many] third parties without privilege, knowing **DOES 1-10** were from Covington, Kentucky, with the intent to negatively influence the opinion of **DOES 1-10** in their school, their community, and the nation at large.

174. **JACOBSON'S** article went on to make false statements about Covington Catholic High School, including erroneously claiming that the school's students had worn blackface and body paint to caricature black students on the opposing team during basketball games.

175. **JACOBSON'S** article injured DOES 1-10 as it disgraced and degraded the plaintiffs and held them up to public hatred, contempt, ridicule, and caused them to be shunned and avoided. In addition, **JACOBSON'S** false and defamatory communication caused DOES 1-10 special economic harm, including the increased cost of protecting their privacy and security from the threats derived from the social media mob JACOBSON helped lead, endangered their college admissions' prospects, and limited their economic prospects and future earning power as adults.

### THIRTY-SIXTH CAUSE OF ACTION
### (INTRUSION UPON SECLUSION)

DOES 1-10 against **JODI JACOBSON**

176. **DOES 1-10** reassert and incorporate by reference the other paragraphs of this Complaint as if fully restated herein.

177. The Plaintiffs, all minors, had a right under Kentucky law to live their life in seclusion, without being subjected to unwanted and undesired publicity, and a right to be left alone.

178. Pursuant to the case law in this state, the Plaintiffs, all minors, had the right to be left alone, and not be subjected to scorn and the hateful comments made by Jacobson.

179. As a result of Jacobson's actions, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of this Court.

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 36

EXH - 000086 of 000111

## THIRTY-SEVENTH CAUSE OF ACTION
### (NEGLIGENT INFLICATION OF EMOTIONAL DISTRESS)

DOES 1-10 against **JODI JACOBSON**

180. **DOES 1-10** reassert and incorporate by reference paragraphs the other paragraphs of this Complaint as if fully restated herein.

181. Defendant Jacobson's actions caused the Plaintiffs emotional distress, including but not limited to anxiety, fear for their safety, and effected their educational activities.

182. As a result of Defendant Jacobson's conduct, Plaintiffs have been damaged in an amount to be proven at trial, in excess of the jurisdiction of the Court.

### DAMAGES

183. False and Defamatory Accusations against the plaintiffs are defamatory *per se*, as they are libelous on their face without resort to additional facts, and as clearly demonstrated here, DOES 1-10 were subjected to public hatred, contempt, scorn, obloquy, and shame. The conduct of the plaintiffs, based on the false facts the defendants placed and circulated into the court of public opinion, led to these lifetime labels on these minors: "display of hate, disrespect and intolerance"; "heartbreaking"; "decency decayed"; "racist"; "cried for America"; "infamous"; "gall"; "shameful"; "darker chapters"; compared to genocide; "laughing and egging on" "hurtful" behavior; "awful"; "cavemen gestures"; "taunting"; 'harassing"; "stalking"; "mocking"; "bullies" who should be doxed, "named and shamed", expelled from school, denied admission to college, be punched in the face, and their lives ruined.

**WHEREFORE,** Plaintiff respectfully prays:

184. That judgment be entered for each plaintiff against Defendants for damages in an amount not less than $15,000 but not more than $50,000 against each defendant;

185. For a trial by jury.

186. For all costs and expenses, including reasonable attorneys fees.

187. That the Court grant all such other and further relief that the Court deems just and proper, including declaratory and equitable relief.

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 37

EXH : 000087 of 000111

Respectfully submitted this __14__ day of August, 2019.

Robert Barnes (Motion Pro Hac Vice to be filed)
Barnes Law
Attorney for Plaintiffs

Kevin L. Murphy (50646)
Murphy Landen Jones PLLC
2400 Chamber Center Drive, Suite 200
P.O. Box 17534
Fort Mitchell, KY 41017
Attorney for Plaintiffs

PLAINTIFFS' AMENDED COMPLAINT WITH JURY DEMAND - 38

EXH - 000088 of 000111

1

2

3

4

5

6

7

8

9
**EXHIBIT A**



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 15

EXH : 000089 of 000111

Filed 19-CI-01351 08/28/2019 John C. Middleton, Kenton Circuit Clerk

**EXHIBIT B**

EXH : 000090 of 000111

Filed 19-CI-01351 08/28/2019 John C. Middleton, Kenton Circuit Clerk

1

**EXHIBIT C**

2

3   

4

5

6

7

8

9

10

11

12

13

14





15

16

17

18

19

20

21

22

23

24

25

26

27

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 17

28

EXH - 000091 of 000111

EXHIBIT D



Tweets **195K**  Following **3,774**  Followers **1.04M**  Following

# Maggie Haberman ✓
@maggieNYT

White House correspondent for NYTimes, analyst for CNN. RTs don't imply agreement.
maggie.haberman@nytimes.com

**Maggie Haberman** ✓ @maggieNYT · Jan 19
When adults stand by and say nothing....

**Andrew Ujifusa** @AndrewUjifusa
In another video from this now-infamous incident involving a Native American Vietnam vet, a young person scoffs at the idea of stolen land.

