UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| JOHN DOES 1 THROUGH 10,<br><br>    Plaintiffs,<br><br>  v.<br><br>DEBORAH HAALAND, ANA VIOLETA, NAVARRO FLORES, ELIZABETH WARREN, MAGGIE HABERMAN, KATHY GRIFFIN, MATTHEW JOHN DOWD, REZA ASLAN, KEVIN M. KRUSE, JEFFREY SHAUN KING, ADAM EDELEN, CLARA JEFFERY, and JODI JACOBSON,<br><br>    Defendants. | No. 2:19-cv-00117-WOB-CJS |

**DECLARATION OF CLARA JEFFERY IN SUPPORT OF HER MOTION TO DISMISS**

I, Clara Jeffery, declare as follows:

1. I am the Editor-in-Chief of Mother Jones. I have personal knowledge of the facts set forth herein, which I know to be true and correct. If called as a witness, I could and would testify thereto.

2. I have resided in the state of California since 2002. Since I began living California, it has been my intent to indefinitely remain a resident of California.

3. I have never resided in Kentucky. I own no real property in Kentucky, and I have no other property or assets there.

4. To the best of my recollection, I have never visited Kentucky overnight. I may have travelled through Kentucky, but I have not done so since 1995 at the latest.

5. I have no personal or professional contacts with Kentucky.

6. I do not conduct or solicit business in Kentucky. I am not engaged and have not engaged in any course of conduct in Kentucky, on my own behalf or on behalf of anyone else. I derive no revenue from goods used or consumed or services rendered in Kentucky.

7. I have no interest in, nor am I employed by, any entity doing business in Kentucky.

8. Mother Jones' journalism generally focuses on issues of national or international import, not on Kentucky. Mother Jones occasionally publishes pieces regarding Kentucky's representatives in the United States Senate or Congress, and recently wrote about the Kentucky gubernatorial race. I have not personally written any journalistic works regarding Kentucky or persons or entities located there.

9. I did not engage in any communications or contacts with anyone in Kentucky in the course of preparing the "tweet" (my post on social media platform Twitter) at issue.

10. When I posted the tweet at issue, I intended for it to be and it was equally available to all of my followers around the world. I did not specifically direct the tweet at Kentucky or any person or entity in Kentucky. It was not directed to and bore no specific relationship to any Mother Jones' subscribers or readers in Kentucky.

11. The tweet at issue in this case addresses events that occurred on or near the Capitol Mall in Washington, D.C., and that were the subject of nationwide media and public attention at the time of the tweet.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 11th day of October, 2019, at San Francisco, California.

_____
Clara Jeffery

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2019, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered parties by operation of the Court's electronic filing system. Copies of the of the foregoing document have been served via U.S. mail, postage prepaid, to the following non-ECF parties:

| | |
|---|---|
| Matthew John Dowd *(via U.S. Mail)*<br>307 W. Monroe Street<br>Austin, TX 78704-3023 | Ana Violeta Navarro Flores *(via U.S. Mail)*<br>2907 Columbus Blvd.<br>Coral Gables, FL 33134 |
| *Pro Se Defendant* | *Pro Se Defendant* |
| Reza Aslan *(via U.S. Mail)*<br>1954 Pinehurst Road<br>Los Angeles, CA 90068-3730 | Jeffrey Shaun King *(via U.S. Mail)*<br>214 Duffield Street<br>Brooklyn, NY 11201-5339 |
| *Pro Se Defendant* | *Pro Se Defendant* |

*/s/ Monica L. Dias*
Frost Brown Todd LLC (89173)