UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| JOHN DOES 1 THROUGH 10, | : | |
| | : | Case No. 2:19-cv-00117-WOB-CJS |
| Plaintiffs, | : | Judge William O. Bertelsman |
| v. | : | Magistrate Judge Candace J. Smith |
| DEBORAH HAALAND, et al., | : | FILED ELECTRONICALLY |
| Defendants. | : | DECLARATION OF MAGGIE HABERMAN IN SUPPORT OF HER MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION |

I, Maggie Haberman, state as follows pursuant to 28 U.S.C. § 1746:

1. I am over eighteen years of age and make this declaration upon my personal knowledge.

2. I have been named as a defendant in this action. I make this declaration in support of the motion to dismiss me from this lawsuit due to a lack of personal jurisdiction in this Court.

3. I am a journalist. Since 2015, I have been employed by The New York Times, a national newspaper. I am currently a White House correspondent for The New York Times.

4. I have lived in Brooklyn, New York since 2005. I intend to live there for the foreseeable future.

5. I work primarily at the offices of The New York Times in New York. I travel to Washington, D.C. several times a month for work.

6. I have a New York State driver's license. I am registered to vote in New York. I file my income taxes in New York.

7. I have never resided in Kentucky. I have never been employed in Kentucky, owned any real or personal property in Kentucky, held a Kentucky driver's license, been registered to vote in Kentucky, or filed income taxes in Kentucky.

8. As best as I recall, I have been in Kentucky only once, when I covered the vice-presidential debate between then-candidates Joe Biden and Paul Ryan in 2012 at Centre College in Danville, Kentucky.

9. I understand that the amended complaint in this case alleges that two tweets I posted on Twitter on January 19, 2019 defamed Plaintiffs. The challenged statements appeared on my Twitter page: https://twitter.com/maggieNYT?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Eauthor. Like the other tweets posted on my Twitter page, the tweets at issue in Plaintiffs' amended complaint were available to a national, and, in fact, a global audience.

10. The tweets at issue commented on a widely reported incident that took place outside the Lincoln Memorial in Washington, D.C. in January 2019.

11. The challenged tweets were made to a nationwide audience and were not specifically directed toward an audience in Kentucky. The tweets were intended to comment on an incident of nationwide interest to a nationwide audience.

12. I wrote the challenged tweets in Brooklyn, New York and posted them online from Brooklyn, New York.

13. I did not interview any sources in Kentucky to create or post the challenged tweets.

14. I did not transact any business in Kentucky in relation to the challenged tweets.

15. I did not visit Kentucky to create or post the challenged tweets.

16. I did not make any phone calls to anyone in Kentucky to create or post the challenged tweets.

17. I did not contract to supply services or things in Kentucky in relation to the challenged tweets. In fact, I have never contracted to supply services or things in Kentucky.

18. I have never regularly done or solicited business, engaged in a persistent course of conduct, or derived substantial revenue from goods used or consumed, or services rendered, in Kentucky.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October ___, 2019.

_____ 10/14/19
Maggie Haberman

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 15, 2019, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered parties by operation of the Court's electronic filing system. Copies of the of the foregoing document have been served via U.S. mail, postage prepaid, to the following non-ECF parties:

Matthew John Dowd *(via U.S. Mail)*
307 W. Monroe Street
Austin, TX 78704-3023

*Pro Se Defendant*

Reza Aslan *(via U.S. Mail)*
1954 Pinehurst Road
Los Angeles, CA 90068-3730

*Pro Se Defendant*

Ana Violeta Navarro Flores *(via U.S. Mail)*
2907 Columbus Blvd.
Coral Gables, FL 33134

*Pro Se Defendant*

Jeffrey Shaun King *(via U.S. Mail)*
214 Duffield Street
Brooklyn, NY 11201-5339

*Pro Se Defendant*

      */s/ Monica L. Dias*
      Frost Brown Todd LLC (89173)
      *Counsel for Defendant Maggie Haberman*

0126193.0723884   4826-4188-0488