IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| JOHN DOES 1 THROUGH 10, | ) |
| | ) |
| Plaintiffs, | ) Case No. 2:19-CV-00117-WOB-CJS |
| | ) |
| *vs.* | ) |
| | ) **ORAL ARGUMENT REQUESTED** |
| DEBORAH HAALAND, ANA VIOLETA | ) |
| NAVARRO FLORES, ELIZABETH WARREN, | ) |
| MAGGIE HABERMAN, KATHY GRIFFIN, | ) |
| MATTHEW JOHN DOWD, REZA ASLAN, | ) |
| KEVIN M. KRUSE, JEFFREY SHAUN KING, | ) |
| ADAM EDELEN, CLARA JEFFERY, and | ) |
| JODI JACOBSON, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT KATHY GRIFFIN'S MOTION TO DISMISS THE
AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND
FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Defendant Kathy Griffin ("Ms. Griffin"), by and through her undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), hereby moves to dismiss with prejudice Plaintiffs' Amended Complaint dated August 14, 2019. In support of her motion, Ms. Griffin relies on the accompanying Memorandum of Law.

As demonstrated in Ms. Griffin's Memorandum, dismissal is warranted because the Amended Complaint does not plausibly allege any facts entitling Plaintiffs to relief as a matter of law. Fed. R. Civ. P. 12(b). First, the Amended Complaint's allegations fail to establish that Ms. Griffin is subject to personal jurisdiction in the Commonwealth of Kentucky. Second, the Amended Complaint's Seventh Cause of Action sounding in defamation is premised on two contemporaneous tweets by Ms. Griffin that are not "of and concerning" the anonymous

Plaintiffs; do not convey a defamatory meaning; are non-actionable expressions of opinion; fail to satisfy the strict constitutional standard governing defamation by implication claims in the Sixth Circuit; and therefore fails, as a matter of law, to state a valid claim upon which relief may be granted.  Finally, Plaintiffs' Eighth, Ninth, and Tenth Causes of Action sounding in inclusion upon seclusion, negligent infliction of emotional distress, and harassment, respectively, fail to state valid causes of action upon which relief may be granted.

Because the allegations cannot support claims for defamation, intrusion upon seclusion, negligent infliction of emotional distress and harassment, as a matter of law, the Amended Complaint should be dismissed with prejudice.

Dated:  October 24, 2019

Respectfully submitted,

GRAYDON HEAD & RITCHEY, LLP

By: /s/ John C. Greiner
    J. Stephen Smith (86612)
    Graydon Head & Ritchey LLP
    2400 Chamber Center Drive, Suite 300
    Fort Mitchell, Kentucky  41017
    Telephone:  (859) 578-3070
    Email:  ssmith@graydon.law

    John C. Greiner (*pro hac vice*)
    Graydon Head & Ritchey LLP
    312 Walnut Street, Suite 1800
    Cincinnati, Ohio  45202
    Telephone:  (513) 629-2734
    Email:  jgreiner@graydon.law

GREENBERG TRAURIG, LLP
Michael J. Grygiel (*pro hac vice* application forthcoming)
Cynthia E. Neidl (*pro hac vice* application forthcoming)
Katie L. Birchenough (*pro hac vice* application
   forthcoming)
54 State Street, 6th Floor
Albany, New York  12207
Telephone:  (518) 689-1400
grygielm@gtlaw.com
neidlc@gtlaw.com
kbirchenough@gtlaw.com
GREENBERG TRAURIG, LLP
Adam Siegler (*pro hac vice* application forthcoming)
1840 Century Park East, Suite 1900
Los Angeles, California  90067
Telephone:  (310) 586-7700
sieglera@gtlaw.com

*Attorneys for Defendant Kathy Griffin*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing Motion to Dismiss was mailed this 24th day of October, 2019, by First Class Mail to the following non-ECF registered parties:

Ana Violeta Navarro Flores
2907 Columbus Blvd.
Coral Gables, FL  33134

Matthew John Dowd
307 W. Monroe Street
Austin, TX  78704-3023

Reza Aslan
1954 Pinehurst Road
Los Angeles, CA  90068-3730

Jeffrey Shaun King
214 Duffield Street
Brooklyn, NY  11201-5339

    /s/ John C. Greiner
    John C. Greiner (*pro hac vice*)