```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF KENTUCKY
                 NORTHERN DIVISION AT COVINGTON
```

CIVIL ACTION NO. 2:19-cv-117 (WOB-CJS)

JOHN DOES 1 THROUGH 10                                      PLAINTIFF

VS.                             ORDER

DEBORAH HAALAND, ET AL                                      DEFENDANTS


This matter is before the Court on the notice to attorney Robert E. Barnes (Doc. 19), and attorney Barnes not having complied with Local Rule 83, and the Court being advised,

**IT IS ORDERED** that attorney Robert E. Barnes be, and hereby is, **STRICKEN** as counsel of record for plaintiff in this matter.

This 25th day of October, 2019.



Signed By:
*William O. Bertelsman* WOB
United States District Judge