UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| **JOHN DOES 1 through 10**<br><br>    Plaintiffs,<br><br>v.<br><br>**DEBORAH HAALAND, et al,**<br><br>    Defendants. | Civil Action No. 2:19-cv-00117-WOB-CJS<br><br>Judge William O. Bertelsman<br>Magistrate Judge Candace Smith<br><br>**DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTIONS FILED AT DOC 81 AND DOC 82** |

    Defendant, Kathy Griffin, hereby gives notice of withdrawing the following motions filed November 11, 2019:  Motion for Admission *Pro Hac Vice* Of Michael J. Grygiel, Esq. [Doc 81] and Motion For Admission *Pro Hac Vice* Of Cynthia E. Neidl, Esq  [Doc 82].  This case was remanded back to Kenton Circuit Court and the admissions are no longer being requested.

    Respectfully submitted,

GRAYDON HEAD & RITCHEY, LLP


By: /s/ J. Stephen Smith
    J. Stephen Smith (86612)
    Graydon Head & Ritchey LLP
    2400 Chamber Center Drive, Suite 300
    Fort Mitchell, Kentucky  41017
    Telephone:  (859) 578-3070
    Email:  ssmith@graydon.law

    John C. Greiner (*pro hac vice*)
    Graydon Head & Ritchey LLP
    312 Walnut Street, Suite 1800
    Cincinnati, Ohio  45202
    Telephone:  (513) 629-2734
    Email:  jgreiner@graydon.law

*Counsel for Defendant Kathy Griffin*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Withdrawal of Motions was mailed this 13th day of November, 2019, by First Class Mail to the following non-ECF registered parties:

Ana Violeta Navarro Flores
2907 Columbus Blvd.
Coral Gables, FL  33134

Matthew John Dowd
307 W. Monroe Street
Austin, TX  78704-3023

Reza Aslan
1954 Pinehurst Road
Los Angeles, CA  90068-3730

Jeffrey Shaun King
214 Duffield Street
Brooklyn, NY  11201-5339

/s/ J. Stephen Smith
J. Stephen Smith (86612)

9875819.1