UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

**JOHN DOES 1 through 10**

         Plaintiffs,

v.

**DEBORAH HAALAND, et al,**

         Defendants.

Civil Action No. 2:19-cv-00117-WOB-CJS

Judge William O. Bertelsman
Magistrate Judge Candace Smith

**MOTION TO REFUND ELECTRONIC
FILING FEES**

Defendant Kathy Griffin, through the undersigned counsel, hereby moves this Court to enter the attached proposed Order directing the Clerk to refund the filing fees paid for the following admission motions that were erroneously filed six days after the case was remanded to Kenton Circuit Court [Doc 80]:  Motion for Admission *Pro Hac Vice* Of Michael J. Grygiel, Esq. [Doc 81]; and Motion For Admission *Pro Hac Vice* Of Cynthia E. Neidl, Esq  [Doc 82] (collectively, "Motions").  Those Motions have been withdrawn by Notice of Withdrawal filed at Doc 83.

Defendant Griffin paid the appropriate admission fees concurrently with e-filing the Motions as evidenced by Receipt numbers 0643-4517658 ($125.00) and 0643-4517659 ($125.00).

Respectfully submitted,

GRAYDON HEAD & RITCHEY, LLP

By: /s/ J. Stephen Smith

    J. Stephen Smith (86612)
    Graydon Head & Ritchey LLP
    2400 Chamber Center Drive, Suite 300
    Fort Mitchell, Kentucky  41017
    Telephone:  (859) 578-3070
    Email:  ssmith@graydon.law

    John C. Greiner (*pro hac vice*)
    Graydon Head & Ritchey LLP
    312 Walnut Street, Suite 1800
    Cincinnati, Ohio  45202
    Telephone:  (513) 629-2734
    Email:  jgreiner@graydon.law

*Counsel for Defendant Kathy Griffin*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Motion to Dismiss was mailed this 13th day of November, 2019, by First Class Mail to the following non-ECF registered parties:

Ana Violeta Navarro Flores
2907 Columbus Blvd.
Coral Gables, FL  33134

Reza Aslan
1954 Pinehurst Road
Los Angeles, CA  90068-3730

Matthew John Dowd
307 W. Monroe Street
Austin, TX  78704-3023

Jeffrey Shaun King
214 Duffield Street
Brooklyn, NY  11201-5339

/s/ J. Stephen Smith
J. Stephen Smith (86612)

9875989.1