UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| **JOHN DOES 1 through 10** | Civil Action No. 2:19-cv-00117-WOB-CJS |
| Plaintiffs, | Judge William O. Bertelsman<br>Magistrate Judge Candace Smith |
| v. | **ORDER DIRECTING CLERK TO**<br>**REFUND ELECTRONIC FILING FEES** |
| **DEBORAH HAALAND, et al,** | |
| Defendants. | |

This matter is before the Court on Defendant's Motion to Refund Electronic Fees paid on November 11, 2019, Receipt numbers 0643-4517658 ($125.00) and 0643-4517659 ($125.00). Those Motions having been withdrawn and the Court being in all ways sufficiently advised;

**IT IS HEREBY ORDERED** that Defendant's Motion to Refund Electronic Fees is **GRANTED** and the Clerk is directed to refund counsel for Defendant, Kathy Griffin, the full amount of $250.00.

This _____ day of November, 2019.

This Order Prepared by/Copies to:

/s/ J. Stephen Smith
J. Stephen Smith (86612)
J. Stephen Smith (86612)
Graydon Head & Ritchey LLP
2400 Chamber Center Drive, Suite 300
Fort Mitchell, Kentucky  41017
Telephone:  (859) 578-3070
Email:  ssmith@graydon.law

John C. Greiner (*pro hac vice*)
Graydon Head & Ritchey LLP
312 Walnut Street, Suite 1800
Cincinnati, Ohio  45202
Telephone:  (513) 629-2734
Email:  jgreiner@graydon.law

All Registered CM/ECF Participant Counsel

Ana Violeta Navarro Flores
2907 Columbus Blvd.
Coral Gables, FL  33134

Matthew John Dowd
307 W. Monroe Street
Austin, TX  78704-3023

Reza Aslan
1954 Pinehurst Road
Los Angeles, CA  90068-3730

Jeffrey Shaun King
214 Duffield Street
Brooklyn, NY  11201-5339

9876560.1