# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| JOHN DOES 1 THROUGH 10, | Case No. 2:19-CV-00117-WOB-CJS |
| Plaintiffs, | Judge William O. Bertelsman |
| v. | Magistrate Judge Candace J. Smith |
| DEBORAH HAALAND, *et al.* | **NOTICE OF APPEAL** |
| Defendants. | |

Pursuant to Fed. R. App. P. 3 and 4, the Plaintiffs, John Does 1 through 10 ("Plaintiffs"), hereby provide notice to Defendants Deborah Haaland and Elizabeth Warren (collectively referred to as the "Defendants") that Plaintiffs appeal to the United States Court of Appeals for the Sixth Circuit from the following orders entered in this action:

1. The District Court's Order granting Defendants' Motions to Dismiss (Doc. 80);
2. The District Court's Order denying Plaintiffs' Motion to Remand (Doc. 80).

Respectfully submitted,

*/s/ Kevin L. Murphy*
Kevin L. Murphy (KBA #50646)
MURPHY LANDEN JONES PLLC
2400 Chamber Center Drive, Suite 200
P.O. Box 17534
Fort Mitchell, KY  41017-0534
Telephone: (859) 578-3060
Fax: (859) 578-3061
KMurphy@MLJfirm.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of December, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

      */s/ Kevin L. Murphy*
      Kevin L. Murphy