# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 19-6347

_____

Filed: October 27, 2020

JOHN DOES, 1 through 10

      Plaintiff - Appellant

v.

DEBORAH HAALAND; ELIZABETH WARREN

      Defendants - Appellees

 and

ANA VIOLETA NAVARRO FLORES; MAGGIE HABERMAN; KATHY GRIFFIN; MATTHEW JOHN DOWD; REZA ASLAN; KEVIN M. KRUSE; JEFFREY SHAUN KING; ADAM EDELEN; CLARA JEFFERY; JODI JACOBSON

      Defendants

## MANDATE

Pursuant to the court's disposition that was filed 09/03/2020 the mandate for this case hereby issues today.

COSTS:  None