# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 27, 2020

Mr. Robert R. Carr
Eastern District of Kentucky at Covington
35 W. Fifth Street
Covington, KY 41011

Re: Case No. 19-6347, *John Does v. Deborah Haaland, et al*
Originating Case No. : 2:19-cv-00117

Dear Mr. Carr,

   Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Zachary Love
                              For Patricia Elder
                              Senior Case Manager

cc:  Mr. Robert E Barnes
     Mr. Daniel J. Canon
     Ms. Sarah Edith Clouse
     Mr. Marc Elias
     Ms. Christina Ford
     Mr. John Michael Geise
     Mr. Brooks M Hanner
     Mr. Derek Alan Jordan
     Mr. Douglas Neal Letter
     Mr. Kevin Luke Murphy
     Mr. Uzoma Nkem Nkwonta
     Mr. Todd Barry Tatelman

Enclosure