"And y'all stole it from the aboriginals. ... Land gets stolen. That's how it...

Show this thread

228    590    2.5K

4:14 PM
7/4/2019

PLAINTIFFS' COMPLAINTWITH JURY DEMAND - 18

EXH - 000092 of 000111

1

**EXHIBIT E**

2

3



4

Andrew Ujifusa
@AndrewUjifusa
<span style="float:right">Follow ⌄</span>

5

6
In another video from this now-infamous
incident involving a Native American
Vietnam vet, a young person scoffs at
the idea of stolen land.

7

8

9
"And y'all stole it from the aboriginals. …
Land gets stolen. That's how it works. It's
the way of the world."

10

11



12

13

14

15

16

17
**Video of Boys Mocking Native American Vet, Unchecked by Adults, …**
A group of young people were filmed taunting a Native American man and
military veteran who was participating in the Indigenous Peoples March.
blogs.edweek.org

18

19
2:34 PM - 19 Jan 2019

20
204 Retweets  324 Likes  

21
💬 175   🔁 204   ♡ 324   ✉

22

23

24

25

26

27

28
PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 19

EXH - 000093 of 000111

EXHIBIT F



PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 21

1

2

3                                    **EXHIBIT G**

4        

5

6

7

8

9

10

11                

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28        PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 22

EXH - 000095 of 000111

EXHIBIT H

 **Maggie Haberman** 
@maggieNYT

There are dozens of students laughing and egging on the behavior. Will be interesting to see if anyone is actually expelled, as officials suggest is possible



**Viral Video Shows Boys in 'Make America Great Again' Hats Surrounding Nat...**
Students from Covington Catholic High School in Kentucky appeared to surround the elder, Nathan Phillips, outside the Lincoln Memorial. The high school has conde...
nytimes.com

4:08 PM - 19 Jan 2019

**3,144** Retweets  **11,226** Likes   

♡ 5.1K    ⇄ 3.1K    ♡ 11K

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 23

EXH - 000096 of 000111

Filed 19-CI-01351 08/28/2019 John C. Middleton, Kenton Circuit Clerk

**EXHIBIT I**

EXH : 000097 of 000111

Filed 19-CI-01351 08/28/2019 John C. Middleton, Kenton Circuit Clerk

EXHIBIT J



PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 25

EXH - 000098 of 000111

**EXHIBIT K**



PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 26

EXH - 000099 of 000111

1

2

3

EXHIBIT L

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**Robert Barnes**
@Barnes_Law

Following

Retract this libel @ananavarro, or let us know where we can serve the lawsuit.

Ana Navarro-Cárdenas ✔ @ananavarro
Must Watch: Native-American elder taunted by racist MAGA-hat wearing teens, speaks and cries for America, the country he defended and sacrificed and wore the uniform for. It is people like Nathan Phillips who make America great.
Thank you for your dignity, sir. twitter.com/UncededClothin...

2:09 PM · 20 Jan 2019

**8,064** Retweets **17,096** Likes

💬 1.7K  ↻ 8.1K  ♡ 17X

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 27

EXH - 000100 of 000111

**EXHIBIT M**

Home Moments Notifications Messages

Matthew D

**Matthew Dowd** @matthewjdowd

Follow

Folks, let us not let these kids, their parents, and their school off the hook. Regardless of what led up to this, this is awful. @secupp @JohnJHarwood

**AprilDRyan** @AprilDRyan
This video is terrible twitter.com/ProudResister/...

1:16 PM - 21 Jan 2019

**433** Retweets **1,583** Likes

697 433 1.6K

EXH : 000101 of 000111

EXHIBIT N



Clara Jeffery ✔ @ClaraJeffery · Jan 21
I am truly dismayed by how many in MSM got worked—yet again—by conservative claims that one video exonerated these kids. I've watched them all. None put them in a better light, unless you're really reaching. Some are a lot WORSE than original.

🗨 1.0K    ↻ 11K    ♡ 47K    ✉

Clara Jeffery ✔
@ClaraJeffery                                        ( Follow )

The tapes that have emerged do show the BHI doing their usual end-times ranting. But they also show the Covington Catholic kids:
* making cavemen gestures at BHI
*tomahawk chanting at Natives
*taunting random women
*chants of "build the wall" and "it's not rape if you enjoy it"

11:27 AM · 22 Jan 2019

844 Retweets  2,612 Likes     

🗨 240    ↻ 844    ♡ 2.6K    ✉

PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 29

EXH : 000102 of 000111

1

**EXHIBIT O**

2

3    I went to Catholic school. They actually taught us about personal responsibility.

4    

5    Jay Caruso 🔵 @JayCaruso · Jan 22
     What? The accusation was that this kid and his friends surrounded Phillips and
     got in his face, when in fact, it was Phillips who approached him and started
     banging a drum in his face. Come on, man.

6

7    **Kevin M. Kruse** 🔵
     @KevinMKruse

8

9    Replying to @JayCaruso

10   

11   No, the accusation was that this kid and his
     friends mocked an elderly Native American
     war veteran and, hey, they did.

12
     They also taunted women and shouted "it's
13   not rape if you enjoy it" but sure, they're the
     real victims. According to his PR firm anyway.

14

15   

16

17

18

19

20

21

22

23

24

25

26

27

28   PLAINTIFFS' COMPLAINT WITH JURY DEMAND - 30

EXH : 000103 of 000111

COMMONWEALTH OF KENTUCKY
KENTON CIRCUIT COURT
HON. KATHY LAPE
CIVIL ACTION NO. 19-CI-01351

JOHN DOES 1-10,                                                    PLAINTIFFS

v.                          **AGREED SCHEDULING ORDER**

DEBORAH HAALAND et. al.                                           DEFENDANT

       By agreement of Defendants Jodi Jacobson and Kevin Kruse and Plaintiffs John Does 1-10, though their undersigned counsel, and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED:

1. Defendants Jacobson and Kruse shall have until Monday, September 16, 2019 to file a motion to dismiss the Amended Complaint filed by Plaintiffs on August 14, 2019.

2. Plaintiffs will have 30 days, to and including October 16, 2019, to oppose Defendants' motion to dismiss.

3. Plaintiffs Jacobson and Kruse will have 14 days, to and including October 30, 2019, to file a reply brief in support of their motion to dismiss.

4. The parties will contact the Court to schedule a date for argument on defendants' motion.

Signed this _____ day of August 2019.

                                 _____
                                   HON. KATHY LAPE
                                   JUDGE, KENTON CIRCUIT COURT

TENDERED BY:

*s/ Jon L. Fleischaker*
Jon L. Fleischaker
Michael P. Abate
Andrea Aikin
Kaplan Johnson Abate & Bird LLP
710 W. Main St., 4th Floor
Louisville, KY 40202
(502) 416-1630

*Counsel for Defendants Jodi Jacobson and Kevin Kruse*


*s/ Kevin L. Murphy (w/ permission)*
Kevin L. Murphy
Murphy Landen Jones PLLC
2400 Chamber Center Dr., Suite 200
Ft. Mitchell, KY 41017-0330

*Counsel for Plaintiffs*



                                    *s/ Michael P. Abate*
                                    *Counsel for Defendants Jacobson and Kruse*

EXB : 000003 of 000002

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Elizabeth Warren
1550 main Street
Suite 406
Springfield, MA 01103

KENTON CIRCUIT/DISTRICT COURT
FILED
AUG 2 2 2019
JOHN C. MIDDLETON
BY #123
D.C.

19-CI-1351

9590 9402 3078 7124 8982 30

2. Article Number (Transfer from service label)

7017 1450 0000 0083 8839

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____     ☐ Agent
                             ☐ Addressee
B. Received by (Printed Name)     C. Date of Deliver

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

9590 9402 3078 7124 8982 30

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

KENTON CIRCUIT COURT
230 MADISON AVE.
3RD FLOOR
COVINGTON, KY 41011
PHONE #859-292-6521

08/28/2019    John C. Middleton, Kenton Circuit Clerk

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Maggie Haberman
817 W. End Avenue
7pt 4E
New York, NY 10025-5318

9590 9402 3078 7124 8983 15

2. Article Number *(Transfer from service label)*

7017 1450 0000 0083 8754

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X DELFINO G

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

KENTON CIRCUIT DISTRICT COURT

Aug 2 3 2019

ELETON   19-CI-1351

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

9590 9402 3078 7124 8983 15

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**



• Sender: Please print your name, address, and ZIP+4® in this box•

KENTON CIRCUIT COURT
230 MADISON AVE.
3RD. FLOOR
COVINGTON, KY 41011
PHONE #859-292-6521

08/28/2019    John C. Middleton, Kenton Circuit Clerk

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Adam Edelen
Edelen Strategic Ventures
300 East Main Street Suite 210
Lexington, KY 40507

9590 9402 3078 7124 8982 85

2. Article Number (Transfer from service label)

7017 1450 0000 0083 8785

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _(signature)_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Peter Robinette

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

KENTON

AUG 26 2019

G. J. MIDDLETON
D.C.
19 CI 1551

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811 July 2015 PSN 7530-02-000-9053
Domestic Return Receipt

USPS TRACKING #

9590 9402 3078 7124 8982 85

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

KENTON CIRCUIT COURT
230 MADISON AVE.
3RD. FLOOR
COVINGTON, KY 41011
PHONE #859-292-6521

08/28/2019

John C. Middleton, Kenton Circuit Clerk

111 of 000111

# EXHIBIT B

## JOHN DOES 1-10 VS. HAALAND, DEBORAH , ET AL

**KENTON CIRCUIT COURT**

Filed on **08/02/2019** as **OTHER** with **HON. KATHY LAPE**

**19-CI-01351**

**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Parties | 19-CI-01351 |
|---|---|

**ASLAN, REZA** as **DEFENDANT / RESPONDENT**

**Address**

1954 PINEHURST ROAD
LOS ANGELES CA 90068

**Summons**

**CIVIL SUMMONS** issued on **08/14/2019** by way of **CERTIFIED MAIL**
*7017.1450.0000.0083.8594*
**CIVIL SUMMONS** issued on **08/02/2019** by way of **CERTIFIED MAIL**
*REZA ASLAN RTS/ UNDLV 8/22/19*

**DOWD, MATTHEW JOHN** as **DEFENDANT / RESPONDENT**

**Address**

307 W. MONROE STREET
AUSTIN TX 78704

**Summons**

**CIVIL SUMMONS** issued on **08/14/2019** by way of **CERTIFIED MAIL**
*7017.1450.0000.0083.8600*
**CIVIL SUMMONS** issued on **08/02/2019** by way of **CERTIFIED MAIL**
*7016 2070 0001 1377 6482*

**EDELEN, ADAM** as **DEFENDANT / RESPONDENT**

**Address**

EDELEN STRATEGIC VENTURES
300 EAST MAIN STREET, STE. 210
LEXINGTON KY 40507

**Summons**

**CIVIL SUMMONS** issued on **08/14/2019** by way of **CERTIFIED MAIL**
*7017.1450.0000.0083.8785*
**CIVIL SUMMONS** issued on **08/02/2019** served on **08/06/2019** by way of **CERTIFIED MAIL**
*7016 2070 0001 1377 6505*

**GRIFFIN, KATHY** as **DEFENDANT / RESPONDENT**

**Address**

11782 SOUTHAMPTON COURT
LOS ANGELES CA 90077

**Summons**

**CIVIL SUMMONS** issued on **08/14/2019** by way of **CERTIFIED MAIL**
*7017.1450.0000.0083.8808*
**CIVIL SUMMONS** issued on **08/02/2019** by way of **CERTIFIED MAIL**
*7017 1450 0000 0276 1135*

**HAALAND, DEBORAH** as **DEFENDANT / RESPONDENT**

**Address**

400 GOLD AVENUE SW, SUITE 680
ALBUQUERQUE NM 87102

**Summons**

**CIVIL SUMMONS** issued on **08/14/2019** by way of **CERTIFIED MAIL**
*7017.1450.0000.0083.8822*
**CIVIL SUMMONS** issued on **08/02/2019** by way of **CERTIFIED MAIL**
*7017 1450 0000 0276 1203*

EXH : 000002 of 000004

## HABERMAN, MAGGIE as DEFENDANT / RESPONDENT

**Address**

817 W. END AVENUE, APT 4E
NEW YORK NY 10025

**Summons**

**CIVIL SUMMONS** issued on **08/14/2019** served on **08/23/2019** by way of **CERTIFIED MAIL**
*7017.1450.0000.0083.8754*
**CIVIL SUMMONS** issued on **08/02/2019** by way of **CERTIFIED MAIL**

## JACOBSON, JODI as DEFENDANT / RESPONDENT

**Address**

7315 WISCONSIN AVE., STE. 400W
BETHESDA MD 20814

**Summons**

**CIVIL SUMMONS** issued on **08/14/2019** by way of **CERTIFIED MAIL**
*7017.1450.0000.0083.8617*
**CIVIL SUMMONS** issued on **08/02/2019** served on **08/08/2019** by way of **CERTIFIED MAIL**
*7017 1450 0000 0090 6378*

## JEFFERY, CLARA as DEFENDANT / RESPONDENT

**Address**

3809 20TH STREET, APT. 305
SAN FRANCISCO CA 94114

**Summons**

**CIVIL SUMMONS** issued on **08/14/2019** by way of **CERTIFIED MAIL**
*7017.1450.0000.0083.8761*
**CIVIL SUMMONS** issued on **08/02/2019** by way of **CERTIFIED MAIL**
*7017 1450 0000 0090 6101*

## JOHN DOES 1- 10 as PLAINTIFF / PETITIONER

**Memo**

AMENDED COMPLAINT FILED 8/14/19 - CHANGED FROM JOHN DOES 1-8 TO 1-10

## KING, JEFFREY SHAUN as DEFENDANT / RESPONDENT

**Address**

214 DUFFIELD STREET
BROOKLYN NY 11201

**Summons**

**CIVIL SUMMONS** issued on **08/14/2019** by way of **CERTIFIED MAIL**
*7017.1450.0000.0083.8778*
**CIVIL SUMMONS** issued on **08/02/2019** by way of **CERTIFIED MAIL**
*7017 1450 0000 0090 6408 JEFF S. KING RTS/UNDLV AS ADDRESSED 8/12/19*

## KRUSE, KEVIN M. as DEFENDANT / RESPONDENT

**Address**

121 BERTRAND DRIVE
PRINCETON NJ 08540

**Summons**

**CIVIL SUMMONS** issued on **08/14/2019** by way of **CERTIFIED MAIL**
*7017.1450.0000.0083.8815*
**CIVIL SUMMONS** issued on **08/02/2019** served on **08/07/2019** by way of **CERTIFIED MAIL**
*7017 1450 0000 0090 5876*

## NAVARRO FLORES, ANA VIOLETA as DEFENDANT / RESPONDENT

**Address**

2907 COLUMBUS BLVD.

EXH - 000003 of 000004

CORAL GABLES FL 33134

**Summons**

**CIVIL SUMMONS** issued on **08/14/2019** by way of **CERTIFIED MAIL**
*7017.1450.0000.0083.8792*
**CIVIL SUMMONS** issued on **08/02/2019** by way of **CERTIFIED MAIL**
*7017 1450 0000 0276 1159*

---

**WARREN , ELIZABETH** as **DEFENDANT / RESPONDENT**

**Address**

1550 MAIN STREET , SUITE 406
SPRINGFIELD MA 01103

**Summons**

**CIVIL SUMMONS** issued on **08/14/2019** served on **08/22/2019** by way of **CERTIFIED MAIL**
*7017.1450.0000.0083.8839*
**CIVIL SUMMONS** issued on **08/02/2019** served on **08/12/2019** by way of **CERTIFIED MAIL**
*7017 1450 0000 0090 7610*

---

**ABATE, MICHAEL PATRICK** as **ATTORNEY FOR DEFENDANT**

**Address**

KAPLAN JOHNSON ABATE & BIRD LLP
710 W. MAIN ST., 4TH FLOOR
LOUISVILLE KY 40202

---

**BARNES, ROBERT E.** as **CO-COUNSEL**

**Memo**

MOTION PRO HAC VICE TO BE FILED

**Address**

BARNES LAW
601 SOUTH FIGUEROA STREET
LOS ANGELES CA 90017

---

**MURPHY, KEVIN L.** as **ATTORNEY FOR PLAINTIFF**

**Address**

MURPHY LANDEN JONES PLLC
2400 CHAMBER CENTER DRIVE, SUITE 200
FT. MITCHELL KY 41017 0330

---

| Documents | 19-CI-01351 |
|---|---|

**COMPLAINT / PETITION** filed on **08/02/2019**

**TENDERED DOCUMENT** filed on **08/22/2019**
*agreed scheduling order*

| Images | 19-CI-01351 |
|---|---|

**COMPLAINT / PETITION** filed on **08/02/2019**   *Page(s): 43*

**RETURN OF SERVICE** filed on **08/06/2019**   *Page(s): 2*

**RETURN OF SERVICE** filed on **08/08/2019**   *Page(s): 2*

**AMENDED COMPLAINT** filed on **08/14/2019**   *Page(s): 53*

**RETURN OF SERVICE** filed on **08/07/2019**   *Page(s): 2*

**RETURN OF SERVICE** filed on **08/12/2019**   *Page(s): 2*

**TENDERED DOCUMENT** filed on **08/22/2019**   *Page(s): 2*

**** End of Case Number : 19-CI-01351 ****

EXH · 000004 of 000004